# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern Distict of Florida
### Miami Division

Case Number: 3:21-CV-00173-MMH-MCR

Plaintiff:
**LUKE NGUYEN**

VS.

Defendant:
**UNIVERSITY OF ST. AUGUSTINE FOR HEALTH SCIENCES, LLC**

For:
LENTO LAW GROUP, P.A.
3000 ATRIUM WAY, SUITE 200
MT. LAUREL, NJ 08054

Received by KO PROCESS on the 24th day of February, 2021 at 9:27 am to be served on **UNIVERSITY OF ST. AUGUSTINE FOR HEALTH SCIENCES, LLC CAPITOL CORPORATE SERVICES, INC., 515 EAST PARK AVE, TALLAHASSEE, FL 32301.**

I, Christopher S. Kady, do hereby affirm that on the **24th day of February, 2021** at **11:40 am,** I:

served a CORPORATE, PARTNERSHIP, ASSOCIATION OR GOVERNMENT SERVICE by delivering a true copy of the SUMMONS IN A CIVIL ACTION and COMPLAINT with the date and hour of service endorsed thereon by me, to: TAYLOR CEAY as CUSTOMER SERVICE REPRESENTATIVE authorized to accept service, of the within named corporation, at the address of: 515 EAST PARK AVE, TALLAHASSEE, FL 32301 on behalf of UNIVERSITY OF ST. AUGUSTINE FOR HEALTH SCIENCES, **LLC,** and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 26, Sex: F, Race/Skin Color: White, Height: 5'7", Weight: 125, Hair: Black, Glasses: **N**

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.          "Under penalties of perjury, I declare that I have read the foregoing document and that the facts in it are true" F.S. 92.525.  NOTARY NOT REQUIRED PURSUANT TO FS 92.525

Christopher S. Kady
Process Server #237

**KD PROCESS
2957 CAPITAL PARK DRIVE
SUITE# 7
TALLAHASSEE, FL 32301
(850) 545-3452**

Our Job Serial Number: KDY-2021007046

Copyright© 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1 z

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

Served Date: _____ Time: 11:40am
Christopher Kady #237
2nd Judicial Circuit

FEB 24 2021

Luke Nguyen

*Plaintiff(s)*

v.

University of St. Augustine For Health Sciences, LLC

*Defendant(s)*

Civil Action No. 3:21-cv-00173-MMH-MCR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* UNIVERSITY OF ST. AUGUSTINE FOR HEALTH SCIENCES, LLC
CAPITOL CORPORATE SERVICES, INC.
515 EAST PARK AVENUE
2ND FL
TALLAHASSEE, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Rook Ringer, Esq.
Lento Law Group, P.A.
222 San Marco Ave., Ste. "C"
St. Augustine, FL 32084

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Barbara Rothermel

Date: 2/23/2021

*Signature of Clerk or Deputy Clerk*