UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LUKE NGUYEN,

    Plaintiff,

v.                                      Case No.: 3:21-cv-00173-MMH-MCR

UNIVERSITY OF ST. AUGUSTINE
FOR HEALTH SCIENCES, LLC,

    Defendant.
_____/

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION
OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Rule 6(b)(1), Federal Rules of Civil Procedure ("Rule(s)"), Defendant, University of St. Augustine for Health Sciences, LLC ("USA"), respectfully moves this Court for an Order extending the deadline for USA to respond to Plaintiff's Complaint for Violation of Title III of the Americans with Disabilities Act, Section 504 of the Rehabilitation Act, Breach of Contract, Negligence, Defamation ("Complaint") up to and including Wednesday, March 31, 2021. In support of this Motion, USA states:

    1.    Rule 6(b) provides that, "when an act may or must be done within a specified time, the court may, for good cause, extend the time . . . if a request is made, before the original time or its extension expires." Fed. R. Civ. P. 6(b)(1)(A).

"The diligence of the moving party should be considered in determining whether there is good cause to extend a deadline." *Jozwiak v. Stryker Corp.*, No. 6:09-cv-1985-Orl-19GJK, 2010 WL 743834, at *2 (M.D. Fla. Feb. 26, 2010).

2. Plaintiff's Complaint was served on February 24, 2021 and USA's response to the Complaint is currently due on March 17, 2021. As such, USA is seeking the requested extension of time in advance of the deadline to respond.

3. Counsel for USA was recently retained, and USA is requesting the additional time in order for counsel to be able to fully investigate Plaintiff's claims and to obtain relevant documents to permit USA to substantively respond to the allegations made in the Complaint.

4. USA has acted diligently in attempting to meet the deadline to respond to Plaintiff's Complaint. This request is made in good faith and is not for the purpose of delay. No case management order has been issued in this case and, as a result, no party will be prejudiced by the granting of the requested extension.

5. USA has good cause to support the brief extension as USA is requesting the extension in good faith so that it can properly prepare a response to the allegations in the Complaint and, if necessary, assert any applicable defenses.

WHEREFORE, USA requests that the Court grant a two (2) week extension of time for USA to respond to Plaintiff's Complaint, up to and including, Wednesday, March 31, 2021.

# LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), Local Rules, United States District Court, Middle District of Florida, Counsel for USA has conferred with counsel for Plaintiff, who stated that Plaintiff does not oppose the relief sought in this Motion.

_____
ATTORNEY

Dated this 12th day of March, 2021.

Respectfully submitted,

ALEXANDER DEGANCE BARNETT P.A.

By:_____
Kelly DeGance
Florida Bar No. 0606022
E-mail: kelly.degance@adblegal.com
Mark Alexander
Florida Bar No. 434078
E-mail: mark.alexander@adblegal.com
Chandler Jolly
Florida Bar No. 1018597
E-mail: chandler.jolly@adblegal.com
E-mail: mailbox@adblegal.com
1500 Riverside Avenue
Jacksonville, FL 32204
(904) 345-3277 Telephone
(904) 345-3294 Facsimile
*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will serve the document electronically by email to the following: Rook Elizabeth Ringer, Keith Altman, and Joseph D. Lento, Lento Law Group, P.A., 222 San Marco Avenue, St. Augustine, FL 32084 (reringer@lentolawgroup.com, kaltman@lentolawgroup.com, jdlento@lentolawgroup.com).

_____
ATTORNEY