UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LUKE NGUYEN,

    Plaintiff,

v.                                                               Case No. 3:21-cv-173-MMH-MCR

UNIVERSITY OF ST. AUGUSTINE
FOR HEALTH SCIENCES,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on the Application for Admission of Attorney *Pro Hac Vice* ("Application") (Doc. 11) and the Written Designation and Consent to Act (Doc. 10). The Application seeks an order authorizing Keith Altman, Esq. to appear in this action *pro hac vice* on behalf of Plaintiff. (Doc. 11.) However, the Application does not comply with the new Local Rules of this Court, which became effective February 1, 2021.

For example, the Application does not comply with Local Rule 2.01(c), because it does not state whether Mr. Altman is "a member in good standing of the bar of a United States district court" and whether he has "abused the privilege of special admission by maintaining a regular practice of law in Florida"; it does not "list[] each case in state or federal court in Florida in which the lawyer has initially appeared in the last thirty-six months"; and it

does not seek a waiver of any of these requirements. Further, the Application does not comply with Local Rule 3.01(a), which requires a legal memorandum to be included in every motion, and Local Rule 3.01(g), which imposes a duty of good faith conferral with opposing counsel before filing most types of motions, including this one, with the Court. In addition, the Application does not comply with the typography requirements set forth in Local Rule 1.08. This Order is not intended to list all possible deficiencies of the Application, but only to point out the more obvious ones. Counsel shall consult the new Local Rules before filing any further motions, pleadings, or other papers with the Court. Failure to do so may result in the denial of such motions and/or the striking of any pleadings or other papers without further notice.

Accordingly, it is **ORDERED**:

The Application (**Doc. 11**) is **DENIED without prejudice** to re-filing a proper motion **on or before March 30, 2021**.

**DONE AND ORDERED** at Jacksonville, Florida, on March 16, 2021.

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record