# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

LUKE NGUYEN,

    Plaintiff,

v.　　　　　　　　　　　　　　　　Case No. 3:21-cv-173-MMH-MCR

UNIVERSITY OF ST. AUGUSTINE
FOR HEALTH SCIENCES,

    Defendant.

## ORDER TO SHOW CAUSE

The parties are directed to **show cause** by a written response filed on or before **June 1, 2021**, why this case should not be **dismissed** for lack of prosecution pursuant to Local Rule 3.10, or **sanctions** imposed due to the parties' failure to file a Case Management Report within the time prescribed by Local Rule 3.02.[1] The parties are cautioned that failure to respond to this order may result in the **dismissal** of the action or the entry of **sanctions** without further notice.

**DONE AND ORDERED** in Jacksonville, Florida this 18th day of May, 2021.

MARCIA MORALES HOWARD
United States District Judge

---

[1] The parties are reminded that pursuant to Local Rule 3.02(a)(2), they must utilize the unform case management report form on the Court's website.

Copies to:

Counsel of Record