UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LUKE NGUYEN,

     Plaintiff,

v.                            Case No.: 3:21-cv-00173-MMH-MCR

UNIVERSITY OF ST. AUGUSTINE
FOR HEALTH SCIENCES, LLC,

     Defendant.

_____/

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Defendant, University of St. Augustine for Health Sciences, LLC hereby files the forgoing Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1 and Middle District of Florida Local Rule 3.03:

1) each person — including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity — that has or might have an interest in the outcome (including any parent corporation and any publicly held corporation owning 10% or more of its stock);

    **a) University of St. Augustine For Health Sciences, LLC, Defendant**

    **b) University of St. Augustine Acquisition Corporation**

    **c) University of St. Augustine Intermediate Corporation**

    **d) University of St. Augustine Parent Corporation**

    **e) Altas Partners LP**

    **f) Kelly DeGance, as counsel for Defendant**

    **g) Mark Alexander, as counsel for Defendant**

    **h) Samantha Berdecia, as counsel for Defendant**

    **i) Alexander DeGance Barnett, P.A., as counsel for Defendant**

    **j) Rook Elizabeth Ringer, as counsel for Plaintiff**

    **k) Keith Altman, as counsel for Plaintiff**

**l) Joseph D. Lento, as counsel for Plaintiff**
**m)   Lento Law Group, P.A., as counsel for Plaintiff**

2) each entity with publicly traded shares or debt potentially affected by the outcome;

**None.**

3) each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee; and

**None.**

4) each person arguably eligible for restitution

**Plaintiff, Luke Nguyen**

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated this _26th_ day of May 2021.

Respectfully submitted,

ALEXANDER DeGANCE BARNETT P.A.

By: _____

Kelly DeGance
Florida Bar No. 0606022
E-mail: kelly.degance@adblegal.com
Mark Alexander
Florida Bar No. 434078
E-mail: mark.alexander@adblegal.com
Samantha Giudici Berdecia
Florida Bar No. 0058667
E-mail: samantha.giudici@adblegal.com
E-mail: mailbox@adblegal.com
1500 Riverside Avenue
Jacksonville, FL 32204
(904) 345-3277 Telephone
(904) 345-3294 Facsimile
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will serve the document electronically by email to the following: Rook Elizabeth Ringer, Keith Altman, and Joseph D. Lento, Lento Law Group, P.A., 222 San Marco Avenue, St. Augustine, FL 32084 (reringer@lentolawgroup.com, kaltman@lentolawgroup.com, jdlento@lentolawgroup.com).

_____
ATTORNEY