UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LUKE NGUYEN,

    Plaintiff,

v.                                                 Case No.: 3:21-cv-00173-MMH-MCR

UNIVERSITY OF ST. AUGUSTINE
FOR HEALTH SCIENCES, LLC,

    Defendant.
_____/

## **DEFENDANT'S RESPONSE TO ORDER TO SHOW CAUSE**

Defendant, University of St. Augustine for Health Sciences, LLC, pursuant to this Court's May 18, 2021 Order to Show Cause (Doc. 15) files this Response and states as follows:

Upon realizing that the deadline for filing the case management report in the revised Middle District Local Rules (effective February 1, 2021) was 40-days instead of the previous 60-days, on May 10, 2021 counsel for Defendant contacted counsel for Plaintiff requesting the parties schedule a Case Management Conference. See attached **Exhibit A.** Counsel for Defendant received no response to the May 10, 2021 email. Then, on May 19, 2021, following receipt of the Court's Order to Show Cause, counsel for Defendant again reached out to counsel for Plaintiff attempting to schedule a case management conference. See **Exhibit A.** As of the date of this Response, counsel for Plaintiff has not responded.

{00391133 1 }

Sanctions should not be imposed as to Defendant, because Defendant has made efforts to schedule a case management conference with Plaintiff; however, Plaintiff has not responded to these efforts. Moreover, following the filing of this response, Defendant has filed Defendant's Proposed Case Management Report.

Dated this 26th day of May 2021.

Respectfully submitted,

ALEXANDER DEGANCE BARNETT P.A.

By: /s/ Kelly DeGance
Kelly DeGance
Florida Bar No. 0606022
E-mail: kelly.degance@adblegal.com
Mark Alexander
Florida Bar No. 434078
E-mail: mark.alexander@adblegal.com
Samantha Giudici Berdecia
Florida Bar No. 0058667
E-mail: samantha.giudici@adblegal.com
E-mail: mailbox@adblegal.com
1500 Riverside Avenue
Jacksonville, FL 32204
(904) 345-3277 Telephone
(904) 345-3294 Facsimile
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will serve the document electronically by email to the following: Rook Elizabeth Ringer, Keith Altman, and Joseph D. Lento, Lento Law Group, P.A., 222 San Marco Avenue, St. Augustine, FL 32084 (reringer@lentolawgroup.com, kaltman@lentolawgroup.com, jdlento@lentolawgroup.com).

/s/ *signature*
ATTORNEY