# EXHIBIT A

# Samantha Giudici

| | |
|---|---|
| **From:** | Samantha Giudici |
| **Sent:** | Wednesday, May 19, 2021 12:40 PM |
| **To:** | 'reringer@lentolawgroup.com' |
| **Cc:** | 'kaltman@lentolawgroup.com'; 'jdlento@lentolawgroup.com'; Kelly DeGance |
| **Subject:** | USA/Nguyen - Case Management Conference |

All,

In light of the Court's recent Order, please let us know dates you are available so we can schedule a mutually agreeable time for a case management conference.

Thanks,

Samantha


ALEXANDER | DEGANCE | BARNETT

**Samantha Giudici Berdecia**
**Partner**
Alexander DeGance Barnett
1500 Riverside Avenue | Jacksonville FL 32204
Phone 904.345.3281 | Fax 904.345.3294

---

**From:** Samantha Giudici
**Sent:** Tuesday, May 11, 2021 1:55 PM
**To:** 'reringer@lentolawgroup.com' <reringer@lentolawgroup.com>
**Cc:** 'kaltman@lentolawgroup.com' <kaltman@lentolawgroup.com>; 'jdlento@lentolawgroup.com' <jdlento@lentolawgroup.com>; Kelly DeGance <kelly.degance@adblegal.com>
**Subject:** USA/Nguyen - Case Management Conference

Rook,

We are available for a case management conference in the referenced case. If you would like to schedule a conference, please let us know what dates you are available so we can try to schedule a mutually agreeable time.

Thanks,

Samantha


ALEXANDER | DEGANCE | BARNETT

**Samantha Giudici Berdecia**
**Partner**
**Alexander DeGance Barnett**
1500 Riverside Avenue | Jacksonville FL 32204
Phone 904.345.3281 | Fax 904.345.3294

**Samantha Giudici Berdecia**
**Partner**
**Alexander DeGance Barnett**
1500 Riverside Avenue | Jacksonville FL 32204
Phone 904.345.3281 | Fax 904.345.3294