UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LUKE NGUYEN,

    Plaintiff,

v.                                    Case No. 3:21-cv-173-MMH-MCR

UNIVERSITY OF ST. AUGUSTINE
FOR HEALTH SCIENCES,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court *sua sponte*.

On March 12, 2021, a motion for *pro hac vice* admission of Keith Altman, Esq. was filed on behalf of Plaintiff. (Doc. 11.) On March 16, 2021, the motion was denied without prejudice to filing a proper motion that complies with the new Local Rules of this Court on or before March 30, 2021. (Doc. 13.) To date, Keith Altman has not re-filed the motion for *pro hac vice* admission in compliance with the Local Rules, has not sought a waiver of the requirements, and has not moved to withdraw from representing Plaintiff in this case.

Upon consideration, it is **ORDERED**:

The Clerk of Court shall **TERMINATE** attorney Keith Altman from this case for failing to re-apply for *pro hac vice* admission. This Order is

without prejudice to the attorney filing a proper motion for *pro hac vice* appearance and registering for a CM/ECF account.

**DONE AND ORDERED** at Jacksonville, Florida, on May 27, 2021.

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record