UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| **LUKE NGUYEN**, | **CASE NO.: 3:21-cv-00173-MMH-MCR** |
| Plaintiff, | |
| v. | |
| **UNIVERSITY OF ST. AUGUSTINE FOR HEALTH SCIENCES,** | JUDGE MARCIA MORALES HOWARD |
| Defendant. | |

## <u>RESPONSE TO ORDER TO SHOW CAUSE</u>

Plaintiff Luke Nguyen (hereinafter, the "Plaintiff"), by and through his counsel Rook Elizabeth Ringer, Esq. of Lento Law Group, respectfully responds to the Court's Order to Show Cause [Dkt. #15], and states:

1.     The Plaintiff apologizes to the Court and opposing counsel for the current lapse and explains as follows. At no time did the Plaintiff's counsel act with the intent to unreasonably delay these proceedings.

2.     When this case was filed, it was intended that Keith Altman, Esq. (hereinafter, "Mr. Altman") would be serving as *pro hac vice* counsel in this matter and be primarily responsible for its prosecution, as it is a case that he originated.

3.     On March 12, 2021, Mr. Altman, through current counsel, Rook Elizabeth Ringer, Esq. (hereinafter, "Ms. Ringer"), file his Motion for *pro hac vice* admission. [Dkt. #11].

4.      On March 16, 2021, this Court denied that motion without prejudice. [Dkt. #13].

5.      On May 27, 2021, this Court terminated Mr. Altman from the case without prejudice.

6.      However, shortly after filing the *pro hac vice* motion, Mr. Altman and Lento Law Group parted ways.

7.      Mr. Altman, through the Law Offices of Keith Altman, intended to continue the prosecution of this case with another local Florida counsel, to which Ms. Ringer agreed.

8.      Ms. Altman stated that he would obtain another local Florida counsel to proceed further.

9.      On May 11, 2021, the Defendant's counsel sent an email requesting a case management conference. This email was sent to all counsel of record, as well as to Keith Altman's email at kaltman@lentolawgroup.com.[1] At that time, Ms. Ringer did not know that Mr. Altman no longer had access to that email address. Ms. Ringer would certainly have responded to Defendant's counsel absent these circumstances.

10.      On May 18, 2021, this Court filed its Order to Show Cause as to why the parties had not filed a Case Management Report [Dkt. #15].

---

[1] Notably, the way that parties are described on the Microsoft Outlook program used by Ms. Ringer simply showed that the email had been sent to "Keith Altman", so she did not realize that it was sent to his old email account, or that Mr. Altman had not provided any other means to the Defendant's counsel for contacting him.

11.     On May 25, 2021, Ms. Ringer conferred with the Defendant's counsel to obtain consent under Local Rule 3.01(g) to withdraw herself and Lento Law Group as counsel in this matter, to which they agreed.

12.     Ms. Ringer then notified Mr. Altman of her intention to withdraw, but he had not secured local counsel at that time, so she delayed the filing of the Motion to Withdraw in order to allow Mr. Altman further time to do so.

13.     On June 1, 2021, Mr. Altman notified Ms. Ringer that he had obtained such counsel through Michael Gibson, Esq., of Orlando, Florida.

14.      As a result, Ms. Ringer will also be filing her Unopposed Motion to Withdraw later today.

WHEREFORE, based on the foregoing, Rook Elizabeth Ringer, Esq. and the law firm of Lento Law Group, P.A. respectfully requests that this Court excuse this lapse and allow the Plaintiff fourteen (14) days to: (1) effectuate the substitution of counsel; (2) for Mr. Altman to file a new motion to appear *pro hac vice*; and (3) to allow the parties to meet and confer and complete the Rule 16 case management report.

Respectfully submitted,

By:     _____

ROOK ELIZABETH RINGER, ESQ.
Florida Bar No. 1015698
**LENTO LAW GROUP, P.A.**
222 San Marco Ave., Ste."C"
St. Augustine, FL 32084

904.602.9400 x 467 (Office)
904.299.5400 (Fax)
reringer@lentolawgroup.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2021, I served the foregoing document on counsel for all Defendants of record *via* electronic filing, and to Keith Altman, Esq. (P81702), The Law Office of Keith Altman, 33228 West 12 Mile Road, Suite 375, Farmington Hills, MI 48331, kaltman@lawampmmt.com.

_____

ROOK ELIZABETH RINGER, ESQ.