UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| **LUKE NGUYEN**, <br><br> Plaintiff, <br> v. <br><br> **UNIVERSITY OF ST. AUGUSTINE FOR HEALTH SCIENCES,** <br><br> Defendant. | **CASE NO.: 3:21-cv-00173-MMH-MCR** <br><br><br><br> JUDGE MARCIA MORALES HOWARD |

## UNOPPOSED MOTION TO WITHDRAW OF ROOK ELIZABETH RINGER

Rook Elizabeth Ringer, and the law firm of Lento Law Group, pursuant to Local Rule 2.02(c), files this Motion to Withdraw and requests an order of this Court allowing her to withdraw as counsel for Luke Nguyen, and states:

1. Attorney Rook Elizabeth Ringer wishes to withdraw as counsel to Plaintiff Luke Nguyen, which party consents to this withdrawal.

2. Attorney Keith Altman, of the Law Offices of Keith Altman, intends to represent the Plaintiff *pro hac vice* under new Florida counsel, in accordance with Local Rule 2.01(c).

3. This motion is not being filed to hinder or delay this matter or to prejudice any party.

4. Defendant University of St. Augustine for Health Sciences consents to this withdrawal, and pursuant to Local Rule 3.01(g) received notice from undersigned counsel.

WHEREFORE, based on the foregoing, Rook Elizabeth Ringer, Esq. and the law firm of Lento Law Group, P.A. respectfully requests that this Court enter an Order allowing her to withdraw as counsel of record in this matter.

Respectfully submitted,

By: _____

ROOK ELIZABETH RINGER, ESQ.
Florida Bar No. 1015698
**LENTO LAW GROUP, P.A.**
222 San Marco Ave., Ste."C"
St. Augustine, FL 32084
904.602.9400 x 467 (Office)
904.299.5400 (Fax)
reringer@lentolawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2021, I served the foregoing document on counsel for all Defendants of record *via* electronic filing, and to Keith Altman, Esq. (P81702), The Law Office of Keith Altman, 33228 West 12 Mile Road, Suite 375, Farmington Hills, MI 48331, kaltman@lawampmmt.com.

_____
ROOK ELIZABETH RINGER, ESQ.