UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LUKE NGUYEN,

    Plaintiff,

v.                                                    CASE NO. 3:21-cv-173-MMH-MCR

UNIVERSITY OF ST. AUGUSTINE
FOR HEALTH SCIENCES,

    Defendant.
_____/

## **ORDER**

    **THIS CAUSE** is before the Court on the Unopposed Motion to Withdraw of Rook Elizabeth Ringer ("Motion") (Doc. 21). For the reasons stated herein, the Motion will be **DENIED without prejudice**.

    The Motion requests an order allowing Rook Elizabeth Ringer and the law firm of Lento Law Group to withdraw from representing Plaintiff in this matter. (*Id.* at 1.) The Motion represents that both the client and the opposing counsel consent to the withdrawal. (*Id.* at 1-2.) The Motion also represents that attorney Keith Altman "intends to represent the Plaintiff *pro hac vice* under new Florida counsel, in accordance with Local Rule 2.01(c)." (*Id.* at 1.)

    However, Mr. Altman was terminated from this case on May 27, 2021 for failing to re-apply for *pro hac vice* admission. (Doc. 19.) His termination

was without prejudice to filing a proper motion for *pro hac vice* appearance and registering for a CM/ECF account. (*Id.*) To date, Mr. Altman has not re-applied for *pro hac vice* admission. Thus, if the present Motion is granted, Plaintiff would not have counsel of record.

Moreover, the present Motion does not comply with Local Rule 3.01(a), which requires a memorandum of law to be included in every motion; Local Rule 2.02(c)(1)(B)(ii), which states that Plaintiff's mailing address, email address, and telephone number must be provided to the Court; and Local Rule 2.02(c)(3), which states that a lawyer cannot withdraw absent a compelling ethical problem, emergency, disability, or death if the requested withdrawal might cause continuance of the trial. Based on these deficiencies, the present Motion will be denied without prejudice.

Further, because the Motion seems to indicate that Mr. Altman intends to re-apply for *pro hac vice* admission "under new Florida counsel" (Doc. 21 at 1), the Court will give Mr. Altman an opportunity to file a proper motion for *pro hac vice* appearance and register for a CM/ECF account **no later than June 23, 2021**.

Accordingly, it is **ORDERED**:

The Motion (**Doc. 21**) is **DENIED without prejudice**.

3

**DONE AND ORDERED** at Jacksonville, Florida, on June 8, 2021.

      MONTE C. RICHARDSON
      UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record

3