UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

-----------------------------------------------------------------------x

LUKE NGUYEN,

                          Plaintiff,                    Case No. 3:21-cv-173-MMH-MCR

    and

UNIVERSITY OF ST. AUGUSTINE
FOR HEALTH SCIENCES,

                          Defendant.

-----------------------------------------------------------------------x

## **NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE,** that the undersigned attorney hereby appears on behalf of the Plaintiff, Luke Nguyen, and requests that a copy of all papers in this action be served upon the undersigned at the address below.

Dated: June 9, 2021

                                          /s/ Michael T. Gibson
                                          Michael T. Gibson (Bar #26105)
                                          2420 Lakemont Ave., #150
                                          Orlando, Florida 32814
                                          407-422-4529
                                          michael@gibsonjustice.com