**Michael T. Gibson**
Bar #26105
2420 Lakemont Ave., #150
Orlando, Florida 32814
407-422-4529
michael@gibsonjustice.com

**Keith Altman, Esq.**
(*pro hac vice* pending)
The Law Office of Keith Altman
33228 West 12 Mile Road
Suite 375
Farmington Hills, MI 4834
516-456-5885
keithaltman@kaltmanlaw.com

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| LUKE NGUYEN,<br>    PLAINTIFF.<br>V.<br>UNIVERSITY OF ST. AUGUSTINE<br>FOR HEALTH SCIENCES<br>    DEFENDANT. | Case: 3:21-cv-00173<br><br>MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*<br>(Civil Local Rule 2.02) |

Pursuant to Rule 2.02 of the Local Rules for the United States District Court of the Middle District of Florida, Plaintiff Luke Nguyen ("Nguyen" or "Plaintiff"), by and through its undersigned Counsel, moves this Court for an order allowing Keith Altman to appear in this Court as Counsel on behalf of Plaintiff in the above-styled lawsuit. In support of this motion, Plaintiff states as follows:

1. Mr. Keith Altman has been retained to represent Plaintiff as co-counsel in all proceedings conducted in this cause.
2. Mr. Altman is not admitted to practice in the United States District Court for the Middle District of Florida. Mr. Altman is an active member in good standing of the bars of Michigan and California. He is an active member in good standing of the Supreme Court of Michigan (P81702) and the Supreme Court of California (257309).
3. A true and correct copy of a certificate of Mr. Altman's good standing from the Michigan State Bar is attached to this application, along with a declaration of Keith Altman.
4. Mr. Altman has not abused the privilege of special admission by maintaining a regular practice of law in Florida. In the past 36 months, Mr. Altman has initially appeared in the following matters (note that the first four cases are all related to the Pulse Nightclub shooting on June 12, 2016):

- Vielma, et al. v. G4S, et al. 2018-CA-7168 (Fifteenth Judicial Circuit) 08/31/2018. Pulse Nightclub. **Matter disposed.**

- Garcia-Tejada, et al., v. 1912 Orange Ave, et al. 2018-CA-006102 (Fifteenth Judicial Circuit) 09/18/2018. Pulse Nightclub.

- Vielma, et al. v. Grueller, et al. 18-15162 (Eleventh Circuit Court of Appeals) 12/28/2018. Pulse Nightclub. **Matter disposed.**

- Colon, et al., v. G4S. 502017CA003447 MB AG (Fifteenth Judicial Circuit) 11/08/2018. Pulse Nightclub. **Matter disposed.**

- L.S., et al. v. Scot Peterson, et al. 18-15162 (Eleventh Circuit Court of Appeals) 12/28/2018. Parkland Shooting. **Matter disposed.**

5. Although Mr. Altman has appeared in five cases in the last 36 months, four of them have been completed, and four of them were related to the same incident. Only one of the cases is active at this time.

6. Mr. Altman is familiar with, and will be governed by, the Local Rules of the United States District Court for the Middle District of Florida. Mr. Altman is familiar with, and will be governed by, the Code of Professional Responsibility and the other ethical limitations or requirements governing the professional behavior of members of the Florida Bar.

Nguyen v. Univ. St. Augustine For Health Sciences, 3:21-cv-00173, Mot. PHV

3

7. Mr. Altman's local co-counsel is Michael T. Gibson, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the state of Florida.

8. Local Counsel's address of record is Michael T. Gibson (Bar #26105), 2420 Lakemont Ave., #150 Orlando, Florida 32814, 407-422-4529, michael@gibsonjustice.com.

9. Mr. Altman's address of record is The Law Office of Keith Altman, 33228 West 12 Mile Road, Suite 375, Farmington Hills, MI 48331. His phone number and email is (516) 456-5885, keithaltman@kaltmanlaw.com. Mr. Altman is already registered with this Court under CM/ECF.

10. Pursuant to Rule 2.02(a), Local Rules, United States District Court, Middle District of Florida, Keith Altman certifies that he has complied with the requirements of Rule 2.01(d) and will complete e-filing registration in accordance with Rule 2.01(d) of the Local Rules of the United States District Court for the Middle District of Florida.

11. In compliance with Local Civil Rule 2.02, Mr. Altman has also filed a special appearance form and submitted the correct fee. A written consent to act has also been filed by local Counsel, Michael Gibson.

12. In accordance with the local rules, local Counsel has been consulted in this matter and does not oppose this motion.

Nguyen v. Univ. St. Augustine For Health Sciences, 3:21-cv-00173, Mot. PHV

4

WHEREFORE, Plaintiff respectfully requests this Court enter an order admitting Keith Altman to practice before this Court *pro hac vice* for all purposes relating to this matter.

