UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

-------------------------------------------------------------------x

LUKE NGUYEN,

              PLAINTIFF,          Case No: 3:21-cv-173-MMH-MCR

V.

UNIVERSITY OF ST. AUGUSTINE
FOR HEALTH SCIENCES,

              DEFENDANT.
.

-------------------------------------------------------------------x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE,** that the undersigned attorney, Keith Altman, has been approved in this case pursuant to Docket Entry Number 26 by Endorsed Order granting ECF 24 Motion for Admission of Attorney Pro Hac Vice on June 29, 2021, signed by Magistrate Judge Monte C. Richardson, and hereby appears on behalf of the Plaintiff, Luke Nguyen, and requests that a copy of all papers in this action be served upon the undersigned at the address below.

Dated: June 30, 2021

                                            /s/ Keith Altman
                                            The Law Office of Keith Altman
                                            33228 West 12 Mile Road, Suite 375
                                            Farmington Hills, Michigan 48334
                                            Tel. 516-456-5885
                                            kaltman@lawampmmt.com

**CERTIFICATE OF SERVICE**

   I hereby certify that on June 30, 2021, I electronically filed the above documents with the clerk of the court using CM/ECF, which will send electronic notification of such filing to all registered counsel.

            /s/ Keith Altman
            Keith Altman