UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

LUKE NGUYEN,                                                                                                     Case: 3:21-cv-00173

   Plaintiff,

v.

UNIVERSITY OF ST. AUGUSTINE
FOR HEALTH SCIENCES,

   Defendant.

## RESPONSE TO ORDER TO SHOW CAUSE

**COMES NOW**, the Plaintiff, Luke Nguyen, by and through the undersigned counsel, and hereby files this Response to Order to Show Cause, in response to this Honorable Court's Order dated 6/29/2021 (Dkt. # 25), and would state as good grounds as follows:

1. The undersigned recently appeared in this case as local counsel. (Dkt. #23).

2. The undersigned appeared for the purpose of serving as local counsel and sponsoring the pro hac vice admission of lead counsel in this case, Keith Altman.

3. As the Court is aware from the filings of previous counsel, Elizabeth Ringer Rook, Ms. Rook had previous appeared, along with her then law partner, Keith Altman, and sponsored a previous motion to admit Mr. Altman pro hac vice. Please see Response to Order to Show Cause, dated 6/1/2021, (Dkt. # 20).

4. As the Court is aware from the Response to Order to Show Cause filed by previous counsel, (Dkt. # 20), the law partnership between Ms. Rook and Mr. Altman dissolved recently, forcing Mr. Altman to procure new local counsel who could sponsor his pro hac vice admission to this Court.

1

5. Pursuant to the same, Mr. Altman procured the services of the undersigned.

6. Mr. Altman's Motion for Pro Hac Vice Admission to this Court was recently granted by Magistrate Judge Monte C. Richardson, on 6/29/2001.  See (Dkt # 26).

7. Prior to the Order granting his Admission Pro Hac Vice, Mr. Altman had conferred with opposing counsel, advising of dissolution of the law partnership between Ms. Rook and himself, and the need to procure new local counsel and obtain Admission Pro Hac Vice, to this Court.  In email correspondence dated 6/17/2021, Mr. Altman and opposing counsel agreed to first resolve Mr. Altman's pending Motion for Pro Hac Vice Admission, and then, both parties would resolve and finalize a Case Management Report.  See attached copy of Email Correspondence dated 6/17/2021, attached hereto as Exhibit 'A,' and incorporated by reference.

8. As to the circumstances that brought about the delay in finalizing and filing a Case Management Report, the undersigned would adopt and incorporate by reference the facts as outlined by prior counsel in their Response to Order to Show Cause, dated 6/1/2021, (Dkt. # 20).

9. Now that Mr. Altman's Pro Hac Vice Admission has been granted by this Court, and now that the undersigned has appeared, the undersigned would advise that Mr. Altman and the undersigned will confer with opposing counsel and have the Case Management Report filed on or before July 19, 2021.

10. The undersigned apologies to the Court for any delay in the filing of the Case Management Statement.  The same is not for the purposes of unreasonable delay or from a lack of desire or want to faithfully prosecute this action.  The undersigned would ask that this Honorable Court consider the circumstances and action taken by the undersigned since his appearance in this case.  This includes promptly resolving Mr. Altman's pending Pro Hac Vice admission to this Court. With this matter concluded, the undersigned is also working diligently to

make sure that Mr. Altman and opposing counsel complete and file the Case Management Report. The undersigned would anticipate that the Case Management Report can be filed within ten (10) days of the date of this filing.

11. This Court enjoys broad discretion in deciding how to best manage the cases before it. *Chadasama v. Mazda Motor Corp.*, 123 F.3d 1353, 1366 (11th Cir. 1997); *U.S. v. McCutcheon*, 86 F.3d 187, 190 (11th. Cir. 1996). (Local Rule 3.10 states that the Court may enter an Order to Show Cause "[w]henever it appears that any case is not being diligently prosecuted....)" The Middle District has previously held that changes in counsel for party can constitute good cause show to delay or postpone the filing and deadline requirements of a Case Management Statement, *see Neitzelt v. Gould*, No. 2:16-CV-898-FTM-99CM, 2017 WL 564945, at *2 (M.D. Fla. Feb. 13, 2017) ("The power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936). This is best accomplished by the "exercise of judgment, which must weigh competing interests and maintain an even balance." *Id.* at 255. Based on the totality of the circumstances of this case and the lack of objection from Defendants, the Court will grant a brief stay of this case to allow Plaintiff to retain counsel who is admitted to practice in the Middle District of Florida. . . . Due to this brief stay, the Court finds good cause to extend the parties' deadline to file a case management report.").

