# U.S. District Court
# Middle District of Florida (Jacksonville)
# CIVIL DOCKET FOR CASE #: 3:21-cv-00173-MMH-MCR

| | |
|---|---|
| Nguyen v. University of St. Augustine for Health Sciences | Date Filed: 02/19/2021 |
| Assigned to: Judge Marcia Morales Howard | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Monte C. Richardson | Nature of Suit: 446 Civil Rights: Americans with Disabilities - Other |
| Cause: Americans with Disabilities Act | Jurisdiction: Federal Question |

**Plaintiff**

**Luke Nguyen**  represented by  **Keith Altman**
The Law Office of Keith Altman
33228 West 12 Mile Road
Suite 375
Farmington Hills, MI 48334
516-456-5885
Email: kaltman@lawampmmt.com
*TERMINATED: 05/28/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael T. Gibson**
Michael T. Gibson, PA
2420 S. Lakemont Ave, Suite 150
Orlando, FL 32814
407/422-4529
Email: michael@gibsonjustice.com
*ATTORNEY TO BE NOTICED*

**Rook Elizabeth Ringer**
Lento Law Group, P.A.
Ste. C
222 San Marco
Suite C
St. Augustine, FL 32084
904-602-9400
Email: reringer@lentolawgroup.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**University of St. Augustine for Health Sciences**  represented by  **Kelly DeGance**
Alexander DeGance Barnett, P.A.
1500 Riverside Avenue
Jacksonville, FL 32204

904/345-3277
Fax: 904/345-3294
Email: kelly.degance@adblegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark Gorman Alexander**
Alexander DeGance Barnett, P.A.
1500 Riverside Avenue
Jacksonville, FL 32204
904/345-3277
Fax: 904/345-3294
Email: mark.alexander@adblegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chandler Jolly**
Alexander DeGance Barnett
1500 Riverside Avenue
Jacksonville, FL 32204
904-345-3289
Email: chandler.jolly@adblegal.com
*ATTORNEY TO BE NOTICED*

**Samantha Giudici Berdecia**
Alexander DeGance Barnett, P.A.
1500 Riverside Avenue
Jacksonville, FL 32204
904/345-3277
Fax: 904/345-3294
Email: samantha.giudici@adblegal.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/19/2021 | 1 | COMPLAINT *AND DEMAND FOR JURY TRIAL* against University of St. Augustine for Health Sciences, LLC with Jury Demand (Filing fee $ 402 receipt number 113A-17909700) filed by Luke Nguyen.(Ringer, Rook) (Entered: 02/19/2021) |
| 02/19/2021 | 2 | PROPOSED summons to be issued by Luke Nguyen. (Ringer, Rook) (Entered: 02/19/2021) |
| 02/22/2021 | 3 | NEW CASE ASSIGNED to Judge Marcia Morales Howard and Magistrate Judge Monte C. Richardson. New case number: 3:21-cv-0173-MMH-MCR. (SJB) (Entered: 02/22/2021) |
| 02/22/2021 | 4 | NOTICE to counsel Rook Elizabeth Ringer that Form JS 44 Civil Cover Sheet is required for the Clerk of Court to initiate a civil docket sheet. File the |

| | | |
|---|---|---|
| | | Civil Cover Sheet in this action using the **Notice (Other)** event. (BGR) (Entered: 02/22/2021) |
| 02/22/2021 | 5 | NOTICE by Luke Nguyen *Civil Cover Sheet* (Ringer, Rook) (Entered: 02/22/2021) |
| 02/23/2021 | 6 | NOTICE of Local Rule 3.02(a)(2), which requires the parties in every civil proceeding, except those described in subsection (d), to file a case management report (CMR) using the uniform form at www.flmd.uscourts.gov. The CMR must be filed (1) within forty days after any defendant appears in an action originating in this court, (2) within forty days after the docketing of an action removed or transferred to this court, or (3) within seventy days after service on the United States attorney in an action against the United States, its agencies or employees. Judges may have a special CMR form for certain types of cases. These forms can be found at www.flmd.uscourts.gov under the Forms tab for each judge. (Signed by Deputy Clerk). (JW) (Entered: 02/23/2021) |
| 02/23/2021 | 7 | SUMMONS issued as to University of St. Augustine for Health Sciences. (BGR) (Entered: 02/23/2021) |
| 02/26/2021 | 8 | RETURN of service executed on 02/24/2021 by Luke Nguyen as to University of St. Augustine for Health Sciences. (Ringer, Rook) (Entered: 02/26/2021) |
| 03/12/2021 | 9 | Unopposed MOTION for Extension of Time to File Response to Complaint by University of St. Augustine for Health Sciences. (Jolly, Chandler) Motions referred to Magistrate Judge Monte C. Richardson. (Modified on 3/12/2021, to edit text) (BGR). (Entered: 03/12/2021) |
| 03/12/2021 | 10 | NOTICE by Luke Nguyen *Designation of Keith Altman* (Ringer, Rook) (Entered: 03/12/2021) |
| 03/12/2021 | 11 | MOTION for Keith Altman to appear pro hac vice, Special Admission fee paid, Receipt No. 113A-17996304 for $150 by Luke Nguyen. (Attachments: # 1 Exhibit Certificate of Good Standing)(Ringer, Rook) Motions referred to Magistrate Judge Monte C. Richardson. (Entered: 03/12/2021) |
| 03/16/2021 | 12 | **ENDORSED ORDER granting 9 Defendant's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint. Defendant shall have until March 31, 2021 to respond to Plaintiff's Complaint. Signed by Magistrate Judge Monte C. Richardson on 3/16/2021. (ADM)** (Entered: 03/16/2021) |
| 03/16/2021 | 13 | **ORDER denying without prejudice 11 Motion to Appear Pro Hac Vice. See Order for details. Signed by Magistrate Judge Monte C. Richardson on 3/16/2021. (ADM)** (Entered: 03/16/2021) |
| 03/31/2021 | 14 | ANSWER and affirmative defenses to 1 Complaint by University of St. Augustine for Health Sciences.(DeGance, Kelly) (Entered: 03/31/2021) |
| 05/18/2021 | 15 | **ORDER directing the parties to show cause by June 1, 2021, why this case should not be dismissed or sanctions imposed due to the parties'** |

