# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

LUKE NGUYEN,

    Plaintiff,

v.                                                            Case No. 3:21-cv-173-MMH-MCR

UNIVERSITY OF ST. AUGUSTINE
FOR HEALTH SCIENCES,

    Defendant.

## ORDER TO SHOW CAUSE

This matter is before the Court <u>sua sponte</u>. On July 20, 2021, this Court entered a Case Management and Scheduling Order and Referral to Mediation (Dkt. No. 31; CMSO) directing Plaintiff to file his disclosure statement as required by Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.03, United States District Court, Middle District of Florida, no later than July 30, 2021. However, as of this date, Plaintiff has not done so.

Accordingly, it is

**ORDERED:**

Plaintiff is directed to show cause by a written response filed by **August 25, 2021**, why this case should not be dismissed for failure to prosecute or sanctions imposed due to Plaintiff's failure to comply with the Local Rules and

this Court's Order.

**DONE AND ORDERED** at Jacksonville, Florida, this 11th day of August, 2021.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record

- 2 -