UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LUKE NGUYEN,                                              Case: 3:21-cv-00173

   Plaintiff,

v.

UNIVERSITY OF ST. AUGUSTINE
FOR HEALTH SCIENCES,

   Defendant.

### RESPONSE TO ORDER TO SHOW CAUSE

**COMES NOW** Plaintiff Luke Nguyen, by and through the undersigned counsel, and hereby files this Response to Order to Show Cause regarding failure to file the disclosure statement required pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.03, United States District Court, Middle District of Florida by July 30, 2021.

1. On June 29, 2021, Magistrate Judge Monte C. Richardson granted Plaintiff Nguyen's counsel, Keith Altman, Pro Hac Vice Admission to this Court. See (Dkt # 26).

2. Since late June 2021, Keith Altman has been battling ongoing serious medical problems which recently required his hospitalization.

3. Due to Mr. Altman's current medical condition, he has been, at times, unable to attend conferences, hearings, and trials. In many of his currently active cases, a Motion for Emergency Continuance has been granted given his current inability to presently comply with discovery matters and other litigation deadlines.

4. In accord with the Judge Howard's August 11, 2021, Order to Show Cause (See Dkt # 33), Plaintiff is now separately filing the following documents.

    a. A disclosure pursuant Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.03, United States District Court, Middle District of Florida, and

    b. A Motion for Emergency Continuance related to this Court's Case Management and Scheduling Order and Referral to Mediation, dated On July 20, 2021. (See Dkt # 31.)

WHEREFORE, the Plaintiff, by and through the undersigned counsel, respectfully requests that this Court entrer an Order, finding that the Plaintiff has established good cause for the delay in filing his disclosure pursuant Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.03, United States District Court, in response to this Court's Order to Show Cause of August 11, 2021. (See Dkt. # 33) and acknowledge that this disclosure was filed with this Court on August 11, 2021.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via ECF/Electronic filing to all counsel of record on this 11th day of August 2021.

Respectfully Submitted,

/s/ Keith Altman
Keith Altman
The Law Office of Keith Altman
33228 West 12 Mile Road - Suite 375
Farmington Hills, Michigan 48331
516-456-5885
kaltman@lawampmmt.com