**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

LUKE NGUYEN,                                      Case: 3:21-cv-00173

   Plaintiff,

v.

UNIVERSITY OF ST. AUGUSTINE
FOR HEALTH SCIENCES,

   Defendant.

## **DISCLOSURE STATEMENT PURSUANT FRCP Rule 7.1/L.R. 3.03**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.03, United States District Court, Middle District of Florida, Plaintiff Luke Nguyen, by and through his attorney of record, submits this Disclosure Statement.

1) Persons or entities that have or might have an interest in the outcome of this lawsuit:
   a.) Plaintiff Luke Nguyen and his counsel of record, Keith Altman of The Law Office of Keith Altman.
   b.) Defendant University of St. Augustine for Health Sciences, and its counsel of record, Alexander Degance Barnett P.A.

2.) Plaintiff is an individual not an entity. Plaintiff is unaware of any publicly traded shares or debt that Defendant holds that could potentially affected by the outcome.

3.) Currently, Plaintiff is unaware of any additional entity likely to actively participate in this lawsuit.

4.) Plaintiff Luke Nguyen is arguably eligible for restitution.

## CERTIFICATION

I, Keith Altman, certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated August 11, 2021

Respectfully submitted,

/s/ Keith Altman
Keith Altman
The Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48331
516-456-5885
kaltman@lawampmmt.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2021, I served the foregoing document on all Defendants of record *via* electronic filing:

/s/ *Keith Altman*
Keith Altman
A*ttorney for Plaintiff Luke Nguyen*