## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

LUKE NGUYEN,

      Plaintiff,

v.                                Case No.  3:21-cv-173-MMH-MCR

UNIVERSITY OF ST. AUGUSTINE
FOR HEALTH SCIENCES,

      Defendant.

_____

# O R D E R

This matter is before the Court on Plaintiff's Motion Requesting Emergency Continuance (Dkt. No. 36; Motion) filed on August 11, 2021.  In the Motion, Keith Altman, counsel for Plaintiff, advises the Court that he is suffering from ongoing medical problems and requests a continuance in this matter.  See Motion at 1.  Upon review, the Court finds it necessary to set a hearing on the Motion.  In doing so, the undersigned recognizes that Mr. Altman may not be able to appear due to his medical condition.  However, as of this date, Michael Gibson and Rook Ringer are also counsel of record for Plaintiff in this matter.  While Rook Ringer filed a motion to withdraw, see Dkt. No. 21, that motion was denied without prejudice, see Dkt. No. 22, and a new motion was not filed.  Thus, the Court will require Mr. Gibson and Ms.

Ringer to attend the hearing on behalf of Plaintiff.

Accordingly, it is

**ORDERED:**

1. Plaintiff's Motion Requesting Emergency Continuance (Dkt. No. 36) is **TAKEN UNDER ADVISEMENT**.

2. A hearing on the Motion is set for **Thursday, August 26, 2021, at 2:00 p.m.** before the undersigned.  Mr. Gibson and Ms. Ringer are required to attend, as well as counsel for Defendant.   If Mr. Altman's health permits, he should also attend.

3. The hearing will be held by video teleconferencing using Zoom.   The Courtroom Deputy Clerk will separately send participants an Outlook invitation with the link, meeting ID, and password.   Information on how others can observe the proceeding can be found on the Court's website,  https://www.flmd.uscourts.gov/coronavirus-and-email-filing-information.   Participants should dress in appropriate court attire and appear in front of an appropriate professional background.   All persons are hereby reminded that pursuant to Local Rule 5.01, United States District Court, Middle District of Florida, "[n]o one may broadcast, televise, record, or photograph a judicial proceeding, including a proceeding by telephone or video."   Violation of these prohibitions may result in sanctions, including removal of court issued

media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.

**DONE AND ORDERED** at Jacksonville, Florida, this 16th day of August, 2021.

**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record