**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

LUKE NGUYEN                                  CASE NO. 3:21-cv-173-MMH-MCR

v.

UNIVERSITY OF ST. AUGUSTINE
FOR HEALTH SCIENCES

<u>Counsel for Plaintiff:</u>              <u>Counsel for Defendant:</u>
Keith Altman                              Samantha Berdecia
Michael Gibson
Rook Ringer

**HONORABLE MARCIA MORALES HOWARD**
**UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Jodi L. Wiles          Court Reporter: Cindy Packevicz Jarriel

**<u>CLERK'S MINUTES</u>**

PROCEEDINGS OF:   MOTION HEARING (VIA VIDEOCONFERENCE)

Counsel for Plaintiff requests that the case management deadlines be extended by sixty (60) days.

Defendant opposes the extension.

Plaintiff's Motion Requesting Emergency Continuance (Dkt. No. 36) is **GRANTED** to the extent that the Court will enter an Amended Case Management and Scheduling Order extending the deadlines by 60 days.   Otherwise, the motion is **DENIED**.   An Amended Case Management and Scheduling Order shall enter.

All counsel are reminded to review the Local Rules of this Court.

Date: August 26, 2021        Time: 2:05 p.m. – 2:23 p.m.        Total: 18 Minutes