UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| **LUKE NGUYEN**,<br><br>    Plaintiff,<br>v.<br><br>**UNIVERSITY OF ST. AUGUSTINE FOR HEALTH SCIENCES,**<br><br>    Defendant. | **CASE NO.:** 3:21-cv-00173-MMH-MCR<br><br><br><br>JUDGE MARCIA MORALES HOWARD |

### SECOND UNOPPOSED MOTION TO WITHDRAW OF ROOK ELIZABETH RINGER AND INCORPORATED MEMORANDUM OF LAW

Rook Elizabeth Ringer, and the law firm of Lento Law Group, pursuant to Local Rule 2.02(c), files this Motion to Withdraw and requests an order of this Court allowing her to withdraw as counsel for Luke Nguyen, and states:

1. Attorney Rook Elizabeth Ringer wishes to withdraw as counsel to Plaintiff Luke Nguyen, which party consents to this withdrawal.

2. Attorney Keith Altman, of the Law Offices of Keith Altman, now represents the Plaintiff in this case *pro hac vice* under new Florida counsel, in accordance with Local Rule 2.01(c).[1]

---

[1] Although this fact negates the requirement in Local Rule 2.02(c)(1)(B)(ii) that the Plaintiff's contact information be provided to the Court, in the interests of ensuring completion, the undersigned would state that that information is as follows: Luke Nguyen, 7330 Maple Tree Drive, Jacksonville, FL 32277, (813) 369-3953, ppfitness@live.com.

3. This motion is not being filed to hinder or delay this matter or to prejudice any party.

4. The undersigned's withdrawal will not cause continuance of a trial, as contemplated in Local Rule 2.02(c)(3), as the Plaintiff is represented by counsel and case management deadlines have been delayed due to an issue unrelated to this withdrawal.

5. Defendant University of St. Augustine for Health Sciences consents to this withdrawal, and pursuant to Local Rule 3.01(g) received notice from undersigned counsel.

6. Pursuant to Local Rule 3.01(g), the undersigned hereby certifies that we have conferred with opposing counsel, and that they have no objections to this motion.

7. Pursuant to Local Rule 2.02(c)(1)(B)(i), the undersigned hereby certifies that she has provided the Plaintiff with more than fourteen (14) days' notice of her intent to withdraw, and said Plaintiff also consents to her withdrawal.

## MEMORANDUM OF LAW

8. In considering a motion to withdraw, federal courts have weighed "the reasons why withdrawal is sought; the prejudice withdrawal may cause the litigants; the delay in the resolution of the case which would result in withdrawal; and, the effect of withdrawal on the efficient administration of justice." Obermaier v. Driscoll, 2:00-CV-214-FTM-29D, 2000 WL 33175446, at *1 (M.D. Fla. Dec. 13, 2000) (*quoting* Rusinow v.. Kamara, 920 F.Supp. 69, 71 (D.N.J.1996)); *see also,* Carter v. City of

Philadelphia, 2000 WL 537380 at *1 (E.D. Penn. April 25, 2000) (citing cases applying weighing test).

9. "A motion to permissively withdraw is a matter within the discretion of the Court." Simmons v. House of Brewz LLC, 2:14-CV-390-FTM-29CM, 2015 WL 3991021, at *2 (M.D. Fla. June 30, 2015).

10. Where counsel's withdrawal would delay the case, an attorney only will be permitted to withdraw upon the Court finding that "compelling ethical considerations" exist to permit the withdrawal. Obermaier, 2000 WL 33175446, at *1; Simmons, 2015 WL 3991021, at *2.

11. However, the undersigned's withdrawal will not cause continuance of a trial, as the Plaintiff is presently represented by counsel and case management deadlines have been delayed due to an issue unrelated to this withdrawal.

WHEREFORE, based on the foregoing, Rook Elizabeth Ringer, Esq. and the law firm of Lento Law Group, P.A. respectfully requests that this Court enter an Order allowing her to withdraw as counsel of record in this matter.

Respectfully submitted,

By: _____
ROOK ELIZABETH RINGER, ESQ.
Florida Bar No. 1015698
**LENTO LAW GROUP, P.A.**
222 San Marco Ave., Ste."C"
St. Augustine, FL 32084

904.602.9400 x 467 (Office)<br>
904.299.5400 (Fax)<br>
reringer@lentolawgroup.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2021, I served the foregoing document on counsel for all Defendants and co-counsel of record *via* electronic filing.

_____
ROOK ELIZABETH RINGER, ESQ.