UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

LUKE NGUYEN,                                              Case: 3:21-cv-00173

   Plaintiff,

v.

UNIVERSITY OF ST. AUGUSTINE
FOR HEALTH SCIENCES,

   Defendant.

### UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF OF MICHAEL T. GIBSON, ESQ., AND MICHAEL T. GIBSON, P.A.

**COMES NOW**, Michael T. Gibson, Esq., and the law firm of Michael T. Gibson, P.A., by and through the undersigned counsel, and pursuant to Local Rule 2.02(c), hereby files this Motion to Withdraw as Counsel for the Plaintiff and would state as good grounds as follows:

1) The undersigned appeared in this case as local counsel (Dkt. #23) for the purpose of serving as local counsel and sponsoring the Pro Hac Vice admission of lead counsel in this case, Keith Altman.

2) Mr. Altman's Motion for Pro Hac Vice Admission to this Court was granted by Magistrate Judge Monte C. Richardson, on 6/29/2001.  See (Dkt # 26).

3) As pointed out by the Court, at a hearing held on August 26, 2021, the Local Rules do not require local counsel for the purposes of sponsoring admission Pro Hac Vice of an attorney. See Local Rule 2.01(c).

4) Accordingly, as Mr. Altman has been granted admission Pro Hac Vice by this Court, Mr. Gibson's ongoing appearance and presence in this case is no longer necessary or required.

5) Mr. Altman is currently and will continue to serve as primary counsel for the Plaintiff.

6) At no time during the course of the undersigned's involvement in this case did the undersigned maintain any contact or communication with the Plaintiff. All communications and active case handling of this case has been with Keith Altman, as lead counsel.

7) The withdrawal of the undersigned will thus not prejudice the Plaintiff in any fashion, nor cause any continuance or delay in the prosecution of this case.

8) This motion is not being filed to hinder or delay this matter or to prejudice any party.

9) The undersigned's withdrawal will not cause continuance of a trial, as contemplated in Local Rule 2.02(c)(3), as the Plaintiff is represented by counsel and case management deadlines have been delayed due to an issue unrelated to this withdrawal.

10) Defendant University of St. Augustine for Health Sciences consents to this withdrawal, and pursuant to Local Rule 3.01(g) received notice from undersigned counsel.

11) Pursuant to Local Rule 3.01(g), the undersigned hereby certifies that he has conferred with opposing counsel, and that they have no objections to this motion.

12) Pursuant to Local Rule 2.02(c)(1)(B)(i), the undersigned hereby certifies that he has provided the Plaintiff, by and through his counsel, Keith Altman, with more than fourteen (14) days' notice of his intent to withdraw, and no objection has been made to the same. The undersigned also received confirmation from Mr. Altman's office that neither they, nor the Plaintiff, object to Mr. Gibson's withdraw as counsel for the Plaintiff in this action.

WHEREFORE, Michael T. Gibson, Esq., and the law firm of Michael T. Gibson, P.A., by and through the undersigned counsel, respectfully requests that this Court ender an Order allowing Michael T. Gibson, Esq., and the law firm of Michael T. Gibson, P.A., to withdraw as counsel of record for the Plaintiff in this case.

Respectfully submitted,

/s/ Michael T. Gibson, Esq.
_____
Michael T. Gibson, Esquire
FBN: 0026105
MICHAEL T. GIBSON, P.A.
Auto Justice Attorney
2420 S. Lakemont Avenue
Suite 150
Orlando, FL 32814
T: (407) 422-4529
F: (407) 422-4954
Primary email: service@gibsonjustice.com
Secondary email: Michael@gibsonjustice.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via ECF/Electronic filing to all counsel of record on this 2nd day of November, 2021.

/s/ Michael T. Gibson, Esq.
_____
Michael T. Gibson, Esquire
FBN: 0026105
MICHAEL T. GIBSON, P.A.
Auto Justice Attorney
2420 S. Lakemont Avenue
Suite 150
Orlando, FL 32814
T: (407) 422-4529
F: (407) 422-4954
Primary email: service@gibsonjustice.com
Secondary email: Michael@gibsonjustice.com