UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**LUKE NGUYEN,**

    *Plaintiff,*

v.     No. 3:21-CV-00173-MMH-MCR

**UNIVERSITY OF ST. AUGUSTINE
FOR HEALTH AND SCIENCES,**

    *Defendant.*

## UNOPPOSED MOTION FOR SPECIAL ADMISSION

Kimberly Dodson, Esquire, moves for special admission to represent plaintiff in this action.

I am neither a Florida resident nor a member in good standing of The Florida Bar.

I am a member in good standing of the State Bar of Alabama (Bar ID. ASB-0487-L58D, 6/1/2003). I am a member in good standing of a bar of a United States District Court; specifically, the Southern District of Indiana (3/26/2021) and the Eastern District of Michigan (4/28/2022).

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have not initially appeared in the last thirty-six months in any cases in state or federal court in Florida.

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

Dated: May 17, 2022               Respectfully Submitted,

*/s/ Kimberly Dodson*
Kimberly Dodson, Esq.
Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48334
Tel: (248) 987-8929
Direct: (947) 366-0021
kimberlydodson@kaltmanlaw.com

## Local Rule 3.01(g) Certification

I have conferred with the opposing party and represent the opposing party is unopposed to my special admission.

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2022, I served the foregoing document on all counsel of record *via* electronic filing.

/s/ *Keith Altman*
Keith Altman (*pro hac vice*)
Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48334
Tel: (248) 987-8929
keithaltman@kaltmanlaw.com
*Attorney for Plaintiff, Luke Nguyen*