AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | | |
|---|---|---|
| LUKE NGUYEN | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:21-cv-00173-MMH-MCR |
| University of St. Augustine for Health and Sciences | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Luke Nguyen.

Date: 05/23/2022

s/ Kimberly Dodson
*Attorney's signature*

Kimberly Dodson, Alabama Bar No. 0487-L58D
*Printed name and bar number*

Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48334

*Address*

kimberlydodson@kaltmanlaw.com
*E-mail address*

(248) 987-8929
*Telephone number*

*FAX number*