# EXHIBIT A

# Jessica Waters

| | |
|---|---|
| **From:** | Lori Crusselle <loricrusselle@kaltmanlaw.com> |
| **Sent:** | Monday, April 18, 2022 10:12 AM |
| **To:** | Samantha Giudici |
| **Cc:** | Kelly DeGance; Keith Altman; Michelle Benvenuto; Branden Gulla; Mark Alexander |
| **Subject:** | Re: Nguyen v. University of St. Augustine- Meet and Confer |
| **Attachments:** | 2022_04_18_Plaintiff Expert Disclosures_fv.pdf |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Attached please find Plaintiff's Disclosure of Expert Witnesses. We apologize for the delay. Mr. Altman has been ill.



Lori Crusselle
Director of Litigation / Senior Litigation Paralegal
Direct Phone: (470) 502-2567
Firm Phone: (248) 987-8929
http://www.kaltmanlaw.com



*This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom addressed. This message is intended only to be seen by those named. If you have received this email in error, please notify the sender immediately. If you are not the intended recipient, please note that disclosing, copying, distributing, or taking any action in reliance on the contents of this information is strictly prohibited.*

**From:** Lori Crusselle <loricrusselle@kaltmanlaw.com>
**Sent:** Thursday, April 14, 2022 6:53 AM
**To:** Samantha Giudici <samantha.giudici@adblegal.com>
**Cc:** Kelly DeGance <kelly.degance@adblegal.com>; Keith Altman <keithaltman@kaltmanlaw.com>; Michelle Benvenuto <michellebenvenuto@kaltmanlaw.com>; Jill Fultz <JillFultz@kaltmanlaw.com>; Branden Gulla <brandengulla@kaltmanlaw.com>; Mark Alexander <mark.alexander@adblegal.com>; Kimberly Dodson

1

<KimberlyDodson@kaltmanlaw.com>
**Subject:** Re: Nguyen v. University of St. Augustine- Meet and Confer

Good Morning Samantha,

I apologize for the delay in getting back with you. Mr. Kirkland is no longer employed with by our office.

Attorney Kimberly Dodson of our firm has taken over handing of this case, and will reach out to you soon concerning Defendant's discovery responses.

Thank you.



Lori Crusselle
Director of Litigation / Senior Litigation Paralegal
Direct Phone: (470) 502-2567
Firm Phone: (248) 987-8929
http://www.kaltmanlaw.com



*This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom addressed. This message is intended only to be seen by those named. If you have received this email in error, please notify the sender immediately. If you are not the intended recipient, please note that disclosing, copying, distributing, or taking any action in reliance on the contents of this information is strictly prohibited.*

---

**From:** Samantha Giudici <samantha.giudici@adblegal.com>
**Sent:** Wednesday, April 13, 2022 8:00 AM
**To:** Jonathan Kirkland <jonathankirkland@kaltmanlaw.com>
**Cc:** Kelly DeGance <kelly.degance@adblegal.com>; Keith Altman <keithaltman@kaltmanlaw.com>; Lori Crusselle <loricrusselle@kaltmanlaw.com>; Michelle Benvenuto <michellebenvenuto@kaltmanlaw.com>; Jill Fultz <JillFultz@kaltmanlaw.com>; Branden Gulla <brandengulla@kaltmanlaw.com>; Mark Alexander <mark.alexander@adblegal.com>
**Subject:** Re: Nguyen v. University of St. Augustine- Meet and Confer

Jon,

I had an unexpected conflict come up today and need to reschedule our discovery call. Are you available tomorrow between 11:00 am and 2:00 pm? I'm also available on Monday if that is better.

Thanks,

Samantha

Sent from my iPhone

> On Apr 7, 2022, at 2:32 PM, Jonathan Kirkland <jonathankirkland@kaltmanlaw.com> wrote:
>
> Hi Kelly
>
> When is a good time next week to talk regarding your client's discovery responses? I'm flexible most days after 11 am EST.
>
> Thanks,
> Jon



Jonathan Kirkland
Attorney
Direct Phone: (947) 947-0023
Firm Phone: (248) 987-8929
http://www.kaltmanlaw.com

*This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom addressed. This message is intended only to be seen by those named. If you have received this email in error, please notify the sender immediately. If you are not the intended recipient, please note that disclosing, copying, distributing, or taking any action in reliance on the contents of this information is strictly prohibited.*