# EXHIBIT B

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

---

LUKE NGUYEN,

    *Plaintiff,*

v.

UNIVERSITY OF ST. AUGUSTINE
FOR HEALTH SCIENCES,

    *Defendant.*

Case No. 3:21-cv-173-MMH-MCR

---

## PLAINTIFF'S EXPERT DISCLOSURES

Comes now Plaintiff Luke Nguyen, by and through his attorneys, Keith Altman and the Law Office of Keith Altman, and submits his expert disclosures, pursuant to Fed. R. Civ. P. 26(a)(2):

1. Jennifer Davis, D.O., Baptist Behavioral Health, 14540 Old St Augustine Road, Suite 2591, Jacksonville, FL 32258-7420, (904) 376-3800.

   Has knowledge of Plaintiff's psychological diagnoses and treatment plans.

2. Gregory Rose, D.O., Baptist Behavioral Health, 14540 Old St Augustine Road, Suite 2591, Jacksonville, FL 32258-7420, (904) 376-3800.

   Has knowledge of Plaintiff's psychological diagnoses and treatment plans.

3. Lori Vallelunga, PhD., Baptist Behavioral Health, 14540 Old St Augustine Road, Suite 2591, Jacksonville, FL 32258-7420, (904) 376-3800.

   Has knowledge of Plaintiff's psychological diagnoses and treatment plans.

                                                   Respectfully submitted,

/s/ Keith Altman
Keith Altman
The Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48331
516-456-5885
keithaltman@kaltmanlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2022, I served the foregoing document on all Defendants of record *via* e-mail.

/s/ *Keith Altman*
Keith Altman
*Attorney for Plaintiff*