# EXHIBIT

# C

# UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

LUKE NGUYEN,

                Plaintiff,

                             Case No. 3:21-cv-00173
                             Hon. Marcia Morales Howard

v.


UNIVERSITY OF ST. AUGUSTINE FOR HEALTH SCIENCES, LLC,

                Defendant.

---

## PLAINTIFF'S RESPONSES TO DEFENDANT'S FIRST SET OF INTERROGATORIES

---

## <u>INTERROGATORIES</u>

**INTERROGATORY NO. 1:** Identify, give the street address, and give the telephone number for each person who aided in answering these interrogatories.

## <u>RESPONSE NO. 1:</u>

*PLAINTIFF'S RESPONSES TO DEFENDANT'S FIRST SET OF INTERROGATORIES*

1)    Luke Nguyen; 7330 Maple Tree Drive, Jacksonville, Florida 32277, (813)369-3953

2)    Nichole Nguyen; 7330 Maple Tree Drive, Jacksonville, Florida 32277, (786)704-1846

3)    Keith Altman, Attorney; 33228 W. 12 Mile Road, Suite 375, Farmington Hills, Michigan 48331, (248) 987-8929

**INTERROGATORY NO. 2:** Identify, give the street address, and give the telephone number for each person who has knowledge or information of the facts alleged in Plaintiff's Complaint and any defenses thereto and, for each person identified, state how that person is employed and describe the respective knowledge or information of each person identified.

**RESPONSE NO. 2:**

1)    Luke Nguyen; 7330 Maple Tree Drive, Jacksonville, Florida 32277, (813) 369-3953; Plaintiff.

2)    Nichole Nguyen; 7330 Maple Tree Drive, Jacksonville, Florida 32277,  (786) 704-1846; Plaintiff's spouse.

*PLAINTIFF'S RESPONSES TO DEFENDANT'S FIRST SET OF INTERROGATORIES*

3)    R. Christopher Jones, Ph.D.; P.O. Box 2395, Valrico, Florida 33595, (813) 833-9891; expert witness to damages.

4)    Thomas Asbury; 5011 Gate Parkway, Bldg. 100, Suite 100, Jacksonville, Florida 32256, (904) 203-8776; Plaintiff's former attorney.

5)    Lento Law Group; 3000 Atrium Way Suite #200, Mt Laurel Township, New Jersey 08054, (856) 652-2000; Plaintiff's counsel.

6)    Keith Altman, 3228 W. 12 Mile Road, Suite 375, Farmington Hills, Michin 48331, (248) 987-8929; Plaintiff's counsel.

7)    Jennifer Davis, D.O., 14540 Old Saint Augustine Road Medical Office Bldg. 2, Jacksonville Florida 32258, (904) 376-3800; Plaintiff's treating physician.

8)    Harry Williams, L.M.H.C., 2380 Third Street South, #2, Jacksonville Beach, Florida 32250 (904) 376-3800;   Plaintiff's treating physician.

*PLAINTIFF'S RESPONSES TO DEFENDANT'S FIRST SET OF INTERROGATORIES*

9)     Lori Vallelunga, Ph.D., 800 Prudential Drive, Jacksonville, Florida 32207, (904) 376-3800;  Plaintiff's prior treating physician with knowledge of case knowledge.

10) Dorie Hanson, M.D., 836 Prudential Drive, Pavilion Bldg, Suite 1506, Jacksonville, Florida 32207; Plaintiff's prior acute care physician with case knowledge.

11) Defendants, Defendant's counsel.

**INTERROGATORY NO. 3:** Specifically state and fully describe each act or omission which Plaintiff contends was discrimination and/or retaliation against him. In answering this question, state the date the act or omission occurred, the person who committed the alleged act or omission, and what act or omission that was allegedly discriminatory.

<u>**RESPONSE NO. 3:**</u>

1)     Approximately 2016 I went to my advisor, Lisa Chase, and reported my diagnosis of ADHD and generalized anxiety disorder by Dr. Stacie Lauro.  Ms. Chase referred me to Melissa Muller, Licensed Mental Health Counselor.  During this time, I took a leave of absence from school and withdrew from my

*PLAINTIFF'S RESPONSES TO DEFENDANT'S FIRST SET OF INTERROGATORIES*

courses, which included a course in Physical Therapy with Professor Matthew Daugherty.  Professor Daughtery was a member of my review committee that dismissed me from the University.

