UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LUKE NGUYEN,

    Plaintiff,                      CASE NO.: 3:21-cv-00173-MMH-MCR

v.

UNIVERSITY OF ST. AUGUSTINE
FOR HEALTH SCIENCES, LLC.,

    Defendant.

_____/

## DEFENDANT'S NOTICE OF FILING IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant, University of St. Augustine for Health Sciences, LLC, gives notice of filing the below documents in support of Defendant's Motion for Summary Judgment, filed on August 10, 2022:

1. May 19, 2022 Deposition of Luke Nguyen and Exhibit Nos. 1, 2, 3, 6, 8, 12, 13, 14, 15, 17, 18, 19, 22, 23, 25, 27, 30, 33, 36;

2. August 7, 2022, Declaration of Dr. Margaret Wicinski;

3. August 9, 2022, Declaration of Lindsay Perry;

4. August 9, 2022, Declaration of Laura Kauffman;

5. August 8, 2022, Declaration of Diane Rondinelli.

Dated this 10th day of August 2022.

{00409800 1}

Respectfully submitted,

ALEXANDER DEGANCE BARNETT, P.A.

By: _____
Kelly DeGance
Florida Bar No. 0606022
E-mail: Kelly.degance@adblegal.com
Samantha Giudici Berdecia
Florida Bar No. 0058667
E-mail: samantha.giudici@adblegal.com
E-mail: mailbox@adblegal.com
1500 Riverside Avenue
Jacksonville, FL 32204
(904) 345-3277 Telephone
(904) 345-3294 Facsimile

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will serve the document electronically by email to the following: Keith Altman, (keithaltman@kaltmanlaw.com).

_____
ATTORNEY

{00409800 1 }                              2