UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LUKE NGUYEN,

     Plaintiff,

v.                            Case No.: 3:21-cv-00173-MMH-MCR

UNIVERSITY OF ST. AUGUSTINE
FOR HEALTH SCIENCES, LLC,

     Defendant.

_____/

## **DECLARATION OF DR. MARGARET WICINSKI**

I, Dr. Margaret Wicinski, pursuant to the provisions of 28 U.S.C. § 1746, hereby declare as follows:

1.     I am over the age of eighteen.  The facts stated in this Declaration are true of my personal knowledge and I could and would competently testify thereto if called upon to do so.

2.     I am currently employed by the University of St. Augustine for Health Sciences ("USA") as the Assistant Program Director, Resident Doctor of Physical Therapy Program and an Associate Professor.

3.     During Luke Nguyen's ("Nguyen") enrollment in Summer 2016 through his dismissal in January 2019, I was employed by USA as an Assistant Professor in USA's Flex Doctor of Physical Therapy ("Flex DPT") Program.

4.     I taught Nguyen in General Therapeutic Exercise and Musculoskeletal I: Orthopedics during the Spring 2018 and Musculoskeletal II: Mock Clinic ("Mock Clinic") during the Fall 2018 semester.

5.     In Spring 2018, Nguyen had to retake practical exams in Musculoskeletal I: Orthopedics.

6.     Even though Nguyen passed General Therapeutic Exercise with a "C", I had concerns about his written exam performance and his lack of foundational knowledge.   I was concerned he would have difficulty being successful in future courses.

7.     I expressed my concerns to Nguyen.  Attached hereto as **Exhibit A** is a true and correct copy of the email exchange between me and Nguyen.

8.     In Fall 2018, the Mock Clinic course was a cumulative course that consisted of unit assignments worth 15% of the final grade, a midterm worth 25% of the final grade, final examination worth 30% of the final grade, and final documentation (or "Plan of Care") worth 30% of the final grade. No extra credit points were awarded in Mock Clinic.

9.     Attached hereto as **Exhibit B** is a true and correct copy of the Fall 2018 Mock Clinic Syllabus.

10.     The Mock Clinic course integrated the theory and practice of examination of the physical therapy patients with a musculoskeletal diagnosis. Students were taught history taking during patient interviews and measurements utilizing the 18 steps of a musculoskeletal examination. From the information

gathered through mock interviews and physical examinations, students exercised diagnostic skills, clinical reasoning, practiced prognostic and intervention prescribing skills, and documented impairment lists, long-term and short-term goals, and intervention plans.

11.     This course built upon examination techniques learned in previous courses including, Physical Therapy Skills & Procedures, Therapeutic Exercise I, and Musculoskeletal I, Anatomy, Biomechanics, Pathology, Massage, and Physical Modalities.

12.     For the Mock Clinic midterm, students performed a practical examination and then prepared a written Plan of Care document based on information obtained during practical examination; however, only the written portion of the examination is graded.

13.     The Mock Clinic midterm is not a "practical examination" because only the written portion was graded.  USA's policies do not permit students to retake the Mock Clinic midterm regardless of the student's grade.

14.     Nguyen received a grade of 29% on his midterm.

15.     In Fall 2018, the Mock Clinic final exam was a practical exam that consisted of two parts: a practical examination portion and a written documentation portion called a "Plan of Care."  The examination portion is a physical evaluation of a hypothetical patient.  The Plan of Care is documentation written based on the objective data collected during the practical examination portion of the examination

in which the student is required to document, analyze, summarize, and evaluate the hypothetical patient's recovery plan.

16.     The Mock Clinic final exam is a timed exam in which students are permitted to have a maximum of 45 minutes to complete the examination portion and a maximum of 80 minutes to complete the Plan of Care.  Students are permitted an extra five (5) minutes to complete each portion but lose credit for not completing the section within the allotted time.  Students are required to move directly from the examination to writing the Plan of Care, following a short restroom and/or water break, to mimic real life clinical experiences.

17.     It is an essential requirement of the Mock Clinic course for students to prepare the Plan of Care immediately following the examination because it mimics the expectation in the clinic of a student physical therapist to obtain objective data from patient's examination and then clinically reason through this information to develop a clinical impression, prognosis, goals, interventions and a discharge plan.

18.     Both the practical and documentation portions of the Mock Clinic final exam must be passed individually at an 80% competency level. Those scoring less than 80% were required to repeat that portion of the final. If a student earned less than 80% on the examination portion the student likewise received an F for the practical examination. Each section of the Mock Clinic final was scored separately, and a student was required to earn an 80% on each section to pass the final exam.

19.     Attached hereto as **Exhibit C**, is a true and correct copy of the Instructor Academic Appeal Report ("Report") that I completed on December 20, 2018 in

response to Nguyen's appeal of his dismissal from USA.  The Report accurately reflects the grades earned by Nguyen in Mock Clinic.  The Report further accurately reflects the discussions I had with Nguyen during the Fall 2018 semester relating to his performance in Mock Clinic.

20.     The Mock Clinic final exam was held on December 1, 2018.  Nguyen requested to postpone the exam and his request was approved.

21.     Nguyen took his Mock Clinic final exam on December 8, 2018.

22.     At the time of the Mock Clinic final exam, Nguyen had a grade of 65.5% on his unit assignments and a 29% on the midterm.  As a result, Nguyen had to earn a minimum final grade of 87.4% on the Mock Clinic final exam to pass the course.

23.     After Nguyen completed the examination portion of his Mock Clinic final exam, he asked for his score.  When Nguyen found out he did not pass the examination portion of the Mock Clinic final, he chose not to write the Plan of Care.

24.     Nguyen received a grade of 74% on the on the examination portion of the Mock Clinic final exam.

25.     Nguyen did not complete the Plan of Care and, therefore, earned a grade of 0%.

26.     Nguyen failed the Mock Clinic final.

27.     Nguyen received a final grade of "F" in Mock Clinic.

28.     If Nguyen had been permitted to retake the Mock Clinic final exam after not completing it, he would have been required to retake both sections.  The highest grade Nguyen could have earned on each portion of the exam was a 75%.

29.    Nguyen had the following grades in Mock Clinic in Fall 2018: Assignments (65.5%) and Midterm (29%).  Unit assignments were worth 15% of the grade, the midterm was worth 25% of the grade, and the final examination portion was worth 30% of the grade, and the Plan of Care was worth 30% of the grade (therefore the Mock Clinic final exam was worth 60% of the grade).

30.    Nguyen's final grade would have been calculated in the following manner: (65.5 x 15%) + (29 x 25%) + (*examination portion* x 30%) + (*Plan of Care* x 30%).

- Because Nguyen scored a 74% on the examination portion (not passing), if he finished the exam and scored a perfect score (100%) on the Plan of Care, Nguyen's final grade for the Mock Clinic course would have been: 47%.

- If Nguyen had been permitted to retake the Mock Clinic final, the highest grade he could have received was 75% and his final grade for Mock Clinic course would have been: 62%.

31.    A student must have a final grade of 70% to pass Mock Clinic.  Therefore, neither of the foregoing grades would have allowed Nguyen pass the Mock Clinic course.