Dated: June 28, 2021

/s/ Michael Gibson
Michael Gibson

**Michael T. Gibson**
Bar #26105
2420 Lakemont Ave., #150
Orlando, Florida 32814
407-422-4529
michael@gibsonjustice.com

# ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Keith Altman is granted, subject to the terms and conditions of Civil L.R. 2.02. All papers filed by the attorney must indicate appearance ***pro hac vice***. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:_____          _____
                           UNITED STATES
                           DISTRICT/MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2021, I electronically filed the above document with the clerk of the Court using CM/ECF, which will send electronic notification of such filing to all registered Counsel.

/s/ Michael Gibson

**Michael T. Gibson**
Bar #26105
2420 Lakemont Ave., #150
Orlando, Florida 32814
407-422-4529
michael@gibsonjustice.com

**Keith Altman, Esq.**
(*pro hac vice* pending)
The Law Office of Keith Altman
33228 West 12 Mile Road
Suite 375
Farmington Hills, MI 4834
516-456-5885
keithaltman@kaltmanlaw.com

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| LUKE NGUYEN,<br>　　　　PLAINTIFF.<br>V.<br>UNIVERSITY OF ST. AUGUSTINE<br>FOR HEALTH SCIENCES<br>　　　　DEFENDANT. | Case: 3:21-cv-00173<br><br>APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*<br>(Civil Local Rule 2.02) |

Nguyen v. Univ. St. Augustine For Health Sciences, 3:21-cv-00173, Mot. PHV

1

I, Keith Altman, of the Law Office of Keith Altman, declare under penalty of perjury:

My name is Keith Altman, an active member in good standing of the bars of Michigan and California, and I respectfully apply for admission to practice *pro hac vice* in the Middle District of Florida representing Plaintiff in the above action. My local co-counsel is Michael Gibson, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the state of Florida.

My address of record is The Law Office of Keith Altman, 33228 West 12 Mile Road, Suite 375, Farmington Hills, MI 48331. My phone number and email are (516) 456-5885, keithaltman@kaltmanlaw.com. I am already registered with this Court under CM/ECF.

My Co-Counsel's address of record is Michael T. Gibson (Bar #26105), 2420 Lakemont Ave., #150 Orlando, Florida 32814, 407-422-4529, michael@gibsonjustice.com.

I am an active member in good standing of the Supreme Court of Michigan (P81702) and the Supreme Court of California (257309). I am a member of the following U.S. District Courts: Northern, Southern, Central, and Eastern Districts of California, Eastern and Western Districts of Michigan, District of Maryland, Northern District of Illinois, Southern District of Indiana, and the Northern District of New York. I am also admitted to the Second, Fifth, Sixth, Seventh, Eighth, Ninth, and

Eleventh Circuits of the Court of Appeals and the United States Supreme Court.

A true and correct copy of a certificate of good standing from the Michigan State Bar is attached to this application.

I do not maintain a regular practice in Florida. In the past 36 months, I have initially appeared in the following matters (note that the first four cases are all related to the Pulse Nightclub shooting on June 12, 2016):

- Vielma, et al. v. G4S, et al. 2018-CA-7168 (Fifteenth Judicial Circuit) 08/31/2018. Pulse Nightclub. **Matter disposed.**

- Garcia-Tejada, et al., v. 1912 Orange Ave, et al. 2018-CA-006102 (Fifteenth Judicial Circuit) 09/18/2018. Pulse Nightclub.

- Vielma, et al. v. Grueller, et al. 18-15162 (Eleventh Circuit Court of Appeals) 12/28/2018. Pulse Nightclub. **Matter disposed.**

- Colon, et al., v. G4S. 502017CA003447 MB AG (Fifteenth Judicial Circuit) 11/08/2018. Pulse Nightclub. **Matter disposed.**

- L.S., et al. v. Scot Peterson, et al. 18-15162 (Eleventh Circuit Court of Appeals) 12/28/2018. Parkland Shooting. **Matter disposed.**

Although I have appeared in five cases in the last 36 months, four of them are terminated, and four of them were related to the same incident. Only one of the five cases remains active.

I agree to familiarize myself with, and abide by, the Local Rules of

this Court, especially the Standards of Professional Conduct for attorneys.

In compliance with Local Civil Rule 2.02, I have also filed a special appearance form and submitted the correct fee. The fee was previously paid on March 12, 2021. A written consent to act has also been filed by my local counsel, Michael Gibson.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 28, 2021

/s/ Keith Altman
Keith Altman, Applicant
The Law Office of Keith Altman
33228 West 12 Mile Road
Suite 375
Farmington Hills, MI 4834
516-456-5885
keithaltman@kaltmanlaw.com

# State Bar of Michigan

## Certificate of Good Standing

This certifies that Keith Altman, P81702 of Farmington Hills, Michigan is an active member of the State Bar of Michigan in good standing.