12. Again, the undersigned would ask that this Honorable Court consider the circumstances regarding the dissolution of the law partnership between Mr. Altman and Ms. Rook, as outlined in (Dkt. # 20), and the effect the same had on Mr. Altman gaining Pro Hac Vice admission to this Court. Since the appearance of the undersigned in this case, the Pro Hac Vice admission of Mr. Altman has been resolved, and Mr. Altman granted Pro Hac Vice admission by

this Court, see (Dkt. # 26) and please see Notice of Appearance by Keith Altman, dated 6/30/2021, (Dkt. # 27). Resolution of this issue should prohibit any further delay in the prosecution of this action.

WHEREFORE, the Plaintiff, by and through the undersigned counsel, respectfully requests that this Court ender an Order, finding that the Plaintiff has established Good Cause for the delay in filing a Case Management Report, in response to this Court's Order to Show Cause of 5/18/2021, (Dkt. # 15), and 6/29/2021, (Dkt. # 25), respectively, and to allow the parties to file a Joint Case Management Report on or before July 19, 2021.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via ECF/Electronic filing to all counsel of record on this 9th day of July, 2021.

/s/ Michael T. Gibson, Esq.
_____
Michael T. Gibson, Esquire
FBN: 0026105
MICHAEL T. GIBSON, P.A.
Auto Justice Attorney
2420 S. Lakemont Avenue
Suite 150
Orlando, FL 32814
T: (407) 422-4529
F: (407) 422-4954
Primary email: service@gibsonjustice.com
Secondary email: Michael@gibsonjustice.com

| | |
|---|---|
| **From:** | Keith Altman |
| **To:** | Kelly DeGance; mark.alexander@abclegal.com; smantha.giudici@abclegal.com |
| **Cc:** | Michael Gibson; Prentice (PJ) Johnson; Prentice (PJ) Johnson |
| **Subject:** | RE: Nguyen v. University of St. Augustine For HEalth Sciences (3:21-cv-00173) |
| **Date:** | Thursday, June 17, 2021 9:36:46 AM |

Thank you.  Do you have a template for the discovery plan?

Keith Altman
The Law Office of Keith Altman
516-456-5885
keithaltman@kaltmanlaw.com
Licensed in California and Michigan

**From:** Kelly DeGance <kelly.degance@adblegal.com>
**Sent:** Thursday, June 17, 2021 9:36 AM
**To:** Keith Altman <keithaltman@kaltmanlaw.com>; mark.alexander@abclegal.com; smantha.giudici@abclegal.com
**Cc:** Michael Gibson <Michael@gibsonjustice.com>; Prentice (PJ) Johnson <prenticejohnson@kaltmanlaw.com>
**Subject:** RE: Nguyen v. University of St. Augustine For HEalth Sciences (3:21-cv-00173)

Keith,

We do not oppose your pro hac vice motion.  Once you have been admitted, let's plan for the case management conference.

Thanks, Kelly



ADB Logo

**Kelly DeGance**
Partner
**Alexander DeGance Barnett**
1500 Riverside Avenue | Jacksonville, FL  32204
Phone 904.345.3276 | Fax 904.345.3294
kelly.degance@adblegal.com | www.adblegal.com

**From:** Keith Altman <keithaltman@kaltmanlaw.com>
**Sent:** Wednesday, June 16, 2021 6:17 AM
**To:** Kelly DeGance <kelly.degance@adblegal.com>; mark.alexander@abclegal.com;

**EXHIBIT A**

smantha.giudici@abclegal.com
**Cc:** Michael Gibson <Michael@gibsonjustice.com>; Prentice (PJ) Johnson <prenticejohnson@kaltmanlaw.com>
**Subject:** Nguyen v. University of St. Augustine For HEalth Sciences (3:21-cv-00173)

Kelly, Mark, and Samantha,

I hope all is well.

Now that Michael Gibson has stepped in as local counsel, we can get things moving in the right direction.  I will be filing the motion for pro hac vice today.  Will you have any opposition?

Second, can we set up some time very soon to work on the Rule 16 plan?

I apologize for the previous difficulties, but as you can understand transitions between firms can be difficult at times.

Thank you,

Keith



Keith Altman
The Law Office of Keith Altman
516-456-5885
keithaltman@kaltmanlaw.com
Licensed in California and Michigan

**EXHIBIT A**