| | | |
|---|---|---|
| | | failure to file a Case Management Report. Signed by Judge Marcia Morales Howard on 5/18/2021. (JW) (Entered: 05/18/2021) |
| 05/26/2021 | 16 | CORPORATE Disclosure Statement by University of St. Augustine for Health Sciences. (Berdecia, Samantha) (Entered: 05/26/2021) |
| 05/26/2021 | 17 | RESPONSE TO ORDER TO SHOW CAUSE re 15 Order to show cause filed by University of St. Augustine for Health Sciences. (Attachments: # 1 Exhibit A)(Berdecia, Samantha) (Entered: 05/26/2021) |
| 05/26/2021 | 18 | CASE MANAGEMENT REPORT. (Berdecia, Samantha) (Entered: 05/26/2021) |
| 05/27/2021 | 19 | **ORDER terminating attorney Keith Altman for failing to reapply for pro hac vice admission. See Order for details. Signed by Magistrate Judge Monte C. Richardson on 5/27/2021. (ADM)** (Entered: 05/27/2021) |
| 06/01/2021 | 20 | RESPONSE TO ORDER TO SHOW CAUSE re 15 Order to show cause filed by Luke Nguyen. (Ringer, Rook) (Entered: 06/01/2021) |
| 06/01/2021 | 21 | Unopposed MOTION for Rook Elizabeth Ringer to Withdraw as Attorney by Luke Nguyen. (Ringer, Rook) Motions referred to Magistrate Judge Monte C. Richardson. (Entered: 06/01/2021) |
| 06/08/2021 | 22 | **ORDER denying without prejudice 21 Motion to Withdraw as Attorney. See Order for details. Signed by Magistrate Judge Monte C. Richardson on 6/8/2021. (ADM)** (Entered: 06/08/2021) |
| 06/10/2021 | 23 | NOTICE of Appearance by Michael T. Gibson on behalf of Luke Nguyen (Gibson, Michael) (Entered: 06/10/2021) |
| 06/28/2021 | 24 | MOTION for Keith Altman to appear pro hac vice by Luke Nguyen. (Gibson, Michael) Motions referred to Magistrate Judge Monte C. Richardson. (Modified on 6/29/2021, to edit text) (BGR). (Entered: 06/28/2021) |
| 06/29/2021 | 25 | **ENDORSED ORDER: Michael Gibson, new counsel for Plaintiff, is directed to file a response to this Court's 15 Order to Show Cause no later than July 12, 2021. Signed by Judge Marcia Morales Howard on 6/29/2021. (JW)** (Entered: 06/29/2021) |
| 06/29/2021 | 26 | **ENDORSED ORDER granting 24 Motion for Admission of Attorney Pro Hac Vice. If Keith Altman has not already done so, he shall immediately register for a login and password for electronic filing at the Court's website at www.flmd.uscourts.gov. Signed by Magistrate Judge Monte C. Richardson on 6/29/2021. (ADM)** (Entered: 06/29/2021) |
| 06/30/2021 | 27 | NOTICE of Appearance by Keith Altman on behalf of Luke Nguyen (Altman, Keith) (Entered: 06/30/2021) |
| 07/09/2021 | 28 | RESPONSE TO ORDER TO SHOW CAUSE re 25 Order filed by Luke Nguyen. (Gibson, Michael) (Entered: 07/09/2021) |
| 07/16/2021 | 29 | CASE MANAGEMENT REPORT. (Altman, Keith) (Entered: 07/16/2021) |
| 07/20/2021 | 30 | |

| | | |
|---|---|---|
| | | **ENDORSED ORDER discharging 15 Order to Show Cause. Signed by Judge Marcia Morales Howard on 7/20/2021. (JW)** (Entered: 07/20/2021) |