2)      Since 2016, my diagnoses of ADHD and GAD should have been clearly noted in my file with USA. The school appeared to ignore my disabilities and refused to offer appropriate accommodations to me, and instead they applied more pressure to cause my disabilities to become severely aggravated. Spring 2018 I failed an orthopedic practical exam and was asked to fill out a retake mediation form.  I was told to be thorough and detailed. I turned in a 5-page paper alleging I was unprepared, I would adjust focus of study and noted the unfair test conditions with the treatment of myself versus the accommodations given to my partner. This would lead to a few days of discussions between Kempfert, myself, and Debra Gray, who was also my academic advisor at this time.  I was accused of being unprofessional without any specific reasons or examples of how I was being "unprofessional".

*PLAINTIFF'S RESPONSES TO DEFENDANT'S FIRST SET OF INTERROGATORIES*

3)    In 2018, allegations were made against me about my professional misconduct without going through the process of the University Professional Misconduct Committee (PMC) as stated in the Fall 2018 student handbook, page 76.

> "At least 5 business days in advance of the hearing a student shall be given written notice of the allegations against him or her and of the opportunity to respond. Hearings before the PMC shall be informal. The allegations and evidence against a student shall be presented by the chair of the PMC. The student then will be given an opportunity to present his or her version of event, facts, and evidence in his or her defense. Formal rules of evidence do not apply.
>
> Documentary evidence and hearsay shall be admissible, but the PMC shall determine the proper weight to be accorded to hearsay evidence."

I was denied the right of any written notification of allegations, my right to hearing, and to present evidence.

*PLAINTIFF'S RESPONSES TO DEFENDANT'S FIRST SET OF INTERROGATORIES*

4)      In December 2018, Ryan Davis, Director of Student Welfare at University of St. Augustine for Health Sciences reached out to me via telephone one time, not mentioning my rights nor accommodation options, as USA failed to acknowledge I am a student with diagnosed disability needs and in need of services.

5)      During 2016-2018, the University continually discriminated against me and violated my basic student rights as written in the Fall 2018 Student handbook, page 84:

"All students enrolled at the University arc accorded the basic rights as set forth *by* the Board of Directors Student rights

Are as follows:

• The right of respect for personal feelings.

• The right of freedom from indignity of any type.

• The right to expect an education or the highest quality.

*PLAINTIFF'S RESPONSES TO DEFENDANT'S FIRST SET OF INTERROGATORIES*

• The right to make the best use or one's talents and time toward the objectives which brought him or her to the University.

• The right to inquire about and to recommend improvements in policies. regulations. and procedures affecting the welfare of students.

• The right for students and/or their representatives to meet with the appropriate Program Director, Chair.

Dean. and the President."

On December 7th, 2018, I was not given the chance to retake my final exam guaranteed to all students under the class syllabus and student handbook.  On December 21, 2018, I was denied forgiveness of midterm grade as well when I tried to explain that my lowered grade was because I did not have equal opportunity to obtain test information compared to the rest of my classmates.

6)     In 2018, when I was denied my rights to appeal, retake my midterm and final exams, and be properly informed, and

*PLAINTIFF'S RESPONSES TO DEFENDANT'S FIRST SET OF INTERROGATORIES*

prepare for my final examination, my due process rights were violated.

7)     During 2016-2018, the University violated my rights under the Americans with Disabilities Act.  After my advisor was notified of my disabilities of ADHD and GAD, I was never advised nor offered any accommodations, or provided any counseling or guidance to fill out forms, and/or of my rights to appeal, as written on Page 22 in the Student Handbook.

8)     On December 18, 2018, my academic advisor told me that I would not be given any accommodations on my midterm because I was the only student who had that issue. I was also told that even if I was granted accommodations with Student Disability, I would not receive any accommodations since "timely procedures are conducive to physical therapy". I would also be denied final grade appeal rights.