32.    Nguyen never requested to retake the Mock Clinic final and never submitted a remediation plan for my approval to retake the Mock Clinic final exam.

33.    Nguyen never provided documentation from the university's Accommodations Department for any alleged disability to me in General Therapeutic Exercise, Orthopedics or Mock Clinic.

34.    The Fall 2018 Mock Clinic syllabus provided instructions for students regarding how to request accommodations for the course.  The syllabus states,

**SPECIAL NEEDS AND CONSIDERATION:** The University of St. Augustine for Health Sciences is committed to providing students with disabilities equal access to all its programs and services. To register with Disability Services and request accommodations for a disability, contact staff at disabilitv@usa.edu. Accommodations are determined, on a case-by-case basis, by the Director of Disability Services after review of medical documentation.

I declare under penalty of perjury under the laws of the United States of America that

the foregoing is true and correct.


Executed on August  7  , 2022 in St. John's County, Florida.



Margaret Wicinski, PT, DPT, EdD

Digitally signed by Margaret Wicinski, PT, DPT, EdD
DN: cn=Margaret Wicinski, PT, DPT, EdD, email=mwicinski@usa.edu, c=US
Date: 2022.08.07 20:24:16 -04'00'

_____
DR. MARGARET WICINSKI

Exhibit A

| | |
|---|---|
| **From:** | Margaret Wicinski |
| **Sent:** | Tuesday, May 8, 2018 8:04 PM |
| **To:** | Luke Nguyen |
| **Subject:** | Re: Reaching out |

Luke:
Thank you for your receptive email.  I hope your break was restful.  As questions arise, please email me.

Dr. Wicinski

Margaret Wicinski, PT, DPT
Assistant Professor – Florida Flex Program
University of St. Augustine for Health Science
904.770.3594 (direct dial)
904.826.0084 x 1294
mwicinski@usa.edu

**From:** Luke Nguyen <l.nguyen4@usa.edu>
**Sent:** Thursday, April 26, 2018 7:32:16 PM
**To:** Margaret Wicinski
**Subject:** Re: Reaching out



Dr. Wicinski,

Thank you for reaching out to me and I agree with your assessment. I may have passed the class, but I am unsatisfied with how I performed on the written exams and on the written assignments. I will be taking your advice from an earlier e-mail to re-examine units 1-6 in regards to program design and exercise prescription (which is interesting since I walked into the term fearing that a lack of anatomy would be my main weakness).

I am looking forward to starting the next term with a running start and have already scheduled time in the next few weeks to address my weaknsses. If I have questions regarding anything, would it be appropriate to send during the break or would you prefer I hold my questions until the start of the next term?

Respectfully,

Luke Nguyen, SPT

Get Outlook for iOS

**From:** Margaret Wicinski
**Sent:** Thursday, April 26, 2018 5:47:57 PM
**To:** Luke Nguyen
**Subject:** Reaching out

Luke:
I just wanted to reach out to you at the end of TherEx 1 to express concern with your written exam performance.

1

USA/Nguyen 001052

While you passed the course based on the syllabus, I see that some foundational knowledge may be lacking.  This may pose some difficulty in future terms.
I wanted to bring this to your attention so you can plan for success!
You may need to review the material from this course when applying it to future courses.
I encourage you to reach out at the beginning of next term with any questions or concerns.

Dr. Wicinski


**Margaret Wicinski, PT, DPT, EdD**
Board-Certified Clinical Specialist in Orthopaedic Physical Therapy
Fellow of the American Academy of Orthopaedic Manual Physical Therapists
***Assistant Professor – Florida Flex Program***
*University of St. Augustine for Health Science*
*904.770.3594 (direct dial)*
*904.826.0084 x 1294*
mwicinski@usa.edu



2

USA/Nguyen 001053

# Exhibit B

# UNIVERSITY OF ST. AUGUSTINE
## FOR HEALTH SCIENCES

# FALL 2018

**NAME OF COURSE:** MUSCULOSKELETAL II: MOCK CLINIC
**COURSE NUMBER:** 5133 C-001
**TOTAL CREDIT HOURS:** LECTURE/ONLINE CREDIT HOURS:1 LAB CREDIT HOURS: 2
**CREDIT HOURS:** 3
**CAMPUS:** FL
**DELIVERY METHOD:** BLENDED
**PROGRAM(S):** FLEX DPT
**START DATE:** THURSDAY, SEPTEMBER 6, 2018
**END DATES:** WEDNESDAY, DECEMBER 19, 2018



**ONLINE FACULTY:**
Margaret Wicinski, PT, DPT, EdD, OCS, MTC, PCC, FAAOMPT
Email: mwicinski@usa.edu
Office phone: 904-826-0084 EXT 1294 – email is the BEST way to contact the instructor
Office Hours: Tuesdays 3:15 – 4:15pm; Fridays 12:00 noon – 1:00 pm
      Other times **are** available by appointment. Appointments are **strongly** recommended.

**LEAD LAB FACULTY:**
Paige Schreiner, PT, DPT
jschreiner@usa.edu

**LAB ASSISTANTS:**
Bryan Olson, PT, DPT
Jennifer Baringer PT, DPT

When contacting your faculty, be sure to use your usa.edu email address as faculty are not permitted to communicate with you through another email service.

**ABOUT YOUR INSTRUCTOR**

Dr. Margaret Wicinski earned her BA in Biology in 2000 from University of Louisville in Kentucky. In 2002, she received her doctor of physical therapy degree from University of Saint Augustine for Health Sciences (USA). After graduating from physical therapy school, Dr. Wicinski returned to the Louisville area and began working in a private outpatient orthopaedic clinic and at a Level I Trauma Center. She completed her Manual Therapy Certification in 2003 and her Primary Care Certification in 2004 through the University of Saint Augustine. Dr. Wicinski also completed her Manual Therapy Fellowship through USA and in 2007 and became a Fellow of the American Academy of Orthopaedic Manual Physical Therapists. After 7 years of patient care, Dr. Wicinski moved to San Diego to teach at the University of Saint Augustine – San Marcos campus primarily focusing in the Musculoskeletal Curriculum.

In summer of 2012, Dr. Wicinski relocated to St. Augustine, FL to teach full time in the Physical Therapy Flex Program. In addition, Dr. Wicinski is an active member of the Florida Physical Therapy Association, American Physical Therapy Association and American Academy of Orthopaedic Manual Therapists. She has assumed roles within professional organizations, including By-Laws Chairperson for the Kentucky Physical Therapy Association as well as California Physical Therapy Association - San Diego District Representative.

1

## Course Information:

**COURSE DESCRIPTION:**
This course will integrate the theory and practice of examination of the physical therapy patients with a musculoskeletal diagnosis. Through the use of a "Mock Clinic", the student will learn and practice history taking during patient interviews and practice tests and measurements utilizing the 18 steps of a musculoskeletal examination.  This course will build upon examination techniques learned in Physical Therapy Skills & Procedures, Therapeutic Exercise I, and Musculoskeletal I. In addition, this course will include application of material taught in Anatomy, Biomechanics, Pathology, Massage, and Physical Modalities. From the information gathered in the interview and physical examination, the student will exercise diagnostic skills, practice prognostic and intervention prescribing skills, and document impairment lists, long-term and short-term goals, and intervention plans.