He/She was admitted to practice in Michigan on June 21, 2017 in Oakland County and became a member of the State Bar of Michigan on July 03, 2017.

*Janet K. Welch, Executive Director*
June 15, 2021

**Michael T. Gibson**
Bar #26105
2420 Lakemont Ave., #150
Orlando, Florida 32814
407-422-4529
michael@gibsonjustice.com

**Keith Altman, Esq.**
(*pro hac vice* pending)
The Law Office of Keith Altman
33228 West 12 Mile Road
Suite 375
Farmington Hills, MI 4834
516-456-5885
keithaltman@kaltmanlaw.com

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| LUKE NGUYEN, | |
|       PLAINTIFF. | Case: 3:21-cv-00173 |
| V. | |
| UNIVERSITY OF ST. AUGUSTINE FOR HEALTH SCIENCES | |
|       DEFENDANT. | <u>WRITTEN DESIGNATION AND CONSENT TO ACT</u> |

In accordance with M.D. Fla. Local Rule 2.01 and 2.02 the undersigned Michael Gibson, a member of this Court hereby designates and consents to Keith Altman of The Law Office of Keith Altman located in Farmington Hills, MI to participate and act in the above case. I certify that Mr. Altman is already registered with CM/ECF and that he has submitted a Special Appearance form with the $150 fee by overnight mail in compliance with the local rules.

I further understand that I will receive all notices from the Court and will be responsible for the progress of the case, including trial in the event of a default by Mr. Altman.

Dated: June 28, 2021 /s/ Michael Gibson

**Michael T. Gibson**
Bar #26105
2420 Lakemont Ave., #150
Orlando, Florida 32814
407-422-4529
michael@gibsonjustice.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on June 28, 2021, I electronically filed the above document with the clerk of the court using CM/ECF, which will send electronic notification of such filing to all registered counsel.

    /s/ Michael Gibson

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

## SPECIAL ADMISSION
## ATTORNEY CERTIFICATION

This attorney certification form and the information contained herein neither replaces nor supplements the filing and service of pleadings, motions, or other papers as required by law, rule, or court order. This form is required for use by the Clerk of Court in furtherance of the Guidelines and Plan Administration of Non-Appropriated Funds as adopted by this Court and this form will not be handled as a pleading, motion, or other paper filed in a case before the Court.

Luke Nguyen,
Plaintiff(s)/Petitioner(s),

v.

University of St. Augustine for Health Sciences,
Defendant(s)/Respondent(s)

CASE NO. 3:21-cv-00173

I, Keith Altman (pro hac vice counsel), hereby submit this attorney certification form to the Court on behalf of Luke Nguyen (party represented).

## ATTORNEY INFORMATION

Firm Name: The Law Office of Keith Altman
Address: 33228 West 12 Mile Road, SUite 375
City: Farmington Hills   State: MI   Zip: 48331
Firm/Business Phone: 516-456-5885   Alternate Phone:
Firm/Business Fax:
E-mail Address: keithaltman@kaltmanlaw.com

## ATTORNEY CERTIFICATION

I certify that:

1. To my knowledge there are NO disciplinary or suspension proceedings pending against me in any Court of the United States or of any State, Territory, or Possession of the United States. **NOTE**: If proceedings ARE pending at this time, please explain at the bottom or back of this form.
2. I am not a resident of the State of Florida.
3. I do not make frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in the State of Florida.
4. Within the twelve (12) month period preceding the date of this attorney certification, I have read the most current version of the Local Rules of the United States District Court for the Middle District of Florida.

I declare under penalty of perjury that the foregoing is true and correct.

_____   06/28/2021
Signature                         Date

## CASE MANAGEMENT / ELECTRONIC CASE FILING (CM/ECF)

To obtain a login and password necessary to participate in the Middle District of Florida's Case Management / Electronic Case Filing (CM/ECF) system, please check our web page at www.flmd.uscourts.gov.

## ATTORNEY SPECIAL ADMISSION FEE

Attorneys specially admitted to practice in the Middle District of Florida under the conditions prescribed in Rule 2.02 of the Local Rules of the United States District Court for the Middle District of Florida, or Rule 2090-1(c)(1) of the Local Bankruptcy Rules for the Middle District of Florida, are required to pay to the Clerk a fee of $150.00 per case. The special admission fee is due with this attorney certification. Payment should be in U.S. currency and checks must be drawn on a U.S. bank. Please make checks payable to "Clerk, U.S. District Court."

Providing the Court with an attorney certification form and the $150.00 Special Admission Fee, **DOES NOT** satisfy the requirements of Rule 2.02, Local Rules for the Middle District of Florida.