9)     On January 10, 2019, the committee dismissed me permanently from USA on allegations of "academic performance, professional behaviors, and academic integrity" despite having a passing GPA even with the failure of the

*PLAINTIFF'S RESPONSES TO DEFENDANT'S FIRST SET OF INTERROGATORIES*

course, and the course I failed had students who had previously failed the course, and were enrolled in the course under the retake provision provided to students.  I was accused of academic integrity when it is up to the Professional Misconduct Committee to make that assessment and determine severity (I was not given this right as provided by the USA Student Handbook) The committee should have been made aware that I was coping with mental health issues, and that I had ongoing treatment that included my anxiety medication prescription be tripled in the Fall 2018 semester alone.

10)   Debra Gray, my academic advisor, discriminated against me, and failed in her role as academic advisor to me completely per the Student Handbook, Page 93.

**INTERROGATORY NO. 4:**  Identify the name, street address, and provide the telephone number for each person who Plaintiff contends subjected him to discrimination as alleged in Plaintiff's Complaint.

<u>**RESPONSE NO. 4:**</u>

1)   David J. Kempfert; 1 University Blvd. Saint Augustine, Florida 32086, (800) 241-1027.

*PLAINTIFF'S RESPONSES TO DEFENDANT'S FIRST SET OF INTERROGATORIES*

2)    Margaret Wicinski; 1 University Blvd. Saint Augustine, Florida 32086, (800) 241-1027.

3)    Jessica Scherier; 1 University Blvd. Saint Augustine, Florida 32086, (800) 241-1027.

4)    Debra Gray; 1 University Blvd. Saint Augustine, Florida 32086, (800) 241-1027.

5)    Members of the Academic Review Committee to include Matthew Daugherty, (others members names are unknown to me at this time); 1 University Blvd. Saint Augustine, Florida 32086, (800) 241-1027.

**INTERROGATORY NO. 5:** Identify, give the street address, and give the telephone number for each person to whom Plaintiff reported or notified about the discrimination alleged in Plaintiff's Complaint or otherwise described in response to question 3 above. In answering this interrogatory, also state the date and manner of the notification.

**RESPONSE NO. 5:**

Refer to Plaintiff's previous Answer to Interrogatory No. 2.

**INTERROGATORY NO. 6:** Specifically, state and fully describe each person's response to each notification described in question 5 above.

- 11 -

*PLAINTIFF'S RESPONSES TO DEFENDANT'S FIRST SET OF INTERROGATORIES*

## RESPONSE NO. 6:

1)      Luke Nguyen; see answers to these Interrogatories.

2)      Nichole Nguyen; objection, limited knowledge, spouse.

3)      R. Christopher Jones PhD; see Exhibit A, damages.

4)      Thomas Asbury; objection, attorney-client protected information.

5)      Lento Law Group; objection, attorney-client protected information.

6)      Keith Altman, objection, attorney-client protected information.

7)      Jennifer Davis DO; see Plaintiff's Responses to Defendant's Request for Production.

8)      Harry Williams LMHC; see Plaintiff's Responses to Defendant's Request for Production.

9)      Lori Vallelunga PhD; see Plaintiff's Responses to Defendant's Request for Production.

*PLAINTIFF'S RESPONSES TO DEFENDANT'S FIRST SET OF INTERROGATORIES*

10) Dorie Hanson, see Plaintiff's Responses to Defendant's Request for Production.

11) Defendant, Defendant's counsel; Plaintiff has no knowledge as to the extent of Defendant's and/or Defendant's counsel responses.

**INTERROGATORY NO. 7:**  Specifically itemize all damages Plaintiff claims as a result of the alleged violations of law by Defendant asserted in Plaintiff's Complaint. In providing this information, state each category of damage, itemize each category of damage, provide the date each damage incurred, and include the method by which each damage was calculated.

**RESPONSE NO. 7:**

See Exhibit A, attached document "Damages Calculation" to show expected income with degree with assistance from expert, R. Christopher Jones, Ph.D.

**INTERROGATORY NO. 8:**  Has Plaintiff ever been convicted of a crime? If so, state as to each conviction; the specific crime, the date of the conviction, and the place of the conviction (city and state).

**RESPONSE NO. 8:**

*PLAINTIFF'S RESPONSES TO DEFENDANT'S FIRST SET OF INTERROGATORIES*

None.

**INTERROGATORY NO. 9:** In light of Plaintiffs claim for damages for alleged emotional distress and/or mental anguish, list the names and business addresses of each physician, psychotherapist, and psychologist who has treated or examined Plaintiff, and each facility where Plaintiff received any treatment or examination for emotional pain and suffering that Plaintiff attributes to the conduct of Defendant alleged in Plaintiffs Complaint; and, state as to each the date of treatment or examination and the injury or condition for which Plaintiff was examined or treated.