**COURSE PREREQUISITES:**
Practicum I, Biomechanics, Pathology, Musculoskeletal I, General Therapeutic Exercise I, Physical Modalities and Integumentary

**COURSE LEARNING OUTCOMES:**
At the completion of Musculoskeletal II, students will be able to demonstrate the ability to:

**Course Learning Outcome #1:**
Conduct themselves in a manner that shows respect towards patients, time management, preparedness and documentation timeliness.  (ILO#5/PLO#5)
1.1   Display appropriate professional behavior inside and outside of the classroom experience
1.2   Participate in peer assessment activities to include providing verbal and written feedback to classmates regarding their practical performance of a physical therapy examination.

**Course Learning Outcome #2:**
Self evaluate strengths and weaknesses that leads to formation of questions, evaluation of resources and independence in seeking answers. (ILO#7/PLO#7)
2.1   Express emotions regarding self-assessment and ability to recall and apply practical knowledge from previous semesters to mock physical therapy examinations and evaluations.
2.2   Express one's areas of strength and areas that need improvement regarding competence at performing and documenting a physical therapy examination and evaluation.
2.3   Appreciate the value of constructive feedback in the development of professional skills.

**Course Learning Outcome #3:**
Adapt level of communication to meet the needs of the patient when completing a subject history. (ILO#4/PLO#4)
3.1 Exhibit appropriate interpersonal and communication skills in performing the patient interview considering multicultural issues

**Course Learning Outcome #4:**  Perform a comprehensive musculoskeletal examination. (ILO#3/PLO#3, ILO#7, PLO#7)
4.1 Describe and perform the components of the patient interview.
4.2 Demonstrate appropriate physical assessment techniques as determined by the interview findings.
4.3 Modify an examination based upon physical assessment findings.
4.4 Perform a safe and comprehensive patient examination in an organized and timely manner with 80% competency.
4.5 Employ early hypothesis generation and hypothesis testing in a musculoskeletal patient examination.
4.6 Demonstrate clinical decision making skills by providing rationale for clinical reasoning.

**Course Learning Outcome #5:**  Determine clinical impression, rehab diagnosis, impairments and prognosis through the clinical decision making process. (ILO#3/PLO#3; ILO#2/PLO#2; ILO#7/PLO#7)
5.1 Identify neuro-musculo-skeletal impairments (dysfunctions) and begin formulating a physical therapy diagnosis based on the information obtained from the history, signs, symptoms, and tests.
5.2 Integrate the information gathered in the interview and physical examination to formulate a impairment list, functional limitations, diagnosis(es), prognosis, long term and short term goals, intervention plan, and discharge plan

2

USA/Nguyen 000954

5.3 Independently complete efficient and accurate documentation of the examination and evaluation with 80% competency.

5.4 Recognize basic signs and symptoms that are beyond the expertise of the physical therapist and make the appropriate referral.

5.5 Discuss valid and reliable outcome measures considering various practice setting's including, outpatient, acute care and extended care settings.

5.6 Select valid and reliable outcome measures considering various practice setting's including, outpatient, acute care and extended care settings

5.7 Analyze and interpret outcome measures as applied to selected patient cases, at various levels of the ICF model for assessment and measurement of patient progress.

**CREDIT HOUR DEFINED:** According to the US Department of Education's Definition of Credit Hour, one contact hour of instruction (academic engagement) and two additional hours of student work (preparatory work) must occur for every credit hour in a 15 week course. The following table is a guideline for anticipated hours for this laboratory class.

- Lecture/Online Credit Hours: 1          Lab Credit Hours: 2

| Activity | Assignments | Estimated hours for the average student for the entire course time |
|---|---|---|
| Online Academic Engagement | Asynchronous instruction (interacting with course materials such as accessing recorded lectures, videos, etc.) | 15 |
| | Asynchronous activities (forum discussions, etc.) | 5 |
| | Synchronous instruction (live chats, use of collaborate, skype) | 2 |
| | Assessment Activities (assignments, quizzes and exams) | 9 |
| Face-to-Face Academic Engagement | Faculty/student synchronous physical interaction | 0 |
| | **Total** | **31** |
| Lab Engagement | | |
| | Laboratory Attendance | 44 |
| | Mid-term and final exam | 7.5 |
| | **Total** | **51.5** |
| | **Total Academinc Engagement** | **82.5** |
| Student Preparation (outside of class) | Required reading: 30 pages per hour | 20 |
| | Required reading, difficult reading level: 25 pages per hour | 20 |
| | Preparing assignments | 30 |
| | Studying for quizzes, exams, practicals | 20 |
| | Reflection or journaling | |
| | Other [describe] | |
| | **Total Preparation** | **90** |
| **Overall Total** | | **172.5** |

**UNIVERSITY ASSESSMENT**

With the goal of continuous improvement of the achievement of student learning outcomes, USAHS conducts assessments of achievement of program and institutional learning outcomes, in addition to course outcomes. Student work is used in aggregate and anonymously as the basis of these assessments, and the work you do in this course may be used in these assessment efforts.

3

**REQUIRED TEXT and RESOURCES:**
The required texts are listed below.  Each book listed was required for a previous course in the curriculum.

- APTA. *Guide to Physical Therapist Practice 3.0*. 2014.  Available at http://guidetoptpractice.apta.org/.
- Kendall FP, McCreary EK, Provance PG, Rodgers MM, Romani WA. *Muscles Testing and Function*. 5th ed. Baltimore, MD: Williams and Wilkins, 2005.
- Kisner C, Colby LA. *Therapeutic Exercise: Foundations and Techniques*. 7th Ed. Philadelphia, PA: FA Davis Co. 2018.
- Norkin CC, White DJ. Measurement of Joint Motion:  A Guide to Goniometry, 4th Ed.  Philadelphia:  F. A. Davis Company, 2009.
- Patla CE, Paris SV, *E -1 Course Notes, Extremity Evaluation and Manipulation*. St. Augustine FL: IPT, 2002.
- Documentation Resource from Practicum I
- Lab assessment tools: Goniometers, wedge, tape measure, blood pressure cuff, stethoscope, reflex hammer, gait belt

Recommended Reference:
- Hertling D, Kessler RM. *Management of Common Musculoskeletal Disorders: Physical Therapy Principles and Methods*. 4th Ed. Philadelphia, PA: Lippincott. 2006.
- Magee DJ. *Orthopedic Physical Assessment*. 6th Ed. Philadelphia, PA: W.B. Saunders Co., 2014.

**PLEASE NOTE:** YOU ARE RESPONSIBLE FOR PURCHASING THE COURSE TEXT(S)

**TEACHING METHODS:**
This is a student-centered, active learning course.  Each week material will be presented online, and assignments will follow the completion of each unit.  During the term, lab sessions will be held for the purpose of reviewing and practicing examinations for the UE and LE joints, acute care, and spine. Your grade for this course will come from a variety of assessments. Assessments will include the submission of documentation, completion of quizzes, lab participation, professionalism, a mid-term exam, and a final practical and accompanying documentation.