<u>**RESPONSE NO. 9:**</u>

1)     **Stacie Lauro, M.D., 3923 W Leona Street, Tampa, Florida 33629, (813) 944-8226; September 9th, 2016.  Dr. Lauro performed a psychiatric evaluation and has given the diagnosis of F41.1, F90.0.**

2)     **Aristides Sastre, M.D., 13720 Old Saint Augustine Road #1, Jacksonville, Florida 32258, (904) 288-5550.  Dr. Saustre is Plaintiff's primary care physician.  The dates that Plaintiff was seen are contained in the records maintained by Dr. Sastre.**

*PLAINTIFF'S RESPONSES TO DEFENDANT'S FIRST SET OF INTERROGATORIES*

Dr. Sastre has provided care for physiological symptoms of severe anxiety attacks.

3)    Serge Vilvar, M.D., 4160 University Blvd South, Jacksonville, Florida, 32216, (904) 376-3800, Plaintiff saw Dr. from 2016-2017. Plaintiff was seen by Psychiatrist Vilvar for follow up and to maintain Plaintiff's mental health.

4)    Jennifer Davis, M.D., 14540 Old Saint Augustine Road Medical Office Bldg. 2, Jacksonville Florida 32258, (904) 376-3800.  Plaintiff saw Dr. Davis beginning in approximately 2017 to the present.  She is Plaintiff's current psychiatrist with monthly appointments.

5)    Dorie Hanson, 836 Prudential Drive, Pavilion Bldg, Suite 1506, Jacksonville, Florida 32207, (904) 376-3800, From approximately 2020 to January 2021, Ms. Hanson, an acute care counselor, was seen after the onset of severe anxiety attacks stemming from University St. Augustine discrimination.

*PLAINTIFF'S RESPONSES TO DEFENDANT'S FIRST SET OF INTERROGATORIES*

6)   Harry Williams, Ph.D., 2380 Third Street South #2, Jacksonville Beach, Florida 32250 (904) 376-3800, Plaintiff has seen this psychologist with weekly appointments since 2021.

7)   Lori Vallelunga, M.D.  Psychiatrist 800 Prudential Drive, Jacksonville, Florida 32207, (904) 376-3800, 2019.

8)   Melissa Mueller, Licensed Counselor, referred by advisor, Lisa Chase at University St. Augustine.  Plaintiff saw Ms. Mueller in 2016.

**INTERROGATORY NO. 10:**  List the names and business addresses of all physicians, psychotherapists, psychologists, medical facilities and other health care providers by whom or at which Plaintiff has been examined or treated in the past ten (10) years; and state as to each the dates of examination or treatment and the condition or injury for which Plaintiff was examined or treated.

**RESPONSE NO. 10:**

1)   Baptist Behavioral Health; 800 Prudential Drive, Jacksonville, Florida 32207, (904) 376-3800, Office of Serge

*PLAINTIFF'S RESPONSES TO DEFENDANT'S FIRST SET OF INTERROGATORIES*

Vilvar, Jennifer Davis, Dorie Hanson, Harry Williams, Lori Vallelunga.

2)      Baptist Primary Care, 13720 Old St. Augustine Road, Suite #1, Jacksonville, Florida 32258, (904) 288-5550, Office of Primary Care Physician Aristides Sastre.

3)      Baptist South, 14540 Old Saint Augustine Road, Jacksonville Florida 32258, (904) 271-6000.  In July 2021, Plaintiff was hospitalized for duodenal ulcer.

4)      Borland Groover, M.D., 4800 Belfort Road 3rd Floor, Jacksonville Florida 32256, (904) 483-5880.  In October 2021, Dr. Groover performed a colonoscopy and an endoscopy in follow up from July hospitalization.

5)      Stacie Lauro, M.D., 3923 W Leona Street, Tampa, Florida 33629, (813) 944-8226, September 9, 2016, Dr. Lauro performed a psychiatric evaluation and diagnosed Plaintiff with generalized anxiety disorder and ADHD.