**TO ACCESS YOUR ONLINE COURSE:**   After you login to the portal, go to the tab named *Blackboard*; which is the first tab to the right of the Home tab. This page will contain an area to log into Blackboard, a link to the Blackboard helpdesk, and important announcements and tutorials related to Blackboard.

**REQUIRED SOFTWARE:**
- Some courses include PDF files as part of the course materials. To open the PDF-files you need to download Acrobat Reader; this software is available free at www.adobe.com.
- Additional hardware and software requirements, as well as options, are available at: https://www.usa.edu/unit/technology/

- This website, http://whatbrowser.org/, will tell you if your browser is up-to-date

For general information about technical support and other requirements, please visit:
https://my.usa.edu/ICS/Student_IT_Support.jnz  (you need to be logged into *myUSA* for this to work).

For technical issues related to Blackboard, please contact the Blackboard Support (SST) at:
-Phone: 855-763-4653
-Email: USAsupport@USA.edu

4

USA/Nguyen 000956

**Course Grading:**

**See student handbook for policies on grading and test review processes.**
This is a professional clinical course with a passing requirement of a "C." Your grade will be determined as follows:

Overview of grading percentages:
| | |
|---|---|
| Unit assignments | 15% |
| Midterm Documentation | 25% |
| Final Examination | 30% |
| <u>Final Documentation</u> | <u>30%</u> |
| | |
| Total: | 100% |

Per policy, no extra credit points will be awarded in this course.

Clinical practical examinations require an 80% passing score.  See practical retake policy in the student handbook.

**COURSE REQUIRMENTS:**

I. Class preparation and participation:

You will partner with a classmate for each lab session. One of you will be assigned the role of student-therapist, and one of you will be assigned the role of pseudo-patient. Once the first student-therapist has finished his/her evaluation, then the roles will switch. It is your responsibility to come prepared to assume both roles with adequate research completed to understand the condition that you will be asked to simulate.

With any role-playing scenario, it is necessary that there is a degree of realism, which is sometimes difficult to establish, especially when you, as classmates, are so familiar with each other.

As a student-therapist, prior to lab:

- The student must prepare an original, self-made examination form on 1 page of letter size paper (front and back) which will be used to record the examination findings (no evaluation information should be included). This will include the questions you will ask in your patient interview and the potential tests and measures you will perform.  Each form must be individually prepared by each student and two copies brought to class. One copy of the form will be handed in to the instructor prior to lab. Failure to have this form prepared, or any indication that the work was not done individually will lead to loss of points for professionalism. You will use the second copy of the exam form to record your data during the examination. You will be required to submit your completed documentation on the designated due date. The documentation will be typed.
- To help assist in establishing your role as a physical therapy clinician, all student-therapists should be in clinical attire (i.e. professional dress and lab coats) (i.e. professional dress) which includes for men:  being clean-shaven, dress shirt (tucked in), necktie done up properly, khakis or dress pants, belt, socks and comfortable shoes (not sandals or sneakers).  For ladies:  dress pants of appropriate length (not capris), professional blouse or sweater (tucked in), socks and comfortable, low heel shoes (closed-toe).  All students are expected to wear a lab coat with their name tag during the examination. Please refer to your student handbook for appropriate clinical attire.

When acting as a pseudo-patient, you will be given a patient case with an in-depth history and abnormal findings to exhibit.  In addition to the information given, the student is expected to know about the impairments, functional limitations, and disabilities portrayed in the case and enhance the history with reasonable answers.  Suggested references include textbooks you have from prior courses, faculty, and the library for additional research. The patient case that you mimic must be handed in at the end of lab.  All "mock" patients are expected to be in standard lab attire as indicated in the student handbook.

II. Weekly Documentation:

Every patient examination you perform will require proper documentation. You will be required to write your documentation and submit it for feedback and grading at the designated date and time.  Failure to hand

5

USA/Nguyen 000957

documentation in on time will lead to loss of credit for the weekly documentation criterion. **All weekly documentation must be completed to pass the course.**

Along with each weekly documentation, students will submit a reflective evaluation of one's strengths and areas of enhancement in relation to that week's lab performance.  Plans to improve the areas of weakness will be listed, and if necessary, discussed with a faculty member.  Failure to submit a self-reflection will lead to loss of credit for the professional behavior criterion. **All self-reflections must be complete to pass the course.**

III. Examinations:
There are three examinations in this course:

1. **The midterm**
   - The midterm mock case evaluation will be documented and the documentation will be submitted for grading according to your online instructor.
   - The midterm mock case examination will be documented and submitted for grading by 8:00am the following day. The note will be graded according to the Mid-term Note Assessment Criteria Form.
   - The grade will be rounded to the 10th of a percentage point (for example, 87.6%).  A percentage grade will be calculated from this form. The mid-term note will count toward 25% of the final grade

2. **The final practical and plan of care**
   - The final practical examination and the final documentation are 2 separate grades. Please see the schedule for the approximate dates and times of these examinations.  You must successfully pass the final examinations with an 80% overall score and a 100% with safety in order to pass this course.
   - The final practical examination will be cumulative.
     - You will be presented with 6 cases consisting of 3 UE and 3 LE cases, and you will have to randomly choose one of the cases.
     - You will have 45 minutes to perform a comprehensive examination of the pseudo-patient and explain the results of your examination to the patient.
     - If you are not finished in 45 minutes, you will be permitted five minutes of extra time, but will lose the credit for completing the examination on time.
     - Following the physical examination, the plan of care will be documented.
       - Students will be allotted 80 minutes for writing the plan of care.
         - If you have not finished the note in 80 minutes, you will be permitted five minutes of extra time, but will lose the credit for completing the plan of care on time.
         - Students may be required to bring their personal laptops for the Plan of Care portion of the examination

   - The FINAL ASSESSMENT CRITERIA FORM consists of 115 criteria, which will be used to assess your performance.  Criteria achieved will be marked with a check. Areas that have not met the competency requirements will be marked "NI" (Needs improvement). If the student did not have the opportunity to demonstrate a certain criterion, the criterion will be marked "NA" (not applicable) and will not be considered for grading purposes.
     - A percentage grade will be calculated from the Final Assessment Criteria Form. Both the practical and documentation portions of the final examination must be passed individually at an 80% competency level.  The grade will be rounded to the 10th of a percentage point (for example, 84.3%).
       - A minimum of 80% proficiency is required on all clinically-related practical examinations.  The practical examinations require the student to meet both safety and technical skill performance competencies.
       - Safety requirements must be met at a 100% competency level.  If a student does not perform in a safe manner the student will receive an F grade for the practical examination.
       - Those scoring less than 80% will be required to repeat that portion of the final. If the student earns less than 80% on the technical skill performance the student will likewise receive an F grade for the practical examination.
       - Any student receiving an NI on a patient safety issue will be required to retake the practical regardless of his/her percentage score

6

USA/Nguyen 000958

- In either case, the student must retake the practical examination.  The student must meet both safety (100%) and technical skill performance competencies (80%) to pass the practical re-take.  The grade awarded for the 1st re-take practical examination will be 75%.