INTERROGATORY NO. 11:  Identify all of Plaintiff's efforts to obtain employment since December I, 2018 and specifically describe all of

Plaintiffs employment following his dismissal from USA's educational program. In answering this interrogatory, identify each employer, the dates of employment, job title, brief description of job duties and responsibilities, all compensation received (annualized), and the reason for separation of employment (if any).

## RESPONSE NO. 11:

**Plaintiff is a small business owner doing online sales. Additionally, Plaintiff is a stay at home parent.**

**INTERROGATORY NO. 12:** State whether Plaintiff has been a party in a lawsuit or arbitration claim other than the present matter within the past twenty (20) years. If so, state whether Plaintiff was the plaintiff/claimant or defendant/respondent, the nature of the action, and the date, case number, and court or forum where the suit or arbitration was filed.

## RESPONSE NO. 12:

**None.**

**INTERROGATORY NO. 13:**   Identify and state the street address and telephone number for each job for which Plaintiff applied after his

*PLAINTIFF'S RESPONSES TO DEFENDANT'S FIRST SET OF INTERROGATORIES*

dismissal from USA's educational program, from December 1, 2018, through the date of Plaintiff's response to this interrogatory request. For each application, state the name of the prospective employer, the position applied for, the date of the application, whether Plaintiff was offered employment, and whether Plaintiff accepted the offered employment.

**RESPONSE NO. 13**:

   **None.**

**INTERROGATORY NO. 14**:  List the names, business addresses and business telephone numbers of all colleges, universities, vocational schools, or other institutions of higher learning, to which Plaintiff has applied from December 1, 2018 through the present. Please state whether Plaintiff's application was accepted or denied and state whether Plaintiff is currently attending any of the foregoing colleges, universities, vocational school or other institutions of higher learning. Also state whether Plaintiff was dismissed from any program and the reasons given for dismissal.

**RESPONSE NO. 14**:

*PLAINTIFF'S RESPONSES TO DEFENDANT'S FIRST SET OF INTERROGATORIES*

**Harvard University Extension School; 51 Brattle St, Cambridge, Massachusetts 02138.**

**I took one semester of courses, and met with an advisor who advised Plaintiff that until the outstanding issues with University St. Augustine are resolved Plaintiff should not further Plaintiff's enrollment process.**

**INTERROGATORY NO. 15**: Specifically identify each document and writing that Plaintiff contends form part of the contract alleged in the Amended Complaint.

**RESPONSE NO. 15**:

**Student handbook**

**Class Syllabus**

**INTERROGATORY NO. 16**:   Specifically identify each act or omission that Plaintiff contends is a breach of the contract alleged in the Amended Complaint, including a citation or reference to any written provision of the contract that Plaintiff contends was breached.

**RESPONSE NO. 16**:

*PLAINTIFF'S RESPONSES TO DEFENDANT'S FIRST SET OF INTERROGATORIES*

**Student handbook**

**Class Syllabus**

UNDER PENALTY OF PERJURY, I SWEAR OR AFFIRM THAT THE

FOREGOING ANSWERS ARE TRUE AND COMPLETE.

Luke Nguyen

_____

Printed Name

*Luke Phuoc Nguyen*

_____

Signature

12/13/2021

_____

Date

## FLORIDA NOTARIAL CERTIFICATE

STATE OF FLORIDA

COUNTY OF _____

Sworn to (or affirmed) and subscribed before me by means of ☐ physical presence ☐ online notarization this ___ day of 12/13/2021_____, 2021, by  LUKE NGUYEN.

(Seal)

_____

Signature of Notary Public

Faith A. Moussa

_____

Print, Type or Stamp Name of Notary

Personally Known: ____

OR Produced Identification: ____

Type of Identification Produced: Florida Drivers License

*PLAINTIFF'S RESPONSES TO DEFENDANT'S FIRST SET OF INTERROGATORIES*

Dated: December 13th, 2021

Respectfully Submitted,

/s/ Keith Altman
Keith Altman, Esq.
The Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
Telephone: (516) 456-5885
keithaltman@kaltmanlaw.com
*Attorney for Plaintiff Luke Nguyen*

## CERTIFICATE OF SERVICE

I hereby certify that on December 13th, 2021, I caused to be served the foregoing document on all Parties to this action by electronic mail.

/s/ Keith Altman

*PLAINTIFF'S RESPONSES TO DEFENDANT'S FIRST SET OF INTERROGATORIES*