- <u>Each student must complete and demonstrate competency of at least 80% of the criteria observed on the final in both the examination and documentation portions.</u>  **Any student unable to complete the practical exam up to and including "explains findings, diagnosis, prognosis, and patient responsibilities to the patient" will receive an automatic failure and be required to retake the practical regardless of his/her percentage score.**

- When necessary, a retake exam or note writing (retake) may need to be scheduled outside of class time, or prior to the following term.

  - **The student must still reach the 80% competency to pass the retake, but the maximum value of the retake is 75%.** If the student still does not reach 80% competency on the retake or 100% safety, he/she will be required to petition the academic progression committee for approval for a second retake.

    o A student who receives an F on the retake practical exam may petition the Academic Progression and Retention Committee (APRC) for permission to take a second retake practical examination.  The student's petition must provide written rationale supporting his/her request for a second retake examination.  (See appendix 7 Academic Progression and Retention Committee Guidelines to submit a letter requesting exam retakes for written/practicals/orals).

    o The APRC will review the request and provide a written response to the Program Director who will render the final decision on the matter.  Should the request for a second retake not be granted, or if it was granted and the student receives an F on this second retake, the student will receive a D or F for that clinical course.

    o If the student was granted permission for the second retake and the student passes (100% safety, 80% technical skill performance) the highest grade awarded on the 2nd retake practical examination is 70%.

      - The second retake will graded by two instructors and videotaped.
      - 80% competency for the final examination and documentation is <u>required</u> to pass the course.

    o If you do not meet the 80% competency on the final retake or the practical and/or plan of care, all other scores received during the semester are considered null and void.  You will receive an "F" for the course.  <u>A passing grade for the final examination AND documentation is required to pass the course</u>.

    o All practical exams must be completed by the date grades are due published on the academic calendar.

    o For all third attempts at the lab practical examination, there will be two graders.  In addition, the examination will be video taped.

    o Both the final examination and final documentation will count toward 30% of the course grade each (30% / 30%).

    o Please review the retake policy in the Student Handbook.  Communication with the course instructor and development of a plan is required for a second attempt at the final practical and/or plan of care.  These activities are **time sensitive** and are **REQUIRED** to follow the time line outlined in the Student Handbook.  If a third attempt is needed for the final practical and/or plan of care, additional communication with the course instructor, revision of your plan and approval from the APRC is required.  Review the Student Handbook for the policy.

See practical retake policy in the student handbook.

USA/Nguyen 000959

You can access your final grade and unofficial transcript by logging into my.usa.edu on the home page of the website.   If you have misplaced your password that was assigned to you from the registrar's office, please click on 'forgot my password' a new password will be assigned and emailed to you.   No grades are mailed out.

**Proctored Exams:**
The Musculoskeletal II: Mock Clinic course has one proctored exam at the beginning of the term.

**All exams must be proctored.** Course instructors will provide ProctorU with the exam date and exam window(s) at the beginning of the term. There will not be any additional proctor fees for the student unless you register for your exam late or make changes that incur a cost.  Be sure to register for your exams early to avoid any out of pocket expense.

Visit the ProctorU website at www.proctorU.com to schedule your exam(s) and verify that your computer, testing environment and internet are compatible with this service.  We recommend doing this at the beginning of the term to allow students to make any adjustments to their computer, internet or testing environment.  To avoid delays with starting the exam with ProctorU, be sure your computer and testing area are prepared and ready to go. It is recommended that you schedule your exam appointment with ProctorU at least 15-30 minutes before you plan to start the exam to provide plenty of time to get set-up with your proctor. If your connection is completed early, you can use that time to review material in your head and/or perform some relaxation techniques

**Communication:** The instructor will visit his e-mail on a daily basis. As a general rule, a response by the instructor to a query from the learner will be generated in less than 48 hours, if not sooner. In most cases assignments will be graded within 48 hours, lengthier assignments may take up to 7 days to grade.

It is the student's responsibility to contact the primary course instructor within one week of the start date of the term to discuss conflicting dates with multiple other course exams, presentations, etc. and request changes to the course schedule.

**COURSE EVALUATIONS:** Course evaluations are due upon completion of your course. These evaluations will be available to you by the 7th week of the term. Please locate the course evaluation link(s) at MyUSA. All assigned course evaluations will be listed and each link will take you to the course evaluation of the corresponding course. You may enter your feedback at any time during the term after it is opened.  In fact, you can return to the course evaluation and pick up where you left off if you select "save progress & return". If you click on the "submit survey" button, you cannot return to the evaluation.  **Please do not submit until the last week of your course.**  All course evaluations may be completed on any mobile device.

Your anonymous feedback is valuable to this process as course evaluation and modification is dependent on your input. Make sure your comments are constructive; course modifications depend on your feedback.

**SPECIAL NEEDS AND CONSIDERATION:** The University of St. Augustine for Health Sciences is committed to providing students with disabilities equal access to all its programs and services. To register with Disability Services and request accommodations for a disability, contact staff at disability@usa.edu. Accommodations are determined, on a case-by-case basis, by the Director of Disability Services after review of medical documentation.

**MID-COURSE WARNING:** The mid-term deadline for this course is **October 26, 2018**.  On that date, the University Registrar will be notified of any students with a mid-term grade of less than 70%.  Students will receive a letter from the registrar outlining the responsibilities.  It is important that all students receiving these letters set up a meeting time with the course instructor.

**WITHDRAW DATE:** The final day students may withdraw from this course is **November 21, 2018.**  Students need to complete the Course Withdraw form found on the MyUSA Portal.

USA/Nguyen 000960

## Professional Behaviors:

A maximum 10% of the final course grade may be reduced for not meeting professional behavior expectations.

EXCUSED ABSENCES AND/OR INDIVIDUAL RESCHEDULING OF EXAMS
In addition to the policies provided in the Student Handbook, the following information outlines what is considered an excused absence from lab or a required synchronous class session, and an appropriate reason to request taking an exam at a time other than when it is scheduled:

1) A major life event for the student or a member of the student's immediate family.
   a. Major life events include weddings, funerals, graduations, significant religious events, or other major events as approved by the program director.
   b. Immediate family includes spouse, parent, child, sibling; spouse's parent, child, or sibling; grandparents, or grandchildren.
2) A required work event for the student that cannot be rescheduled and potentially impacts continued employment.

The student must request an excused absence or different exam time as soon as the conflict is known. Lab absence requests must go to the program director first. Synchronous class session absence requests or exam rescheduling requests should go directly to the course faculty. Documented evidence of the conflicting event may be required.
In the case of excused absences, faculty will assist in developing a plan to help the student make up what they missed. That may require the student to come to campus during the week. Unexcused absences are considered to be unprofessional behavior and grade penalties may be imposed. With any unexcused absence, students forfeit the right to review with the instructor all or any part of the material, including test reviews, covered during that class or lab session.

UNEXPECTED ABSENCES AND/OR CONFLICTS
In the event of significant illness or other unexpected and unavoidable conflict with lab attendance, required synchronous class session, and/or scheduled exam, the student should notify faculty ASAP by email or phone (see contact information on first page of syllabus). Students should not ask classmates to relay the message for them. Failure to communicate with faculty in a timely manner is considered unprofessional behavior and may result in grade penalties.

**NOTE:** If a student misses more than 20% of the total lab hours in a course, regardless of the reason, the student must repeat the course. If the accumulated absence occurs before the time to withdraw, the student may withdraw from the course.


**Student Responsibilities:**
- Students are expected to be active learners, both as independent learners outside the classroom and as facilitators of questions and comments on the platform.

- Each class has objectives which are stated in the syllabus. For each unit, **the student is expected to prepare for the unit topic in advance of the online and lab sessions**. This may be best achieved by using the objectives as a study guide to extract the relevant information from the required readings during study outside of classroom hours.  Required readings (articles), outside of the required texts for this course, will be available on reserve in the File Library.

- Required viewing of video clips are available within each unit.  References may also be listed and suggested readings may be available in the library. The student may find these references useful in understanding the course material, or in the future, when the need arises for further information in a topic area. These references represent resources the instructors utilized to access information on the topic area. Students will not be examined on information that is specifically contained in this reference material. Students will be tested only on information available from the required readings and or video viewing, and classroom, lab, and online activities.

- We hope you find this course to be a rewarding learning experience.  We are here to help you become an outstanding PT and look forward to working with you throughout the semester.

9

USA/Nguyen 000961

Each week your assignments and performance regarding preparation and professional behavior will be assessed. The following apply:

| Criteria | Loss of point(s) each week for: |
| --- | --- |
| Weekly Quizzes | Incorrect answer |
| Production of an original exam form | Form is not original, is delinquent, or displays minimal effort in completing |
| Self-Reflection | Delinquent or Incomplete, displays minimal effort in completing |
| Weekly documentation | Delinquent submission of required assignment, displays minimal effort in completing |
| Lab preparedness, dress, professionalism | Improper lab attire; forgetting of exam tools; unfamiliar with exam tests; inappropriate dress (no lab coat or name tag, improper shoes, no socks, etc.); punctuality; uncooperative; inappropriate display of emotion or language; lacking professional approach to giving or receiving feedback |
| Punctuality/ Attendance | Being late for class or an unexcused absence. |

**An original examination form is not required for the spine examination**

You will receive feedback on documentation submitted. Feedback may be generalized feedback about each case may be posted on the notice board, personal written feedback, voice over powerpoint/voice thread or provided in a chat.

Quizzes will be graded based on the correct answers. Documentation will be graded based **on effort** (application of feedback previously given, documentation follows the template, documentation is complete, and documentation follows examples discussed in lab and online notes).

On the rare occasion that your online course is unavailable, please contact your instructor for further directions on access or extensions on testing and assignments. You will be e-mailed within 4 days of your unit assignment deadline if your assignment has not been received. If you do not hear from your instructor by four days, assume that your assignment was received. Physical attendance in a live classroom is not expected for this online course. It is expected, however, that the learner completes all designed learning experiences in both a timely and professional manner as identified in the course syllabus and as supported through asynchronous communications. In general, each unit is formatted to be completed in a weekly manner. The primary course interface will occur in an asynchronous manner through the use of course e-mail and discussion boards.

Physical attendance in a live classroom is not expected for the online portion of this asynchronous course. It is expected, however, that the learner completes all designed learning experiences in both a timely and professional manner as identified in the course syllabus and as supported through asynchronous communications. In general, we have formatted each unit to be completed in a weekly manner. The primary course interface will occur in an asynchronous manner through the use of online communication such as e-mail and discussion boards found on the course website [http://de.usa.edu]. As a courtesy to the learners enrolled in the class, the instructor will visit his e-mail on a daily basis during weekdays, except when Internet access is unavailable due to travel. As a general rule, a response by the instructor to a query from the learner will be generated in less than 24 hours, if not sooner.

Physical attendance will be required in the laboratory portion of this class. Please refer to the student handbook for the policy on attendance.

**PROFESSIONAL BEHAVIOR IS CONSIDERED AS FOLLOWS:**
Punctuality and preparedness are required to be an efficient health care provider.  For lab sessions, it is expected that students arrive to the classroom 10 minutes before the scheduled start for lab so they are ready for a punctual start.  Lab experiences may require students to set-up and clean-up the lab space.  This may involve gathering/returning equipment from closets or another location, setting up/cleaning a treatment area or other tasks that would need to be performed to have a safe classroom environment.  Students arriving at the published start time will be considered late. Students should not leave the lab at the end of the day until excused by the faculty after equipment is stored and the room is cleaned up. Up to 10% of the final course grade may be reduced for not meeting professional behavior expectations.

USA/Nguyen 000962

- Attendance is mandatory to all required course activities (mandatory chats, exams and on-campus lab sessions). Exceptions may be made ONLY with **prior** arrangement AND going through the appropriate chain of command. Please see the Student Handbook for policies and procedures.  Tardiness is included in absent time.
- **Late Assignments:**
  - Learners are responsible for all missed or incomplete work. Late assignments are subject to a penalty. In certain cases an extension may be granted. Please contact your instructor with any extension requests.
- NO make-up exams will be given except in the case of death or extreme illness.
- Students MUST BE prepared for class and/or laboratory activities in all cases.  See student handbook for acceptable attire.
- The Practical Exams must be passed with a minimum proficiency of 80%. Safety requirements must be met at a 100% competency level. If a re-take of the practical exam is deemed necessary, see the Student Handbook for details.
- Punctuality and preparedness are mandatory.
- NO CELL PHONES are allowed on (not on, nor on vibrate) in class.
- Cheating is not allowed.  See the Student Handbook for definition.  If you share information regarding a written and/or practical exam, you will be referred to the Professional Misconduct committee and/or receive an F in the course.  *As students at the University of St. Augustine, you are required to uphold academic honesty in all aspects of this course. You are expected to be familiar with the letter and spirit of the standards of conduct outlined in the USA Honor Code."*
- If a student wants to meet to discuss an exam, it must be arranged within 1 week of the exam review.  All requests for meetings, should be e-mailed to the Instructor.
- Laptop computer policy:
  - Laptop computers may be used in this course, if they are used appropriately in class.  If the instructor deems that they are being used inappropriately or for the purposes of the course discussion, their use may be discontinued.
- It is expected that you will complete all assignments at the graduate school level.
- Students are expected to be active learners, both as independent learners outside the classroom and as facilitators of questions and comments on the platform.

**MANDATORY CHATS:**
- Dates and times are listed in the course schedule for Mandatory Chats for Mock Clinic
- You are expected to be present and participate in all chats.  Missing a chat or being tardy will be deemed an unexcused absence unless prior arrangements are made.  The first offense warrants a verbal reprimand, for a second offense the student will receive a warning letter (email) with a copy of that letter placed in his/her file.  The second offense will result in referral to the professional misconduct committee and a FINAL grade reduction of 5%.
- The instructor may require you to use your web cam or speak during the chat.
- You are responsible for all information discussed in the chat.

**Late Assignments:** Learners are responsible for all missed or incomplete work. Late assignments are subject to a penalty. In certain cases an extension may be granted. Please contact your instructor with any extension requests.

**Audio/Video/Media Recording:** It is necessary that students receive written permission from the course instructor regarding the audio-visual recording, transmission, or distribution of classroom lectures and discussions or lab techniques. Any recording of lectures or class presentations should be authorized solely for the purpose of individual study or ADA accommodations. Such recording may not be reproduced or uploaded to publicly accessible web environments. Recordings of classes or of course materials may not be exchanged or distributed for commercial purposes, for compensation, or for any other purpose other than individual study.

**Attendance:**
- Attendance is mandatory to all required course activities (mandatory chats, exams and on-campus lab sessions).   Exceptions may be made ONLY with **prior** arrangement AND going through the appropriate chain of command. Please see the Student Handbook for policies and procedures.  Tardiness is included in absent time.

**Academic Integrity:**
The University recognizes the principles of honesty and truth as fundamental to ethical business dealings and to a vibrant academic community of faculty and students.  All members of an academic community shall be confident that each person's work has been responsibly and honorably acquired, developed and presented. The work that a

11

USA/Nguyen 000963

student submits shall be a fair representation of his/her ability, knowledge and skill.  The University expects students to respect and exhibit these principles as they form the basis of the quality of the institution and the quality of USAHS's graduates. The academic integrity policy is clearly defined in the student handbook.  Penalties for not following this policy could range from a zero on an assignment to dismissal from the University.

Specifically related to this course, there is expected to be no sharing of information about the practical exams, no use of cell phone or other electronic device during the examinations, and no sharing of portfolios with future students.  Any student found cheating on an examination would be referred to the professional misconduct committee.

**Plagiarism and Citation of Sources:** Academic honesty is expected of all students. It is expected that all student work will be that of the student's, or it will be cited with a source if it is the work of another author or scholar. Plagiarism occurs when a student uses another person's ideas or words without properly citing the source of that material. A graduate student it is expected to have to properly cite their sources and to know what constitutes plagiarism. If you are not absolutely sure what constitutes plagiarism, visit the websites: http://sja.ucdavis.edu/files/plagiarism.pdf and http://bulletin.georgetown.edu/regulations/honor/

Most courses at the University of St. Augustine require students to follow the style guidelines of the American Psychological Association (APA) **EXCEPT DPT students,** who use American Medical Association (AMA). Both styles have publications available to assist the student in conforming to these styles. These manuals are available in print at each USA campus Library. Students can also access the full *AMA Manual of Style* publication and APA Style Central online through the USA Writing Center. The Writing Center also provides online style guides for both these citation styles: https://my.usa.edu/ICS/Student_Services/Writing_Center/Referencing.jnz.

**Self-Citation:** When students use their own work in current or subsequent course assignments, the citation must be formatted with the student as a primary author and previous coursework as unpublished papers.

**NOTE:** Instructors are trained to detect work that does not appear to be the original work of a student. This is done through the use of web search engines or library database tools as well as any number of plagiarism detection applications. If a student is found to have submitted a plagiarized work the result may be a failing mark for the assignment. Additionally, the faculty member may report the offense to university administration for further action as found in the universities policies on academic dishonesty.

It is expected in Musculoskeletal II: Mock Clinic that each student will turn in **their own work**.  **ANY** sharing of Plan of Care assignments with students in past, present or future classes is considered cheating and will result in referral **OF BOTH STUDENTS** to the Professional Misconduct Committee.

**ONLINE COURSE WRITING:**
All writing for this course (bulletin board postings, emails and submitted assignments) should reflect the attributes of graduate-level academic writing, which include clarity, precision and power. Please check all work for errors in spelling, punctuation and mechanics before submission.  Please bring all errors in the course, or in any communication, to the attention of the course instructor.

The voice of writings within discussion areas should be reflective and in the first person as if conducting a casual or scholarly conversation among colleagues and peers. Normally, first person present tense is not permitted in graduate writing for formal papers and other written assignments.  In this course (unless advised otherwise), a first-person style of writing is permissible and preferred for discussion areas.  To promote conversation, we would like to see phrases like, "I think", "I believe" and tense language like "today" or last semester." However, formal written papers and assignments should follow academic writing standards, which is typically in third-person, unless otherwise specified.

All assignments within the online course have specific due dates. You will be e-mailed within 4 days of your unit assignment deadline if your assignment has not been received. When submitting assignments online, you can check the Assignment Submission area or the Gradebook within Blackboard to confirm submission details. If you do not hear from your instructor within 4 days, assume that your assignment was received.

12

Physical attendance in a live classroom for lectures and other activities within Blackboard is not expected for this online course. It is expected, however, that the learner completes all required learning experiences in both a timely and professional manner as identified in the course syllabus and as supported through the online tools within Blackboard. In general, each unit is formatted to be completed within a weekly time period. The primary course activities are designed to be completed asynchronously, though some synchronous activities may be made available, but will generally be recorded for students who could not attend the live activities.

---

**Learning is not a top-down process. Each of us shares in the responsibility of educating and being educated. Students are expected to make positive contributions that foster a professional, analytic atmosphere.  Healthy debate is encouraged, but students must remain mindful that remarks that demean others and/or their opinions are not tolerated.**

---

13

USA/Nguyen 000965

**COURSE SCHEDULE/OUTLINE:**
All assignments are due as listed below. **The syllabus dates and times are considered correct and will over-ride any platform date issues.** This course begins on **September 6, 2018**. The Unit start and finish dates can be found below (assignment due dates are subject to change and students will be informed of any due date changes on the Message section of the platform.   LAB DATES WILL NOT CHANGE):

| September 2018 | | | | | | |
|---|---|---|---|---|---|---|
| Sunday | M | Tuesday | W | Thurs | Friday | Saturday |
| 2 | 3 | 4 | 5 | 6 Semester Begins | 7 | 8 Half Way Exam 8:00am on ProctorU |
| 9 | 10 | 11 Mock: due at 8:00am eastern time <ul><li>Quiz #1</li><li>Discussion #1</li></ul> | 12 | 13 | 14 Mock : Quiz #2 due at 8:00am eastern time | 15 |
| 16 | 17 | 18 Mock : <ul><li>Quiz #3 due at 8:00am eastern time</li><li>Mock Clinic Course goals due by 8:00am eastern (uploaded to platform</li></ul> | 19 | 20 | 21 Mock : Quiz #4 due at 8:00am eastern time  Spine Quiz due at 11:55 pm eastern | 22 Mock 1:00pm – 5:00 pm **Neuro Lab**  Paper copy of revised Mock Clinic course goals due in lab at 8:00am eastern. |
| 23 Mock 8:00-12noon Spine Lab Self-Reflection due at the end of lab.  Bring your computer to lab to complete.  1:00pm- 5:00pm **Shoulder Examination Lab** <ul><li>Original Lab Form due at the beginning of lab (uploaded and two paper copies)</li><li>Self-Reflection due at the end of lab.  Bring your computer to lab to complete.</li></ul> | 24 | 25 Spine POC due at 8:00am eastern time | 26 | 27 | 28 | 29 |
| 30 | | | | | | |

14

USA/Nguyen 000966

# October 2018

| SU | M | T | W | TH | F | SA |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5<br>• Shoulder POC due at 8:00 am eastern time<br>• Upload final copy of mock goals to the platform by 8:00 am | 6 |
| 7 | 8 | 9<br>Mock: Shoulder Assignment #2 due at 8:00am eastern | 10 | 11 | 12 | 13 Mock 8:00-12noon<br>**Elbow examination lab**<br>• Original Lab Form due at the beginning of lab (uploaded and two paper copies)<br>• Self-Reflection due at the end of lab. Bring your computer to lab to complete.<br>• Place a final paper copy of Mock Goals in Mock folder |
| 14 Mock 8:00-12noon<br>Wrist/Hand Examination Lab<br>• Original Lab Form due at the beginning of lab (uploaded and two paper copies)<br>• Self-Reflection due at the end of lab. Bring your computer to lab to complete. | 15 | 16<br>Mock Elbow POC due at 8:00 am | 17 | 18 | 19<br>Mock: Elbow Assignment #2 due at 11:55 pm | 20 |
| 21 | 22 | 23<br>• Wrist/Hand POC due at 8:00 am | 24 Mock Chat – 6:00 pm | 25 | 26 | 27<br>Mock Midterm 12noon – 5:00pm |
| 28 **Midterm POC due at 8:00am**<br>Mock 8:00-12noon<br>**Foot/Ankle Exam Lab**<br>• Original Lab Form due at the beginning of lab (uploaded and two paper copies)<br>• Self-Reflection due at the end of lab. Bring your computer to lab to complete. | 29 | 30<br>• Midterm Discussion Initial Post due at 8:00am eastern<br>• Midterm self-reflection due at 8:00am eastern time | 31 | | | |

15

USA/Nguyen 000967

| November 2018 | | | | | | |
|---|---|---|---|---|---|---|
| **Sunday** | **M** | **Tuesday** | **W** | **TH** | **Friday** | **Saturday** |
| | | | | **1**<br>Midterm Discussion Final Post due at 8:00am eastern | **2**<br>Foot/Ankle Assignment due at 8:00 am eastern time | **3** |
| **4** | **5** | **6**<br>Foot/Ankle POC due at 8:00 am eastern | **7** | **8** | **9** | **10**<br>Mock 8:00-12noon Knee Examination Lab<br>• Original Lab Form due at the beginning of lab (uploaded and two paper copies)<br>• Self-Reflection due at the end of lab. Bring your computer to lab to complete.<br>1:00 – 5:00 pm Hip Examination Lab<br>• Original Lab Form due at the beginning of lab (uploaded and two paper copies)<br>• Self-Reflection due at the end of lab. Bring your computer to lab to complete. |
| **11**<br>Mock 8:00-12noon – Review Lab | **12** | **13**<br>Knee POC due at 8:00am eastern time | **14** | **15** | **16** | **17** |
| **18** | **19** | **20**<br>Hip POC due at 8:00am eastern time | **21** | **22** | **23** | **24** |
| **25** | **26**<br>Mock Chat 4:00 pm | **27** | **28** | **29** | **30**<br>Acute Care Quiz due at 11:55 pm eastern | |

16

USA/Nguyen 000968

| December 2018 | | | | | | |
|---|---|---|---|---|---|---|
| **Sunday** | **M** | **Tuesday** | **W** | **TH** | **Friday** | **Saturday** |
| | | | | | | 1<br>Mock Practicals and Plan of Care<br>7:00 am – 8:00pm (schedule to be published with specific examination time and patient time for each student. |
| 2<br>Mock 7:00-12noon (schedule to be published with specific examination time and patient time for each student.)<br><br>Mock 1:00am – 5:00pm Acute Care Examination Lab<br>• Original Lab Form due at the beginning of lab (uploaded and two paper copies)<br>Self-Reflection<br>• Due at the end of lab. Bring your computer to lab to complete. | 3 | 4<br>Acute Care POC due at 8:00am eastern time<br><br><br>Mock: Practical: remediation plans due for any student that needs a practical retake by 8:00am eastern. See directions on the platform. | 5 | 6 | 7 | 8<br><br>Mock: Practical and Plan of Care Retakes – times will be determined based on instructor availability |
| 9<br>Mock<br>Practical and plan of care retakes – times will be determined based on instructor availability | 10 | 11<br>Mock: Final Self Reflection due at 8:00am eastern | 12 | 13<br>**Finals** | 14<br>**Finals** | 15<br>**Finals** |
| 16<br>**Finals** | 17<br>**Finals** | 18<br>**Finals** | 19<br>**Finals** | 20<br>Mock Practical and plan of care retakes Third Attempts<br><br>**Grades** | | |

17

USA/Nguyen 000969

# Exhibit C

# UNIVERSITY OF ST. AUGUSTINE
## F O R   H E A L T H   S C I E N C E S

## Instructor Academic Appeal Report

**Course:** *PHT 5133-001* **Mock**   **Instructor:** *Wininski*

**Student Name/ID:** *Luke Nguyen*

**Final Grade:** *F*

**All course grades (please comment on grade weighting if applicable):**

- Exams *midterm 29%*
- ~~Quizzes~~ *final practical 74% student chose not to write*
- ~~Practicals~~ *the Plan of Care = 0%*
- Assignments *65.5% missing multiple assignments*

**Student meetings: (ie did the student meet with you? If so how often, what was the outcome?**

*Met c student after midterm, and three times prior to the final.*

*- See attached documents -*

**Professional Behavior Comments:**

**Excused absences(#):** _____ **Unexcused(#):** _____ **Tardiness (#):** _____

**Additional Comments/Concerns/Extenuating Circumstances (sickness, family issue, etc...):**

*Medical Issue delayed 1st attempt at the final practical.*

**Please complete this form and send to appeals committee chair and registrar by the Thursday prior to semester break.**

*12/20/2018*

USA/Nguyen 001096

*Luke Nguyen*

After the midterm feedback was given, I sat and chatted with the student about his performance. He stated that he knew he did not do well on the midterm and has been doing everything in his power to improve his performance. He showed me his organizational items for studying and verbally indicated he had been on campus practicing his techniques.

The student was instructed to calculate his final grade to see if it was mathematically possible to pass the course. The student said he was going to talk to his wife as well. He indicated at this time he was aware he was missing a few assignments for the course and stated he would turn them in.

I talked the student about his options of withdrawing and entering the new curriculum. I encourage the student to reach out to his adviser as well. Entering the new curriculum with add approximately one year to his schooling. We talked about if he continued in the course and was not successful on the final practical or plan of care that he would receive an F in fail the course. One F at the University would mean that he would be dismissed and if he chose to, he could go through the appeals process. The student decided to stay on the course.

The day prior to our final exam I received a phone call from the student. He was having a medical issue and did not believe he be able to take the Practical on the next day. He saw his medical doctor and a specialist. He had a doctor's note to verify that he was under their care. I did reach out to him to check on him, and he was grateful for the extension of the practical.

I met with a student in person the following week to discuss but upcoming practical and answer any questions he had.

Student took his final practical with the retake students. After his practical, he wanted to know his score as he told myself and his grader that if he did not pass, there was no reason to write the plan of care because he would fail the course. The grader added up the Practical score, and it was not a passing score. The grader gave objective feedback to the student based on his performance.

The student declined to write the plan of care and became emotionally upset. He kept repeating "I did everything I could" -

The student was visibly upset and very emotional. He became slightly argumentative about the feedback he received from his practical.

Student gathered his belongings and I escorted him to Dr. Gray's office.

USA/Nguyen 001097