UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LUKE NGUYEN,

     Plaintiff,

v.                             Case No.: 3:21-cv-00173-MMH-MCR

UNIVERSITY OF ST. AUGUSTINE
FOR HEALTH SCIENCES, LLC,

     Defendant.

_____/

## DECLARATION OF LINDSAY PERRY

I, Lindsay Perry, pursuant to the provisions of 28 U.S.C. § 1746, hereby declare as follows:

1.     I am over the age of eighteen.  The facts stated in this Declaration are true of my personal knowledge and I could and would competently testify thereto if called upon to do so.

2.     I am currently employed by the University of St. Augustine for Health Sciences ("USA") as an Assistant Professor.

3.     In January 2019, I served as the Chair of USA's Academic Appeals Committee ("AAC").

4.     The AAC is committee of USA faculty members.  In January 2019, the AAC consisted of the following members:  me, Bonnie Rogulj, Matt Daugherty, Amy Herrington, Eric Sarrett, and Jennifer Crowder.

5.     I attended the January 10, 2019 meeting in which the AAC heard Luke Nguyen's ("Nguyen") appeal of his dismissal from USA's Flex DPT Program for earning an "F" in PHT5113C 001 Musculoskeletal II - Mock Clinic.

6.     Attached hereto as **Exhibit A** is a true and correct copy of the Meeting Minutes from the January 10, 2019 AAC Meeting ("Minutes").  The Minutes are a true and correct representation of what occurred at the January 10th AAC meeting.

7.     During the AAC meeting, Nguyen stated that upon being unsuccessful on his Mock Clinic final practical exam he chose not to complete the plan of care due to not having enough points to pass the course.

8.     The AAC discussed and reviewed Nguyen's academic progress and unanimously determined he was not performing up to USA's standards.  The decision was made after discussion and careful consideration and was based on a number of academic and professional concerns.

9.     Attached hereto as **Exhibit B** is a true and correct copy of the email communication I sent to Flex DPT Program Director, Dr. Debra Gray, on January 12, 2019.  Upon review of Exhibit B, I determined there were scrivener's errors related to the dates in my January 12, 2019 letter Dr. Gray.  Specifically,

- the letter is dated January 12, 2018 and should be dated January 12, 2019;

- the letter states that the AAC met on January 10, 2018.  The AAC met on January 10, 2019;

- the letter states that Nguyen received an F in Fall 2019, the letter should state Nguyen received an F in Fall 2018.

10.     The AAC voted unanimously to recommend to Dr. Gray that Nguyen's dismissal from USA's Flex DPT Program be upheld.

11.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed on August  9  , 2022 in St. John's County, Florida.




_____
_Lindsay Perry_
LINDSAY PERRY

# Exhibit A

# UNIVERSITY OF ST. AUGUSTINE
## FOR HEALTH SCIENCES

**ACADEMIC APPEALS COMMITTEE MEETING**
**Thursday, January 10, 2019**

Committee:      Dr. L. Perry, Chair                    Dr. A. Herrington (via Zoom)
                Dr. J. Crowder (via Zoom)              Dr. B. Rogulj
                Dr. M. Daugherty                       Mr. E. Sarret

Luke Nguyen, Flex DPT student, was dismissed from the University for earning a failing grade of F in PHT5113C 001 Musculoskeletal II - Mock Clinic.

By telephone, Dr. Perry explained to Mr. Nguyen that the purpose of the meeting was for the committee to analyze all aspects of his situation to arrive at the best determination for both him and the University. Dr. Perry further explained that his transcripts and grades are also reviewed during this process. All factors are considered and following a discussion with him, the committee comes up with a recommendation to the program director. She asked Mr. Nguyen to briefly explain what happened as far as his poor performance and what his plan is to make sure it doesn't happen again.

Mr. Nguyen admitted that he did not do well on his mock clinical mid-term practical. He said that due to running out of time and only reaching step 7 of 18 he did not gather all the needed data to complete his practical. He was under the impression he was not allowed to ask the mock patient for the data or speak to the faculty with questions to clarify. He admitted to having misconceptions relative to execution of the exam for the course.  He reported he discussed the practical exam with classmates when he told them he was being "thrown out" of the program and that is how he discovered he misunderstood about gathering the data for the completion of the exam.

Dr. Perry asked Mr. Nguyen to provide additional details related to his appeal from the course instructor concerning his grade. Mr. Nguyen quoted the student handbook saying the stated process is to first speak with the course instructor to appeal the grade. He said he also went to Dr. Gray, the program director, with his appeal and is waiting for her response.

Mr. Nguyen shared that his anti-anxiety medication has tripled while taking this course and reported this has helped him.

Dr. Crowder asked what Mr. Nguyen will do better next time to avoid experiencing a similar situation. He said after his mid-term he implemented a lot of time management strategies for each class so he is not ground in a single subject. Addressing his mental health, he will work closely with his mental health advisor regularly. Mr. Nguyen also stated that he will utilize tutors to help him with his studies if he is allowed to return to the program.

Dr. Rogulj questioned Mr. Nguyen relative to his discussions with classmates during practical examinations, pointing out that is a violation of academic integrity. He admitted to speaking with his classmates about the midterm and he learned from it and will not repeat that behavior if he returns. He added that he has quit his job which will provide more time for him to complete his studies and be successful in completion of the NPTE exam.

Dr. Perry explained to Mr. Nguyen that the committee will send their recommendation to Dr. Gray who will contact him with her final decision within the next few days. Mr. Nguyen was advised to resume his schedule if he does not hear prior to Monday when classes begin.

The committee recommendation was to uphold the dismissal based on the following reasons:
- Concerns based on display of decreased self-awareness, professional integrity, and academic integrity based on behaviors related to this dismissal.
- Downward trend in academic performance from term to term demonstrating a pattern of being provided with information and advice but not being actionable to make meaningful change in performance

- Concern for emotional dysregulation as reported in the academic appeal report of argumentative behavior, thus demonstrating unprofessionalism
- Lack of immediate accepting of responsibility of his own performance leading to dismissal, rather described factors that contributed to the experience.
- Lack of seeking clarification when misunderstanding directions, thus making decisions on assumptions, thus demonstrating lack of proactive and resourceful behaviors.

1 University Boulevard  -  St. Augustine, FL 32086-5783 - (904) 826-0084 - FAX (904) 826-0085 - Website: *www.usa.edu*

# Exhibit B

---

**From:** Lindsay Perry
**Sent:** Saturday, January 12, 2019 10:06 PM
**To:** Debra Gray
**Subject:** Appeal for Mr. Ngyuen
**Attachments:** Appeal Letter Nguyen Spring 2019.docx; Nguyen, Luke 103891.pdf

Hi Dr. Gray,
Please find the recommendation for dismissal for Mr. Ngyuen and his appeal packet.
Please let me know if you need anything else.
Thanks,
Lindsay

*Lindsay A. Perry, PT, DPT, NCS*
**Assistant Professor**
**Board Certified Specialist in Neurological Rehabilitation**

**Office: 904-770-3613**
*Fax: 904-827-0069*
*Email: lperry@usa.edu*



*1 University Blvd.*
*St. Augustine, FL 32086*
*Website: www.usa.edu*

USA/Nguyen 001114

January 12, 2018

Dr. Debra Gray
Doctor of Physical Therapy Flexible Program

Re: Luke Ngyuen

Dear Dr. Gray

The Academic Appeals Committee met January 10, 2018 to discuss the appeal by Mr. Ngyuen, an entry level Flexible DPT program student, who was dismissed from the University for academic reasons. The committee has reviewed the academic file, reviewed academic appeal from the course for which he was unsuccessful, reviewed his appeal letter and met with Mr. Ngyuen vis a phone call.

In Fall 2019 Mr. Ngyuen received an F in the following courses:
- **PHT 5 133 C 001**

Mr. Ngyuen was provided opportunity to appeal his case before the appeals committee. In doing so he reported several points related to this dismissal, one being that he is still awaiting to hear from the program director about his appeal for the midterm grade that contributed to his poor academic performance. In his explanation of receiving a 29% on the practical examination he reported he ran out of time and due to misunderstanding of his ability to have gathered data needed to be successful with the plan of care he was unable to successfully complete the exam. Upon being unsuccessful of his final practical exam he chose not to complete the plan of care due to not having enough points to pass the course. Throughout his explanation he reported he spoke with classmates about his dismissal from the program for receiving an F and when asked why discussed his experience with the practical exam. Mr. Ngyuen was asked by the committee about his knowledge regarding academic integrity and if he knew the policy that there is to be no discussion of practical examinations with other students, and he says yes. He admitted he was wrong to have done this and took responsibility for his actions. When asked why he perceived he was unable to finish his exam he reported lack of time management. He also stated he was beginning to implement new strategies, but it was too late. Lastly Mr. Ngyuen mentioned anxiety being a factor in contributing to his poor performance. He reported seeking accommodations from Ryan Davis but was informed he would not be allowed to have them on practicals due to needing to replicate real-life experiences.

Discussion amongst the committee included the review of his academic record, the appeal forms from the faculty, his appeal letter and his verbal statements. After careful consideration, the committee voted **6 for dismissal from the Flexible DPT program:**
- Concerns based on display of decreased self-awareness, professional integrity, and academic integrity based on behaviors related to this dismissal.
- Downward trend in academic performance from term to term demonstrating a pattern of being provided with information and advice but not being actionable to make meaningful change in performance
- Concern for emotional dysregulation as reported in the academic appeal report of argumentative behavior, thus demonstrating unprofessionalism

- Lack of immediate accepting of responsibility of his own performance leading to dismissal, rather described factors that contributed to the experience.
- Lack of seeking clarification when misunderstanding directions, thus making decisions on assumptions, thus demonstrating lack of proactive and resourceful behaviors.

Respectfully,

Lindsay Perry- Chair Academic Appeals Committee

Bonnie Rogulj- Committee Member
Matt Daugherty- Committee Member
Amy Herrington – Committee Member
Eric Sarrett – Committee Member
Jennifer Crowder- Committee Member

| | |
|---|---|
| **From:** | Registrar_Forwarder |
| **To:** | Lindsay Perry; Brooke Nelson |
| **Subject:** | FW: Dismissal Appeal Correspondence |
| **Date:** | Thursday, January 3, 2019 8:10:27 AM |

---

**From:** Luke Nguyen
**Sent:** Wednesday, January 2, 2019 11:58 PM
**To:** Registrar_Forwarder <registrar@usa.edu>
**Subject:** Dismissal Appeal Correspondence

To the Registrar and whom it may concern,

On December 21st, 2018, I was sent a notice of dismissal from the University of Saint Augustine based on my final grade obtained in PHT 5133 C001 from the fall semester of 2018. As directed by that e-mail and under the USA Student Handbook, I am formally writing for a request of appeal of this decision.

As of December 26th, I am awaiting pending consideration of an appeal for the class' midterm and allowance to complete the remainder of its curriculum due to miscommunication about the scope of the testing environment that put me in a unique disadvantage: where I was only given one opportunity to demonstrate my fitness as a physical therapist in terms of patient evaluation and clinical decision making.

Regardless of outcome, I could have passed the final practical on the first try which is representative of working in the profession. By reaching out to my professors, advisor, and peers, streamlining my time management skills to better suit my learning style, I have improved significantly through the term and acquisition of new opportunities to succeed, these strategies were implemented too late in the semester to meet the expectations of the University of Saint Augustine.

If given the opportunity to return to the program, I plan to utilize these newly learned skills. My family and friends have also made concessions to allow me to prioritize more towards the completion of this program. I also intend to use more university resources such as tutoring since I live within driving distance of the campus. In addition, I have already put a plan into place to maintain my mental health with new coping strategies, counseling, and medication (last term my anti-anxiety medication dose was being modified and was ultimately tripled on December compared to the beginning of the term). I have been in communication with the Student Disability Services Manager Ryan Davis to coordinate with my psychiatrist for appropriate testing accommodations while still being accountable to the University highest standards.

I hope that that in writing this letter that I be given another opportunity to show my growth as a professional physical therapist to reflect the University of Saint Augustine's commitment to clinical excellence. I look forward to your response and presentation of my case before the academic appeal committee.

Respectfully,
Luke Nguyen, SPT
University of Saint Augustine, Flex DPT Program

Sent from Mail for Windows 10

USA/Nguyen 001118

**University of St. Augustine for Health Sciences**

**ID** : 103891

**Name** : Luke  Nguyen

**Address** :

Print Date:  1/8/2019

*First Professional Division*
  *Advisors* : Debra Lynn Gray

| Course Number | Title | CR Type | Gra Rpt | Att | Ernd | HGpa | Q.Pts | GPA |
|---|---|---|---|---|---|---|---|---|
| **2015-2016 Academic Year : Pre Summer Start-Spring** | | | | | | | | |
| NSO 5000 | New Student Orientation | PF NG | | 0.00 | 0.00 | 0.00 | 0.00 | |
| | | Term Totals : | | 0.00 | 0.00 | 0.00 | 0.00 | 0.0000 |
| | | Career Totals : | | 0.00 | 0.00 | 0.00 | 0.00 | 0.0000 |
| **2015-2016 Academic Year : Summer** | | | | | | | | |
| HSC 5003 | Critical Thinking I | LT | A | 1.00 | 1.00 | 1.00 | 4.00 | |
| HSC 5010 | Scientific Inquiry | LT | B+ | 1.00 | 1.00 | 1.00 | 3.50 | |
| HSC 5100C | Applied Human Anatomy | LT | C+ | 4.00 | 4.00 | 4.00 | 10.00 | |
| HSC 5213C | Skills and Procedures | LT | B | 4.00 | 4.00 | 4.00 | 12.00 | |
| HSC 5741C | Applied Medical Physiology | LT | B+ | 4.00 | 4.00 | 4.00 | 14.00 | |
| PHT 5006C | Massage and Soft Tissue P | LT | B | 1.00 | 1.00 | 1.00 | 3.00 | |
| PHT 5802 | Physical Therapist Practice | LT | A | 2.00 | 2.00 | 2.00 | 8.00 | |
| | | Term Totals : | | 17.00 | 17.00 | 17.00 | 54.50 | 3.2058 |
| | | Career Totals : | | 17.00 | 17.00 | 17.00 | 54.50 | 3.2058 |
| **2016-2017 Academic Year : Fall** | | | | | | | | |
| HSC 5122C | Biomechanics | LT | W | 0.00 | 0.00 | 0.00 | 0.00 | |
| HSC 5416 | General Pathology | LT | W | 0.00 | 0.00 | 0.00 | 0.00 | |
| HSC 5700 | Wellness and Prevention in | LT | W | 0.00 | 0.00 | 0.00 | 0.00 | |
| PHT 5132C | Musculoskeletal I:  Orthopa | LT | W | 0.00 | 0.00 | 0.00 | 0.00 | |
| PHT 5225C | Physical Modalities/Integum | LT | W | 0.00 | 0.00 | 0.00 | 0.00 | |
| PHT 5234C | General Therapeutic Exerci | LT | W | 0.00 | 0.00 | 0.00 | 0.00 | |
| | | Term Totals : | | 0.00 | 0.00 | 0.00 | 0.00 | 0.0000 |
| | | Career Totals : | | 17.00 | 17.00 | 17.00 | 54.50 | 3.2058 |

*First Professional Division*
  *Advisors* : Debra Lynn Gray

| Course Number | Title | CR Type | Gra Rpt | Att | Ernd | HGpa | Q.Pts | GPA |
|---|---|---|---|---|---|---|---|---|
| **2016-2017 Academic Year : Spring** | | | | | | | | |
| HSC 5700 | Wellness and Prevention in | LT | B+ R | 3.00 | 3.00 | 3.00 | 10.50 | |
| HSC 5800 | Gerontology | LT | A | 3.00 | 3.00 | 3.00 | 12.00 | |
| | | Term Totals : | | 6.00 | 6.00 | 6.00 | 22.50 | 3.7500 |
| | | Career Totals : | | 23.00 | 23.00 | 23.00 | 77.00 | 3.3478 |
| **2016-2017 Academic Year : Summer** | | | | | | | | |
| HSC 5122C | Biomechanics | LT | B+ R | 4.00 | 4.00 | 4.00 | 14.00 | |
| HSC 5416 | General Pathology | LT | A R | 3.00 | 3.00 | 3.00 | 12.00 | |
| PHT 5405 | Psychosocial & Ethical Aspt | LT | A | 3.00 | 3.00 | 3.00 | 12.00 | |
| | | Term Totals : | | 10.00 | 10.00 | 10.00 | 38.00 | 3.8000 |
| | | Career Totals : | | 33.00 | 33.00 | 33.00 | 115.00 | 3.4848 |
| **2017-2018 Academic Year : Fall** | | | | | | | | |
| HSC 5151C | Clinical Neurosciences | LT | C | 5.00 | 5.00 | 5.00 | 10.00 | |
| PHT 5225C | Physical Modalities/Integum | LT | B R | 4.00 | 4.00 | 4.00 | 12.00 | |
| | | Term Totals : | | 9.00 | 9.00 | 9.00 | 22.00 | 2.4444 |
| | | Career Totals : | | 42.00 | 42.00 | 42.00 | 137.00 | 3.2619 |
| **2017-2018 Academic Year : Spring** | | | | | | | | |
| PHT 5132C | Musculoskeletal I:  Orthopa | LT | C+ R | 4.00 | 4.00 | 4.00 | 10.00 | |
| PHT 5234C | General Therapeutic Exerci | LT | C R | 4.00 | 4.00 | 4.00 | 8.00 | |
| | | Term Totals : | | 8.00 | 8.00 | 8.00 | 18.00 | 2.2500 |
| | | Career Totals : | | 50.00 | 50.00 | 50.00 | 155.00 | 3.1000 |

USA/Nguyen 001119

**University of St. Augustine for Health Sciences**

**ID :** 103891
**Name :** Luke  Nguyen
**Address :** █████████████

Print Date: 1/8/2019

*First Professional Division*

*Advisors :* Debra Lynn Gray

| Course Number | Title | CR Type | Gra Rpt | Att | Ernd | HGpa | Q.Pts | GPA |
|---|---|---|---|---|---|---|---|---|
| **2017-2018 Academic Year : Summer** | | | | | | | | |
| HSC 5142 | Child Development | LT | A | 3.00 | 3.00 | 3.00 | 12.00 | |
| PHT 5143C | Neuromuscular I:  Concepts | LT | B | 3.00 | 3.00 | 3.00 | 9.00 | |
| PHT 5236C | Therapeutic Exercise II | LT | C+ | 3.00 | 3.00 | 3.00 | 7.50 | |
| PHT 5805 | Physical Therapist Practice | LT | B+ | 2.00 | 2.00 | 2.00 | 7.00 | |
| | | Term Totals : | | 11.00 | 11.00 | 11.00 | 35.50 | 3.2272 |
| | | Career Totals : | | 61.00 | 61.00 | 61.00 | 190.50 | 3.1229 |
| **2018-2019 Academic Year : Fall** | | | | | | | | |
| HSC 5351 | Pharmacology | LT | A | 2.00 | 2.00 | 2.00 | 8.00 | |
| PHT 5133C | Musculoskeletal II:  Mock C | LT | F | 3.00 | 0.00 | 3.00 | 0.00 | |
| PHT 5702C | Prosthetics | LT | A | 1.00 | 1.00 | 1.00 | 4.00 | |
| PHT 5713C | Cardiovascular & Pulmonar | LT | B | 2.00 | 2.00 | 2.00 | 6.00 | |
| | | Term Totals : | | 8.00 | 5.00 | 8.00 | 18.00 | 2.2500 |
| | | Career Totals : | | 69.00 | 66.00 | 69.00 | 208.50 | 3.0217 |
| | | Division Career Totals : | | 69.00 | 66.00 | 69.00 | 208.50 | 3.0217 |

*Degree Information :*
  (1) 'Doctor of PhysicalTherapy'  Date Conferred :
    **Major(s)**
      Physical Therapy
End of Academic Record

USA/Nguyen 001120

| | |
|---|---|
| **From:** | Diane Rondinelli |
| **To:** | Luke Nguyen |
| **Subject:** | Notice of Dismissal |
| **Date:** | Friday, December 21, 2018 1:41:00 PM |
| **Attachments:** | image002.png |

USALOGO

December 21, 2018


Via Email
l.nguyen4@usa.edu

Student:  Nguyen 103891
ID:


Subject: Notice of Dismissal

Dear Nguyen,

The University of St. Augustine for Health Sciences holds every student to high standards. I regret to inform you that your academic performance has not met the requirements for continued progression in the degree program.

As stated in our student handbook, any student who receives two grades of a D in one trimester, an F in any course, or a second D in the program will be dismissed from USAHS. If you do not believe your grade is correct, you may appeal your grade to your instructor.  Please refer to the process in the Student Handbook. Based on your final grade(s) for the following courses, you have been dismissed:

**PHT 5   133 C   001**

If you would like to appeal this decision, please refer to the Student Handbook to learn about the process.  If you choose to appeal, you must email your appeal letter within 2 business days of this dismissal letter (01/03/2019).  All appeal correspondence should be emailed to registrar@usa.edu.  Should you choose to appeal, once I receive your letter and get confirmation from the academic appeal committee, I will email you the date and time of the appeal meeting.   The next scheduled appeal meeting is 01/10/2019.

Sincerely,
Diane Rondinelli – Registrar
registrar@usa.edu
904-826-0084, ext. 1600

cc:      Program Director
         Financial Aid
          Bursar
          Student File
          Student Advisor
SA:  Cynthia Edwards – cedwards1@usa.edu; MI:  Juliet Henry-Pitter – jhenrypitter@usa.edu;

AU:  Kailyn Cannata – kcannata@usa.edu;  SM:  David Schoenherr – dschoenherr@usa.edu
MHA/MHS:  Sherrie Jensen – sjensen@usa.edu;  PP OTD/DPT/EdD: Frank Bennett – fbennett@usa.edu
Nursing:  Rob

USA/Nguyen 001122

# UNIVERSITY OF ST. AUGUSTINE
### FOR HEALTH SCIENCES

## Instructor Academic Appeal Report

**Course:** _PHT5133-001 Mock_   **Instructor:** _Wininski_

**Student Name/ID:** _Luke Nguyen_

**Final Grade:** _F_

**All course grades (please comment on grade weighting if applicable):**

- **Exams** _midterm 79%_
- ~~**Quizzes**~~ _final practical 74% student chose not to write_
- ~~**Practicals**~~ _the plan of care = 0%_
- **Assignments** _65.5% missing multiple assignments_

**Student meetings: (ie did the student meet with you? If so how often, what was the outcome?**

_Met c student after midterm, and three times prior to the final._

_- See attached documents -_

**Professional Behavior Comments:**

**Excused absences(#):** _____ **Unexcused(#):** _____ **Tardiness (#):** _____

**Additional Comments/Concerns/Extenuating Circumstances (sickness, family issue, etc...):**

_Medical Issue delayed 1st attempt at the final practical_

**Please complete this form and send to appeals committee chair and registrar by the Thursday prior to semester break.**

_12/20/2018_

USA/Nguyen 001123

*Luke Nguyen*

After the midterm  feedback was given, I sat and chatted with the student about his performance. He stated that he knew he did not do well on the midterm and has been doing everything in his power to improve his performance. He showed me his organizational items for studying and verbally indicated he had been on campus practicing his techniques.

The student was instructed to calculate his final grade to see if it was mathematically possible to pass the course. The student said he was going to talk to his wife as well. He indicated at this time he was aware he was missing a few assignments for the course and stated he would turn them in.

I talked the student about his options of withdrawing and entering the new curriculum.  I encourage the student to reach out to his adviser as well.  Entering the new curriculum with add approximately one year to his schooling. We talked about if he continued in the course and was not successful on the final practical or plan of care that he would receive an F in fail the course. One F at the University would mean that he would be dismissed and if he chose to, he could go through the appeals process.   The student decided to stay on the course.

The day prior to our final exam I received a phone call from the student. He was having a medical issue and did not believe he be able to take the Practical on the next day. He saw his medical doctor and a specialist. He had a doctor's note to verify that he was under their care. I did reach out to him to check on him, and he was grateful for the extension of the practical.

I met with a student in person the following week to discuss but upcoming practical and answer any questions he had.

Student  took his final practical with the retake students. After his practical, he wanted to know his score as he told myself and his grader that if he did not pass, there was no reason to write the plan of care because he would fail the course. The grader added up the Practical score, and it was not a passing score. The grader gave objective feedback to the student based on his performance.

The student declined to write the plan of care and became emotionally upset. He kept repeating "I did everything I could" -

The student was visibly upset and very emotional. He became slightly argumentative about the feedback he received from his practical.

Student gathered his belongings and I escorted him to Dr. Gray's office.

TO VERIFY AUTHENTICITY THIS DOCUMENT MUST BE VISIBLE FROM BOTH SIDES OF TRANSCRIPT WHEN HELD TOWARD A LIGHT SOURCE

# THE UNIVERSITY OF WEST FLORIDA

OFFICE OF THE REGISTRAR
11000 UNIVERSITY PARKWAY
PENSACOLA, FLORIDA 32514-5750
(850) 474-2244

## ACADEMIC TRANSCRIPT

**Page:** 1

**Record of:** Luke Phuoc Nguyen

*DPT Summer16 main 19*
*RECEIVED OCT 1 - 2015*

**Student Number:** 970031133
**SSN:**
**Date of Birth:**
**Residency:** FL Resident

**Issued To:** OFFICE OF ADMISSION
UNIVERSITY OF ST. AUGUSTINE
ONE UNIVERSITY BLVD
ST. AUGUSTINE, FL 32086

**Date Issued:** 30-SEP-2015
**School Code:** 003955
**Level:** Undergraduate

---

Course Level: Undergraduate

**Current Program**
  Program : Psychology

Degree Awarded Bachelor of Arts (BA) 10-DEC-2005
Primary Degree
  Program : Psychology
  Minor : Social Welfare

| SUBJ | NO. | COURSE TITLE | CRED GRD | PTS R |
|------|-----|--------------|----------|-------|

TRANSFER CREDIT ACCEPTED BY THE INSTITUTION:

200305          University of South Florida

| HSC | 2100 | CONTEM HEALTH SCI* | 3.00 A | |
|-----|------|--------------------|--------|--|

Ehrs:  3.00 GPA-Hrs:  3.00 QPts:  12.00 GPA:  4.00

200405          University of South Florida

| INR | 1015 | WORLD PERSPECTIVE* | 3.00 B | |
|-----|------|--------------------|--------|--|

Ehrs:  3.00 GPA-Hrs:  3.00 QPts:  9.00 GPA:  3.00

200505          University of South Florida

| GLY | 2040 | ORIG: BIG BANG IC* | 3.00 B | |
|-----|------|--------------------|--------|--|

Ehrs:  3.00 GPA-Hrs:  3.00 QPts:  9.00 GPA:  3.00

INSTITUTION CREDIT:

**Fall 2001**

| CCJ | 2002 | SURVEY CRIME & JUST | 3.00 B | 9.00 |
|-----|------|---------------------|--------|------|
| ENC | 1101 | ENGLISH COMP I | 3.00 B+ | 9.90 |
| MAC | 1140 | PRECALCULUS ALGEBRA | 3.00 B+ | 9.90 |
| ZOO | 1010 | GENERAL ZOOLOGY | 4.00 W | 0.00 |
| ZOO | 1010L | GENERAL ZOOLOGY LAB | 0.00 XX | 0.00 |

Ehrs:  9.00 GPA-Hrs:  9.00  QPts:  28.80 GPA:  3.20

**Spring 2002**

| CCJ | 3024 | AMER CRIM JUST SYST | 3.00 B | 9.00 |
|-----|------|---------------------|--------|------|

****************** CONTINUED ON NEXT COLUMN ******************

---

| SUBJ | NO. | COURSE TITLE | CRED GRD | PTS |
|------|-----|--------------|----------|-----|

Institution Information continued:

| ENC | 1102 | ENGLISH COMP II | 3.00 A- | 11.10 |
|-----|------|-----------------|---------|-------|
| MAC | 1114 | TRIGONOMETRY | 2.00 W | 0.00 |
| PHI | 2010 | INTRO TO PHILOSOPHY | 3.00 B+ | 9.90 |
| STA | 2023 | ELEMENTS OF STAT | 3.00 B- | 8.10 |

Ehrs: 12.00 GPA-Hrs: 12.00 QPts:  38.10 GPA:  3.18

**Fall 2002**

| AMH | 2020 | U.S SINCE 1877 | 3.00 A- | 11.10 |
|-----|------|----------------|---------|-------|
| LIT | 2112 | INTRO TO LITERATURE | 3.00 A | 12.00 |
| MAC | 1114 | TRIGONOMETRY | 2.00 A | 8.00 |
| SYG | 2010 | CURRENT SOCIAL PROB | 3.00 B | 9.00 |
| THE | 2000 | THE THEATRE EXPERIEN | 3.00 B | 9.00 |

Ehrs: 14.00 GPA-Hrs: 14.00 QPts:  49.10 GPA:  3.51

**Spring 2003**

| ACG | 2021 | PRINCIPLES FIN'L ACC | 3.00 W | 0.00 |
|-----|------|----------------------|--------|------|
| GEO | 2330 | ENVIR SCIENCE | 3.00 B+ | 9.90 |
| MAC | 2311 | ANLYTC GEOM/CAL I | 4.00 B | 12.00 |
| PSY | 2012 | GENERAL PSYCHOLOGY | 3.00 B | 9.00 |

Ehrs: 10.00 GPA-Hrs: 10.00 QPts:  30.90 GPA:  3.09

**Fall 2003**

| BBC | 1010 | GENERAL BIOLOGY | 3.00 C | 6.00 |
|-----|------|-----------------|--------|------|
| BSC | 1010L | GENERAL BIOLOGY LAB | 1.00 C+ | 2.30 |
| CLP | 3144 | ABNORMAL PSYCHOLOGY | 3.00 A | 12.00 |
| INP | 3004 | INDUSTRIAL PSY | 3.00 B- | 8.10 |
| PCO | 2202 | INTRO TO GEN COUNS | 3.00 C+ | 6.90 |

Ehrs: 13.00 GPA-Hrs: 13.00 QPts:  35.30 GPA:  2.72

**Spring 2004**
COMPLETED 68 COMMUNITY SERVICE HOURS

| DEP | 3103 | CHILD DEVELOPMENT | 3.00 B- | 8.10 |
|-----|------|-------------------|---------|------|
| EXP | 3082 | EXPERIMENTAL PSYCH | 3.00 D | 3.00 |
| EXP | 3082L | EXP PSYCH LAB | 3.00 B+ | 9.90 |

******************** CONTINUED ON PAGE 2 ********************

---

**Ann Dziadon, Registrar**
See reverse for authenticity. The official signature is white and is imposed upon the watermarked paper. Copies are not eligible to return unless otherwise stated.

TRANSCRIPT GUIDE AND ADDITIONAL AUTHENTICITY STATEMENT ON REVERSE

USA/Nguyen 001125

# THE UNIVERSITY OF WEST FLORIDA

OFFICE OF THE REGISTRAR
11000 UNIVERSITY PARKWAY
PENSACOLA, FLORIDA 32514-5750
(850) 474-2244   FICE CODE 003955
www.uwf.edu
## TRANSCRIPT GUIDE

## University Accreditation
For information about the University's institutional-level accreditation status, visit http://uwf.edu/sacscoc.

## Calendar
Prior to Fall 1981, credits at the University of West Florida were awarded on the quarter hour basis. Effective Fall 1981, credit was awarded in semester hours. All of the hours on this transcript have been converted to semester hours.

## Release of Information
This document cannot be released to a third party without the written consent of the student.  This is in accordance with the Family Educational Rights and Privacy Act of 1974.

## Grading Legend
To access the grading legend please visit http://uwf.edu/offices/registrar/grades-and-transcripts/transcripts/uwf-grading-legends/

## Classification of Courses
| | |
|---|---|
| 1000-2000 | Freshman and Sophomore Level |
| 3000-4000 | Junior and Senior Level |
| 5000-6999 | Master's Level |
| 7000-7999 | Specialist Level |
| 8000-8999 | Doctoral Level |

## Repeated Course (R Column)
| | | |
|---|---|---|
| A | Include GPA | Course has been repeated and is excluded from earned hours, but included in GPA calculations |
| E | Exclude GPA | Course has been repeated and is excluded from earned hours and GPA calculations |
| I | Include | Course has been repeated and is included in earned hours and GPA calculations |

## Academic Standing
| | |
|---|---|
| Good Standing | Student has met minimum GPA standards and is not on probation or suspension.* |
| Academic Warning | Applies only to students who have less than 30 sh (GPA hours) with a GPA below 2.0. This is considered a good standing status and the student is not on probation. |
| Academic Probation | Student's GPA is below the minimum standard.* This serves as formal notice that the student may not be making satisfactory progress. |
| Academic Suspension | Student has not achieved the minimum cumulative GPA during the semester of probation and is not eligible to register.* |
| Reinstatement | Student has been reinstated after being away from the University on academic suspension. Students who are reinstated are considered to be on probation, and the rules for probation status apply.* |

*Please access the academic policies at catalog.uwf.edu for specific information and GPA standards.

**TO TEST FOR AUTHENTICITY**: Translucent globe icons *MUST* be visible from both sides when held toward a light source.  The face of this transcript is printed on blue SCRIP-SAFE® paper with the name of the institution appearing in white type over the face of the entire document.

UNIVERSITY OF WEST FLORIDA • UNIVERSITY OF WEST FLORIDA • UNIVERSITY OF WEST FLORIDA • UNIVERSITY OF WEST FLORIDA • UNIVERSITY OF WEST FLORIDA• UNIVERSITY OF WEST FLORIDA • UNIVERSITY OF WEST FLORIDA• UNIVERSITY OF WEST FLORIDA • UNIVERSITY OF WEST FLORIDA • UNIVERSITY

**ADDITIONAL TESTS**: The institutional name and the word COPY appear on alternate rows as a latent image.  When this paper is touched by fresh liquid bleach, an authentic document will stain brown. A black and white or color copy of this document is not an original and should not be accepted as an official institutional document. This document cannot be released to a third party without the written consent of the student. This is in accordance with the Family Educational Rights and Privacy Act of 1974.  If you have any questions about this document, please contact our office.  ALTERATION OF THIS DOCUMENT MAY BE A CRIMINAL OFFENSE!

SCRIP-SAFE® Security Products, Inc. Cincinnati, OH

14259214

USA/Nguyen 001126

# THE UNIVERSITY OF WEST FLORIDA

OFFICE OF THE REGISTRAR
11000 UNIVERSITY PARKWAY
PENSACOLA, FLORIDA 32514-5750
(850) 474-2244

## ACADEMIC TRANSCRIPT

**Page:** 2

**Record of:** Luke Phuoc Nguyen

**Student Number:** 970031133

**SSN:**

**Date of Birth**

**Residency:** FL Resident

**Date Issued:** 30-SEP-2015

**School Code:** 003955

**Level:** Undergraduate

| SUBJ | NO. | COURSE TITLE | CRED | GRD | PTS | R |
|------|-----|--------------|------|-----|-----|---|
| \multicolumn Institution Information continued: | | | | | | |
| PHI | 2603 | ETHICS IN CONTEM SOC | 3.00 | A- | 11.10 | |
| SLS | 1990 | INTRO TO DIVERSITY | 2.00 | A | 8.00 | |
| SLS | 2948 | SERVICE LRNG I | 1.00 | A | 4.00 | |
| | | Ehrs: 15.00 GPA-Hrs: 15.00  QPts: | | | 44.10 GPA: | 2.94 |
| | | | | | | |
| Fall | 2004 | | | | | |
| DEP | 4401 | ADULTHOOD AND AGING | 3.00 | A | 12.00 | |
| EXP | 4404 | PSYCH OF LEARNING | 3.00 | B- | 8.10 | |
| PPE | 4003 | THRY OF PERSONALITY | 3.00 | C+ | 6.90 | |
| PSY | 4820 | HEALTH PSYCHOLOGY | 3.00 | D+ | 3.90 | |
| SOP | 3004 | SOCIAL PSYCHOLOGY | 3.00 | C | 6.00 | |
| | | Ehrs: 15.00 GPA-Hrs: 15.00  QPts: | | | 36.90 GPA: | 2.46 |
| | | | | | | |
| Spring 2005 | | | | | | |
| DEP | 4304 | PSY OF ADOLESCENCE | 3.00 | B | 9.00 | |
| SOW | 3103 | HUM BEHAV/SOCIAL ENV | 3.00 | A | 12.00 | |
| SOW | 3203 | INTRO TO SOCIAL WK | 3.00 | A | 12.00 | |
| SOW | 4700 | DRUG ABUSE | 3.00 | B+ | 9.90 | |
| | | Ehrs: 12.00 GPA-Hrs: 12.00  QPts: | | | 42.90 GPA: | 3.58 |
| | | | | | | |
| Fall | 2005 | | | | | |
| PCO | 4310 | INTERVENT/ADDICTIONS | 3.00 | B- | 8.10 | |
| PEM | 2444 | SHOTOKAN KARATE | 1.00 | S | 0.00 | |
| PSY | 2023 | CAREERS IN PSYCH | 1.00 | S | 0.00 | |
| SOW | 3314 | CASE MANAGEMENT | 3.00 | A | 12.00 | |
| SOW | 3620 | PRACT W/CUL DIV POPU | 3.00 | A | 12.00 | |
| | | Ehrs: 11.00 GPA-Hrs: 9.00  QPts: | | | 32.10 GPA: | 3.57 |

Last Standing: Good Standing

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* TRANSCRIPT TOTALS \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | Earned Hrs | GPA Hrs | Points | GPA |
|--|-----------|---------|--------|-----|
| TOTAL INSTITUTION | 111.00 | 109.00 | 338.20 | 3.10 |
| TOTAL TRANSFER | 9.00 | 9.00 | 30.00 | 3.33 |
| OVERALL | 120.00 | 118.00 | 368.20 | 3.12 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* END OF TRANSCRIPT \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

MCMLXIII

**Ann Dziadon, Registrar**
See reverse for authenticity. The official signature is white and
is imposed upon the image. Document is not eligible to
return unless otherwise stated. USA/Nguyen 001127

# THE UNIVERSITY OF WEST FLORIDA

OFFICE OF THE REGISTRAR
11000 UNIVERSITY PARKWAY
PENSACOLA, FLORIDA 32514-5750
(850) 474-2244   FICE CODE 003955
www.uwf.edu

## TRANSCRIPT GUIDE

**University Accreditation**
For information about the University's institutional-level accreditation status, visit http://uwf.edu/sacscoc.

**Calendar**
Prior to Fall 1981, credits at the University of West Florida were awarded on the quarter hour basis. Effective Fall 1981, credit was awarded in semester hours. All of the hours on this transcript have been converted to semester hours.

**Release of Information**
This document cannot be released to a third party without the written consent of the student.  This is in accordance with the Family Educational Rights and Privacy Act of 1974.

**Grading Legend**
To access the grading legend please visit http://uwf.edu/offices/registrar/grades-and-transcripts/transcripts/uwf-grading-legends/

**Classification of Courses**

| | |
|---|---|
| 1000-2000 | Freshman and Sophomore Level |
| 3000-4000 | Junior and Senior Level |
| 5000-6999 | Master's Level |
| 7000-7999 | Specialist Level |
| 8000-8999 | Doctoral Level |

**Repeated Course (R Column)**

| | | |
|---|---|---|
| A | Include GPA | Course has been repeated and is excluded from earned hours, but included in GPA calculations |
| E | Exclude GPA | Course has been repeated and is excluded from earned hours and GPA calculations |
| i | Include | Course has been repeated and is included in earned hours and GPA calculations |

**Academic Standing**

| | |
|---|---|
| Good Standing | Student has met minimum GPA standards and is not on probation or suspension.* |
| Academic Warning | Applies only to students who have less than 30 sh (GPA hours) with a GPA below 2.0. This is considered a good standing status and the student is not on probation. |
| Academic Probation | Student's GPA is below the minimum standard.* This serves as formal notice that the student may not be making satisfactory progress. |
| Academic Suspension | Student has not achieved the minimum cumulative GPA during the semester of probation and is not eligible to register.* |
| Reinstatement | Student has been reinstated after being away from the University on academic suspension. Students who are reinstated are considered to be on probation, and the rules for probation status apply.* |

*Please access the academic policies at catalog.uwf.edu for specific information and GPA standards.

**TO TEST FOR AUTHENTICITY**: Translucent globe icons *MUST* be visible from both sides when held toward a light source.  The face of this transcript is printed on blue SCRIP-SAFE® paper with the name of the institution appearing in white type over the face of the entire document.

UNIVERSITY OF WEST FLORIDA • UNIVERSITY OF WEST FLORIDA • UNIVERSITY OF WEST FLORIDA • UNIVERSITY OF WEST FLORIDA • UNIVERSITY OF WEST FLORIDA• UNIVERSITY OF WEST FLORIDA• UNIVERSITY OF WEST FLORIDA • UNIVERSITY OF WEST FLORIDA • UNIVERSITY OF WEST FLORIDA • UNIVERSITY

**ADDITIONAL TESTS**: The institutional name and the word COPY appear on alternate rows as a latent image.  When this paper is touched by fresh liquid bleach, an authentic document will stain brown. A black and white or color copy of this document is not an original and should not be accepted as an official institutional document. This document cannot be released to a third party without the written consent of the student. This is in accordance with the Family Educational Rights and Privacy Act of 1974.  If you have any questions about this document, please contact our office. ALTERATION OF THIS DOCUMENT MAY BE A CRIMINAL OFFENSE!

14259214

SCRIP-SAFE® Security Products, Inc. Cincinnati, OH

USA/Nguyen 001128

# USF UNIVERSITY OF SOUTH FLORIDA

Student No: ▮▮▮▮   Date of Birth: ▮▮▮▮   Date Issued: 09/30/2015

Record of: Luke Nguyen

O F F I C I A L

Page. 1

OCT 0 5 2015

Student is currently a Florida Resident

```
***************** Test Scores *****************
      EACT            SATI               CLAST
English  22      Verbal  530      OrgDate   8/01
Math     27      Quan    570      Essay       998
Reading  24      Total  1,100     Math        998
SciReas  22                       Read        998
Total    24                       Write       998
                                  Total     3,992
***********************************************
```

**University of West Florida**
Fall 2001

| | | | CRED | GRD | Q.P.R |
|---|---|---|---|---|---|
| CCJ | 2002 | Survey Crime & Just | 3.00 | B | 9.00 |
| ENC | 1101 | English Comp I | 3.00 | B+ | 9.99 |
| MAC | 1140 | Precalculus Algebra | 3.00 | B+ | 9.99 |
| ZOO | 1010 | General Zoology | 4.00 | W | 0.00 |
| ZOO | 1010L | General Zoology Lab | 0.00 | N | 0.00 |

GPA: 3.22  Ehrs: 9.00  GPAhrs: 9.00   28.98

**University of West Florida**
Spring 2002

| | | | CRED | GRD | Q.P.R |
|---|---|---|---|---|---|
| CCJ | 3024 | Amer Crim Just Syst | 3.00 | B | 9.00 |
| ENC | 1102 | English Comp II | 3.00 | A- | 11.01 |
| MAC | 1114 | Trigonometry | 2.00 | W | 0.00 |
| PHI | 2010 | Intro To Philosophy | 3.00 | B+ | 9.99 |
| STA | 2023 | Elements Of Stat | 3.00 | B- | 8.01 |

GPA: 3.16  Ehrs: 12.00  GPAhrs: 12.00   38.01

***************** CONTINUED ON NEXT COLUMN *****************

**University of West Florida**
Fall 2002

| | | | CRED | GRD | Q.P.R |
|---|---|---|---|---|---|
| AMH | 2020 | U.S. Since 1877 | 3.00 | A- | 11.01 |
| LIT | 2112 | Intro To Literature | 3.00 | A | 12.00 |
| MAC | 1114 | Trigonometry | 2.00 | A | 8.00 |
| SYG | 2010 | Current Social Prob | 3.00 | B | 9.00 |
| THE | 2000 | The Theatre Experien | 3.00 | B | 9.00 |

GPA: 3.50  Ehrs: 14.00  GPAhrs: 14.00   49.01

**University of West Florida**
Spring 2003

| | | | CRED | GRD | Q.P.R |
|---|---|---|---|---|---|
| ACG | 2021 | Principles Fin'L Acc | 3.00 | W | 0.00 |
| GEO | 2330 | Envir Science | 3.00 | B+ | 9.99 |
| MAC | 2311 | Anlytc Geom/Cal I | 4.00 | B | 12.00 |
| PSY | 2012 | General Psychology | 3.00 | B | 9.00 |

GPA: 3.09  Ehrs: 10.00  GPAhrs: 10.00   30.99

Enrolled Non-Degree Seeking
Summer 2003                    05/12/2003 - 08/08/2003
No College Designated
Non-Degree

| | | | CRED | GRD | Q.P.R |
|---|---|---|---|---|---|
| HSC | 2100 | T Contemporary Health Science | 3.00 | A | 12.00 |

GPA: 4.00  Ehrs: 3.00  GPAhrs: 3.00   12.00

***************** CONTINUED ON PAGE 2 *****************

In accordance with the Family Educational Rights and Privacy Act of 1974, information from this transcript may not be released to a third party without written consent of the student.
Explanatory legend and authenticity confirmation information on back.

*Lois Palmer*
Interim University Registrar

This officially sealed and signed transcript is printed on green SCRIP-SAFE® security paper with the signature printed in white. A colored background appears when photocopied. A security statement containing the name of the institution should appear. A BLACK ON WHITE OR A COLOR COPY SHOULD NOT BE ACCEPTED.

USA/Nguyen_001129

# UNIVERSITY OF SOUTH FLORIDA
## TRANSCRIPT LEGEND

I. *Accreditation.*
The USF System is comprised of three separately accredited institutions: USF, USF St. Petersburg, and USF Sarasota-Manatee. The University of South Florida is accredited by the Commission on Colleges of the Southern Association of Colleges and Schools to award degrees at the baccalaureate, master's, specialist and doctoral levels, including the Doctor of Medicine. USF St. Petersburg and USF Sarasota-Manatee are accredited by the Commission on Colleges of the Southern Association of Colleges and Schools to award degrees at the baccalaureate and master's levels. In addition to comprehensive accreditation, many colleges and academic programs are individually accredited by their respective professional associations.

**Campus Locations**

University of South Florida
4202 E. Fowler Ave.
SVC 1034
Tampa, FL 33620
813-974-2000

USF St. Petersburg
140 Seventh Ave. South
Bay 102
St. Petersburg, FL 33701
727-873-4873

USF Sarasota-Manatee
8350 N. Tamiami Trail
Sarasota, FL 34243
941-359-4200

II. *Calendar System.* The University of South Florida has utilized different academic calendars since it was opened on September 26, 1960. USF operated under the traditional semester calendar from Fall Term, 1960 through Summer Term, 1963. A conversion to a trimester calendar was implemented for Fall Term, 1963 and this calendar system was used through Summer Term, 1967. A quarter calendar was instituted for Fall Term, 1967 and this calendar system was used through Summer Term, 1981. Beginning Fall Term, 1981, the University adopted a modified semester calendar which is still in effect.

*Table of Calendar Systems*

| Years | Calendar Type | Credit |
|---|---|---|
| Fall 1960 – Summer 1963 | Semester | Semester |
| Fall 1963 – Summer 1967 | Trimester | Semester |
| Fall 1967 – Summer 1981 | Quarter | Quarter (converted to semester hours) |
| Fall 1981 – Present | Modified Semester | Semester |

ALL CREDIT HOURS ARE POSTED IN SEMESTER EQUIVALENTS (CLEP AWARDED BETWEEN FALL 1967 - SUMMER 1981 HAS NOT BEEN CONVERTED EXCEPT IN THE TOTAL CLEP HOURS.)

III. *Course Number.* Courses are numbered by using the State of Florida Common Course Numbering System for courses taken Fall Quarter, 1978 to present and the University's own department-prefix/number system prior to Fall, 1978. Under both systems, course numbers beginning with 1 or 2 are considered lower division, course numbers beginning with 3 or 4 are considered upper division, and course numbers beginning with 5,6,7,8 or 9 are considered graduate level.

IV. *Grading System.* The University of South Florida uses a four point grading system to measure academic achievement. The assigned grades, performance level, and earned quality points are as follows:

| Grade | Performance Level | Quality Points |
|---|---|---|
| A+ | | 4.00 |
| A | Excellent Performance | 4.00 |
| A- | | 3.67 |
| B+ | | 3.33 |
| B | Good Performance | 3.00 |
| B- | | 2.67 |
| C+ | | 2.33 |
| C | Average Performance | 2.00 |
| C- | | 1.67 |
| D+ | | 1.33 |
| D | Below average, but passing | 1.00 |
| D- | | 0.67 |
| F | Failure | 0.00 |
| IF | Failure, time limit to clear incomplete grade expired | 0.00 |
| X | Incomplete (computed as failure, discontinued Fall 1972) | 0.00 |

The following grades are also used by the University; however, they do not earn quality points and are not used in grade point average calculations.

| Grade | Explanation |
|---|---|
| I | Incomplete |
| IU | Incomplete when time limit has expired, unsatisfactory |
| M | Missing grade/no grade reported by instructor |
| N | Audit (No credit earned) |
| NC | Not counted |
| NG | No grade equivalent |
| S | Satisfactory performance (equates to A+ to C-) |
| U | Unsatisfactory performance (equates to D+ to F) |
| W | Withdrew from course before academic penalty deadline |
| WC | Withdrew from course without academic penalty due to exceptional circumstances |
| Z | Continuing registration |
| - | Waiver (No credit) |

V. Note

| (R) Flag | Explanation |
|---|---|
| E | Repeated—First Attempt—Not computed in GPA |
| I | Repeated—Last Attempt—Computed in GPA |

VI. Official transcripts for students who participated in the M.D. program of the College of Medicine of the University of South Florida should be requested directly from that college.

This transcript format is not used for that program. The following address may be used:

USF Morsani College of Medicine and Pharmacy
12901 Bruce B. Downs Blvd. MDC 32
Tampa, Florida 33612-4799.

TO TEST FOR AUTHENTICITY: Translucent globe icons *MUST* be visible from both sides when held toward a light source. The face of this transcript is printed on green SCRIP-SAFE® paper with the name of the institution appearing in white type over the face of the entire document.

UNIVERSITY OF SOUTH FLORIDA•UNIVERSITY OF SOUTH FLORIDA•UNIVERSITY OF SOUTH FLORIDA• UNIVERSITY OF SOUTH FLORIDA • UNIVERSITY OF SOUTH

ADDITIONAL TESTS: The institutional name and the word VOID appear on alternate rows as a latent image. When this paper is touched by fresh liquid bleach, an authentic document will stain. A black and white or color copy of this document is not an original and should not be accepted as an official institutional document. This document cannot be released to a third party without the written consent of the student. This is in accordance with the Family Educational Rights and Privacy Act of 1974. If you have any questions about this document, please contact our office at (813) 974-2000. ALTERATION OF THIS DOCUMENT MAY BE A CRIMINAL OFFENSE!

13269813          SCRIP-SAFE® Security Products, Inc. Cincinnati, OH

VOID · VOID · VOID · VOID · VOID · VOID · VOID · VOID

**USF UNIVERSITY OF SOUTH FLORIDA**

Student No:

Record of: Luke Nguyen

Date of Birth:

Date Issued: 09/30/2015

O F F I C I A L

Page: 2

---

University of West Florida
Fall 2003

| | CRED | GRD | Q.P. R |
|---|---|---|---|
| BSC 1010 General Biology | 3.00 | C | 6.00 |
| BSC 1010L General Biology Lab | 1.00 | C+ | 2.33 |
| CLP 3144 Abnormal Psychology | 3.00 | A | 12.00 |
| INP 3004 Industrial Psy | 3.00 | B- | 8.01 |
| PCO 2202 Intro To Gen Couns | 3.00 | C+ | 6.99 |

GPA: 2.71  Ehrs. 13.00  GPAhrs: 13.00        35.33

University of West Florida
Spring 2004

| | CRED | GRD | Q.P. R |
|---|---|---|---|
| DEP 3103 Child Development | 3.00 | B- | 8.01 |
| EXP 3082 Experimental Psych | 3.00 | D | 3.00 |
| Completed 68 Community Service Hours | | | |
| EXP 3082L Exp Psych Lab | 3.00 | B+ | 9.99 |
| PHI 2603 Ethics In Contem Soc | 3.00 | A- | 11.01 |
| SLS 1990 Intro To Diversity | 2.00 | A | 8.00 |
| SLS 2948 Service Lrng I | 1.00 | A | 4.00 |

GPA: 2.93  Ehrs: 15.00  GPAhrs: 15.00        44.01

Enrolled Non-Degree Seeking
Summer 2004                                    05/10/2004 - 08/06/2004
No College Designated
Non-Degree

| | CRED | GRD | Q.P. R |
|---|---|---|---|
| INR 1015 T World Perspective | 3.00 | B | 9.00 |

GPA: 3.00  Ehrs: 3.00  GPAhrs: 3.00        9.00

****************** CONTINUED ON NEXT COLUMN ******************

---

University of West Florida
Fall 2004

| | CRED | GRD | Q.P. R |
|---|---|---|---|
| DEP 4401 Adulthood And Aging | 3.00 | A | 12.00 |
| EXP 4404 Psych Of Learning | 3.00 | B- | 8.01 |
| PPE 4003 Thry Of Personality | 3.00 | C+ | 6.99 |
| PSY 4820 Health Psychology | 3.00 | D+ | 3.99 |
| SOP 3004 Social Psychology | 3.00 | C | 6.00 |

GPA: 2.46  Ehrs: 15.00  GPAhrs: 15.00        36.99

University of West Florida
Spring 2005

| | CRED | GRD | Q.P. R |
|---|---|---|---|
| DEP 4304 Psy Of Adolescence | 3.00 | B | 9.00 |
| SOW 3103 Hum Behav/Social Env | 3.00 | A | 12.00 |
| SOW 3203 Intro To Social Wk | 3.00 | A | 12.00 |
| SOW 4700 Drug Abuse | 3.00 | B+ | 9.99 |

GPA: 3.58  Ehrs: 12.00  GPAhrs: 12.00        42.99

Enrolled Non-Degree Seeking
Summer 2005                                    05/16/2005 - 08/12/2005
No College Designated
Non-Degree

| | CRED | GRD | Q.P. R |
|---|---|---|---|
| GLY 2040 T Origins: Big Bang to Ice Age | 3.00 | B | 9.00 |

GPA: 3.00  Ehrs: 3.00  GPAhrs: 3.00        9.00

****************** CONTINUED ON PAGE 3 ******************

---

In accordance with the Family Educational Rights and Privacy Act of 1974, information from this transcript may not be released to a third party without written consent of the student.

Explanatory legend and authenticity confirmation information on back.

*Interim University Registrar*

This officially sealed and signed transcript is printed on green SCRIP-SAFE® security paper with the signature printed in white. A true USA/Nguyen 001131 when photocopied a security statement containing the name of the institution should appear. A BLACK ON WHITE OR A COLOR COPY SHOULD NOT BE ACCEPTED.

# UNIVERSITY OF SOUTH FLORIDA
## TRANSCRIPT LEGEND

I. *Accreditation.*
The USF System is comprised of three separately accredited institutions: USF, USF St. Petersburg, and USF Sarasota-Manatee. The University of South Florida is accredited by the Commission on Colleges of the Southern Association of Colleges and Schools to award degrees at the baccalaureate, master's, specialist and doctoral levels, including the Doctor of Medicine. USF St. Petersburg and USF Sarasota-Manatee are accredited by the Commission on Colleges of the Southern Association of Colleges and Schools to award degrees at the baccalaureate and master's levels. In addition to comprehensive accreditation, many colleges and academic programs are individually accredited by their respective professional associations.

**Campus Locations**

| | |
|---|---|
| University of South Florida | USF St. Petersburg |
| 4202 E. Fowler Ave. | 140 Seventh Ave. South |
| SVC 1034 | Bay 102 |
| Tampa, FL 33620 | St. Petersburg, FL 33701 |
| 813-974-2000 | 727-873-4873 |

USF Sarasota-Manatee
8350 N. Tamiami Trail
Sarasota, FL 34243
941-359-4200

II. *Calendar System.* The University of South Florida has utilized different academic calendars since it was opened on September 26, 1960. USF operated under the traditional semester calendar from Fall Term, 1960 through Summer Term, 1963. A conversion to a trimester calendar was implemented for Fall Term, 1963 and this calendar system was used through Summer Term, 1967. A quarter calendar was instituted for Fall Term, 1967 and this calendar system was used through Summer Term, 1981. Beginning Fall Term, 1981, the University adopted a modified semester calendar which is still in effect.

Table of Calendar Systems

| Years | Calendar Type | Credit |
|---|---|---|
| Fall 1960 – Summer 1963 | Semester | Semester |
| Fall 1963 – Summer 1967 | Trimester | Semester |
| Fall 1967 – Summer 1981 | Quarter | Quarter (converted to semester hours) |
| Fall 1981 – Present | Modified Semester | Semester |

ALL CREDIT HOURS ARE POSTED IN SEMESTER EQUIVALENTS. (CLEP AWARDED BETWEEN FALL 1967 – SUMMER 1981 HAS NOT BEEN CONVERTED EXCEPT IN THE TOTAL CLEP HOURS.)

III. *Course Number.* Courses are numbered by using the State of Florida Common Course Numbering System for courses taken Fall Quarter, 1978 to present and the University's own department-prefix/number system prior to Fall, 1978. Under both systems, course numbers beginning with 1 or 2 are considered lower division; course numbers beginning with 3 or 4 are considered upper division; and course numbers beginning with 5,6,7,8 or 9 are considered graduate level.

IV. *Grading System.* The University of South Florida uses a four point grading system to measure academic achievement. The assigned grades, performance level, and earned quality points are as follows:

| Grade | Performance Level | Quality Points |
|---|---|---|
| A+ | | 4.00 |
| A | Excellent Performance | 4.00 |
| A- | | 3.67 |
| B+ | | 3.33 |
| B | Good Performance | 3.00 |
| B- | | 2.67 |
| C+ | | 2.33 |
| C | Average Performance | 2.00 |
| C- | | 1.67 |
| D+ | | 1.33 |
| D | Below average, but passing | 1.00 |
| D- | | 0.67 |
| F | Failure | 0.00 |
| IF | Failure, time limit to clear incomplete grade expired | 0.00 |
| X | Incomplete (computed as failure, discontinued Fall 1972) | 0.00 |

The following grades are also used by the University; however, they do not earn quality points and are not used in grade point average calculations.

| Grade | Explanation |
|---|---|
| I | Incomplete |
| IU | Incomplete when time limit has expired, unsatisfactory |
| M | Missing grade/no grade reported by instructor |
| N | Audit (No credit earned) |
| NC | Not counted |
| NG | No grade equivalent |
| S | Satisfactory performance (equates to A+ to C-) |
| U | Unsatisfactory performance (equates to D+ to F) |
| W | Withdrew from course before academic penalty deadline |
| WC | Withdrew from course without academic penalty due to exceptional circumstances |
| Z | Continuing registration |
| – | Waiver (No credit) |

V. Note

| (R) Flag | Explanation |
|---|---|
| E | Repeated—First Attempt—Not computed in GPA |
| I | Repeated—Last Attempt—Computed in GPA |

VI. Official transcripts for students who participated in the M.D. program of the College of Medicine of the University of South Florida should be requested directly from that college.

This transcript format is not used for that program. The following address may be used.

USF Morsani College of Medicine and Pharmacy
12901 Bruce B. Downs Blvd. MDC 32
Tampa, Florida 33612-4799

TO TEST FOR AUTHENTICITY: Translucent globe icons MUST be visible from both sides when held toward a light source. The face of this transcript is printed on green SCRIP-SAFE® paper with the name of the institution appearing in white type over the face of the entire document.

UNIVERSITY OF SOUTH FLORIDA•UNIVERSITY OF SOUTH FLORIDA•UNIVERSITY OF SOUTH FLORIDA• UNIVERSITY OF SOUTH FLORIDA • UNIVERSITY OF SOUTH

ADDITIONAL TESTS: The institutional name and the word VOID appear on alternate rows as a latent image. When this paper is touched by fresh liquid bleach, an authentic document will stain. A black and white or color copy of this document is not an original and should not be accepted as an official institutional document. This document cannot be released to a third party without the written consent of the student. This is in accordance with the Family Educational Rights and Privacy Act of 1974. If you have any questions about this document, please contact our office at (813) 974-2000. ALTERATION OF THIS DOCUMENT MAY BE A CRIMINAL OFFENSE!

13269813          SCRIP-SAFE® Security Products, Inc. Cincinnati, OH



Student No: ▮▮▮▮▮▮

Record of: Luke Nguyen

Date of Birth: ▮▮▮▮▮▮

Date Issued: 09/30/2015

O F F I C I A L

Page: 3

University of West Florida
Fall 2005

| | | CRED | GRD | Q.P.R |
|---|---|---|---|---|
| PCO | 4310  Intervent/Addictions | 3.00 | B- | 8.01 |

It Is Unlawful Under Provisions Of Public Law
93-880 To Transmit This Information To Third
Parties Without The Written Consent Of The Student

| | | CRED | GRD | Q.P.R |
|---|---|---|---|---|
| PEM | 2444  Shotokan Karate | 1.00 | NG | 0.00 |
| PSY | 2023  Careers In Psych | 1.00 | NG | 0.00 |
| SOW | 3314  Case Management | 3.00 | A | 12.00 |
| SOW | 3620  Pract W/Cul Div Popu | 3.00 | A | 12.00 |

        GPA: 3.55  Ehrs: 11.00  GPAhrs: 9.00      32.01
Baccalaureate Psychology

Admitted Post Baccalaureate Standing
Spring 2011                          01/10/2011 - 05/06/2011
Arts and Sciences
Pre-Medical Sciences

| | | CRED | GRD | Q.P.R |
|---|---|---|---|---|
| DEP | 2004  T The Life Cycle | 3.00 | A- | 11.01 |
| PHY | 2053  T General Physics I | 3.00 | B | 9.00 |
| PHY | 2053L T General Physics Laboratory I | 1.00 | A | 4.00 |

        GPA: 3.43  Ehrs: 7.00  GPAhrs: 7.00      24.01

Fall 2011                            08/22/2011 - 12/09/2011
Arts and Sciences
Pre-Medical Sciences

| | | CRED | GRD | Q.P.R |
|---|---|---|---|---|
| PHY | 2054  T General Physics II | 3.00 | B- | 8.01 |
| PHY | 2054L T General Physics Laboratory II | 1.00 | A | 4.00 |
| PSY | 2012  T Intro to Psych Science | 3.00 | A | 12.00 |
| STA | 2023  T Introductory Statistics I | 4.00 | B+ | 13.32 |

        GPA: 3.39  Ehrs: 11.00  GPAhrs: 11.00      37.33

******************* CONTINUED ON NEXT COLUMN *******************

Spring 2012                          01/09/2012 - 05/04/2012
Arts and Sciences
Pre-Medical Sciences

| | | CRED | GRD | Q.P.R |
|---|---|---|---|---|
| BSC | 2010  T Bio I - Cellular Processes | 3.00 | C | 6.00 |
| BSC | 2010L T Biology I Cellular Proc Lab | 1.00 | A | 4.00 |
| CHM | 2045  T General Chemistry I | 3.00 | B | 9.00 |
| CHM | 2045L T General Chem I Laboratory | 1.00 | A+ | 4.00 |

        GPA: 2.87  Ehrs: 8.00  GPAhrs: 8.00      23.00

Fall 2012                            08/27/2012 - 12/14/2012
Arts and Sciences
Pre-Medical Sciences

| | | CRED | GRD | Q.P.R |
|---|---|---|---|---|
| BSC | 2085  T Ana & Phy I for Hlth Prof | 3.00 | B | 12.00 |
| BSC | 2085L T Ana & Phys Lab for HlthProf | 1.00 | B | 3.00 |
| CHM | 2046  T General Chemistry II | 3.00 | A | 12.00 |
| CHM | 2046L T General Chem II Laboratory | 1.00 | A | 4.00 |

        GPA: 3.87  Ehrs: 8.00  GPAhrs: 8.00      31.00

Spring 2013                          01/07/2013 - 05/03/2013
Arts and Sciences
Pre-Medical Sciences

| | | CRED | GRD | Q.P.R |
|---|---|---|---|---|
| BSC | 2086  T Anatomy Phy II for Hlth Prof | 3.00 | A | 12.00 |
| BSC | 2086L T Ana & Phys LabII for Hlth Prof | 1.00 | A | 4.00 |
| CHM | 2210  T Organic Chemistry I | 3.00 | B- | 8.01 |

        GPA: 3.43  Ehrs: 7.00  GPAhrs: 7.00      24.01

******************* CONTINUED ON PAGE 4 *******************

In accordance with the Family Educational Rights and Privacy Act of 1974, information from this transcript may not be released to a third party without written consent of the student.
Explanatory legend and authenticity confirmation information on back.

Interim University Registrar

This officially sealed and signed transcript is printed on green SCRIP-SAFE® security paper with the signature printed in white. A true transcript is void when photocopied a security statement containing the name of the institution should appear. A BLACK-ON WHITE OR A COLOR COPY SHOULD NOT BE ACCEPTED.

# UNIVERSITY OF SOUTH FLORIDA
TRANSCRIPT LEGEND

## I. Accreditation

The USF System is comprised of three separately accredited institutions: USF, USF St. Petersburg, and USF Sarasota-Manatee. The University of South Florida is accredited by the Commission on Colleges of the Southern Association of Colleges and Schools to award degrees at the baccalaureate, master's, specialist and doctoral levels, including the Doctor of Medicine. USF St. Petersburg and USF Sarasota-Manatee are accredited by the Commission on Colleges of the Southern Association of Colleges and Schools to award degrees at the baccalaureate and master's levels. In addition to comprehensive accreditation, many colleges and academic programs are individually accredited by their respective professional associations.

## Campus Locations

University of South Florida
4202 E. Fowler Ave.
SVC 1034
Tampa, FL 33620
813-974-2000

USF St. Petersburg
140 Seventh Ave. South
Bay 102
St. Petersburg, FL 33701
727-873-4873

USF Sarasota-Manatee
8350 N. Tamiami Trail
Sarasota, FL 34243
941-359-4200

**II. Calendar System.** The University of South Florida has utilized different academic calendars since it was opened on September 26, 1960. USF operated under the traditional semester calendar from Fall Term, 1960 through Summer Term, 1963. A conversion to a trimester calendar was implemented for Fall Term, 1963 and this calendar system was used through Summer Term, 1967. A quarter calendar was instituted for Fall Term, 1967 and this calendar system was used through Summer Term, 1981. Beginning Fall Term, 1981, the University adopted a modified semester calendar which is still in effect.

Table of Calendar Systems

| Years | Calendar Type | Credit |
|---|---|---|
| Fall 1960 – Summer 1963 | Semester | Semester |
| Fall 1963 – Summer 1967 | Trimester | Semester |
| Fall 1967 – Summer 1981 | Quarter | Quarter (converted to semester hours) |
| Fall 1981 – Present | Modified Semester | Semester |

ALL CREDIT HOURS ARE POSTED IN SEMESTER EQUIVALENTS. (CLEP AWARDED BETWEEN FALL 1967 - SUMMER 1981 HAS NOT BEEN CONVERTED EXCEPT IN THE TOTAL CLEP HOURS.)

**III.** Course Number. Courses are numbered by using the State of Florida Common Course Numbering System for courses taken Fall Quarter, 1978 to present and the University's own department-prefix/number system prior to Fall, 1978. Under both systems, course numbers beginning with 1 or 2 are considered lower division, course numbers beginning with 3 or 4 are considered upper division, and course numbers beginning with 5,6,7,8 or 9 are considered graduate level.

**IV.** Grading System. The University of South Florida uses a four point grading system to measure academic achievement. The assigned grades, performance level, and earned quality points are as follows.

| Grade | Performance Level | Quality Points |
|---|---|---|
| A+ | | 4.00 |
| A | Excellent Performance | 4.00 |
| A- | | 3.67 |
| B+ | | 3.33 |
| B | Good Performance | 3.00 |
| B- | | 2.67 |
| C+ | | 2.33 |
| C | Average Performance | 2.00 |
| C- | | 1.67 |
| D+ | | 1.33 |
| D | Below average, but passing | 1.00 |
| D- | | 0.67 |
| F | Failure | 0.00 |
| IF | Failure, time limit to clear incomplete grade expired | 0.00 |
| X | Incomplete (computed as failure, discontinued Fall 1972) | 0.00 |

The following grades are also used by the University; however, they do not earn quality points and are not used in grade point average calculations.

| Grade | Explanation |
|---|---|
| I | Incomplete |
| IU | Incomplete when time limit has expired, unsatisfactory |
| M | Missing grade/no grade reported by instructor |
| N | Audit (No credit earned) |
| NC | Not counted |
| NG | No grade equivalent |
| S | Satisfactory performance (equates to A+ to C-) |
| U | Unsatisfactory performance (equates to D+ to F) |
| W | Withdrew from course before academic penalty deadline |
| WC | Withdrew from course without academic penalty due to exceptional circumstances |
| Z | Continuing registration |
| - | Waiver (No credit) |

**V.** Note

| (R) Flag | Explanation |
|---|---|
| E | Repeated—First Attempt—Not computed in GPA |
| I | Repeated—Last Attempt—Computed in GPA |

**VI.** Official transcripts for students who participated in the M.D. program of the College of Medicine of the University of South Florida should be requested directly from that college.

This transcript format is not used for that program. The following address may be used:

USF Morsani College of Medicine and Pharmacy
12901 Bruce B. Downs Blvd. MDC 32
Tampa, Florida 33612-4799

**TO TEST FOR AUTHENTICITY:** Translucent globe icons MUST be visible from both sides when held toward a light source. The face of this transcript is printed on green SCRIP-SAFE® paper with the name of the institution appearing in white type over the face of the entire document.

UNIVERSITY OF SOUTH FLORIDA•UNIVERSITY OF SOUTH FLORIDA•UNIVERSITY OF SOUTH FLORIDA• UNIVERSITY OF SOUTH FLORIDA • UNIVERSITY OF SOUTH

**ADDITIONAL TESTS:** The institutional name and the word VOID appear on alternate rows as a latent image. When this paper is touched by fresh liquid bleach, an authentic document will stain. A black and white or color copy of this document is not an original and should not be accepted as an official institutional document. This document cannot be released to a third party without the written consent of the student. This is in accordance with the Family Educational Rights and Privacy Act of 1974. If you have any questions about this document, please contact our office at (813) 974-2000. ALTERATION OF THIS DOCUMENT MAY BE A CRIMINAL OFFENSE!

13269813           SCRIP-SAFE® Security Products, Inc. Cincinnati, OH

**USF** SOUTH FLORIDA

Student No: ▮▮▮▮▮▮   Date of Birth: ▮▮▮▮▮▮

Record of: Luke Nguyen

Date Issued: 09/30/2015

O F F I C I A L

Page: 4

---

Spring 2014
Arts and Sciences
Pre-Medical Sciences

01/06/2014 - 05/02/2014

|  |  |  | CRED | GRD | Q.P. | R |
|---|---|---|---|---|---|---|
| BSC | 2011 | T Bio II - Biological Diversity | 3.00 | B+ | 9.99 | |
| BSC | 2011L | T Biology II Diversity Lab | 1.00 | A | 4.00 | |
| HSC | 4537 | T Medical Terminology | 3.00 | A | 12.00 | |

GPA: 3.71   Ehrs:   7.00   GPAhrs:   7.00   25.99

Spring 2015
Arts and Sciences
Pre-Medical Sciences

01/05/2015 - 05/01/2015

|  |  |  | CRED | GRD | Q.P. | R |
|---|---|---|---|---|---|---|
| SPC | 2608 | T Public Speaking | 3.00 | A- | 11.01 | |

GPA: 3.67   Ehrs:   3.00   GPAhrs:   3.00   11.01

```
*********************** TRANSCRIPT TOTALS ***********************
                  Earned Hrs   GPA Hrs    Points      GPA
TOTAL SYSTEM        60.00       60.00     206.35      3.43

TOTAL TRANSFER     111.00      109.00     338.32      3.10

OVERALL            171.00      169.00     544.67      3.22
***********************  END OF TRANSCRIPT ***********************
```

In accordance with the Family Educational Rights and Privacy Act of 1974, information from this transcript may not be released to a third party without written consent of the student.

Explanatory legend and authenticity confirmation information on back.

*Lois Palmer*

Interim University Registrar

This officially sealed and signed transcript is printed on green SCRIP-SAFE® security paper with the signature printed in white. A raised seal is present when photocopied a security statement containing the name of the institution should appear. A BLACK ON WHITE OR A COLOR COPY SHOULD NOT BE ACCEPTED.

USA/Nguyen 001135

### I. Accreditation:

The USF System is comprised of three separately accredited institutions: USF, USF St. Petersburg, and USF Sarasota-Manatee. The University of South Florida is accredited by the Commission on Colleges of the Southern Association of Colleges and Schools to award degrees at the baccalaureate, master's, specialist and doctoral levels, including the Doctor of Medicine. USF St. Petersburg and USF Sarasota-Manatee are accredited by the Commission on Colleges of the Southern Association of Colleges and Schools to award degrees at the baccalaureate and master's levels. In addition to comprehensive accreditation, many colleges and academic programs are individually accredited by their respective professional associations.

### Campus Locations

| | |
|---|---|
| University of South Florida | USF St. Petersburg |
| 4202 E. Fowler Ave. | 140 Seventh Ave. South |
| SVC 1034 | Bay 102 |
| Tampa, FL 33620 | St. Petersburg, FL 33701 |
| 813-974-2000 | 727-873-4873 |

USF Sarasota-Manatee
8350 N. Tamiami Trail
Sarasota, FL 34243
941-359-4200

### II. Calendar System:

The University of South Florida has utilized different academic calendars since it was opened on September 26, 1960. USF operated under the traditional semester calendar from Fall Term, 1960 through Summer Term, 1963. A conversion to a trimester calendar was implemented for Fall Term, 1963 and this calendar system was used through Summer Term, 1967. A quarter calendar was instituted for Fall Term, 1967 and this calendar system was used through Summer Term, 1981. Beginning Fall Term, 1981, the University adopted a modified semester calendar which is still in effect.

#### Table of Calendar Systems

| Years | Calendar Type | Credit |
|---|---|---|
| Fall 1960 - Summer 1963 | Semester | Semester |
| Fall 1963 - Summer 1967 | Trimester | Semester |
| Fall 1967 - Summer 1981 | Quarter | Quarter (converted to semester hours) |
| Fall 1981 - Present | Modified Semester | Semester |

ALL CREDIT HOURS ARE POSTED IN SEMESTER EQUIVALENTS (CLEP AWARDED BETWEEN FALL 1967 - SUMMER 1981 HAS NOT BEEN CONVERTED EXCEPT IN THE TOTAL CLEP HOURS.)

### III. Course Number:

Courses are numbered by using the State of Florida Common Course Numbering System for courses taken Fall Quarter, 1978 to present and the University's own department prefix/number system prior to Fall, 1978. Under both systems, course numbers beginning with 1 or 2 are considered lower division, course numbers beginning with 3 or 4 are considered upper division, and course numbers beginning with 5,6,7,8 or 9 are considered graduate level.

### IV. Grading System:

The University of South Florida uses a four point grading system to measure academic achievement. The assigned grades, performance level, and earned quality points are as follows:

| Grade | Performance Level | Quality Points |
|---|---|---|
| A+ | | 4.00 |
| A | Excellent Performance | 4.00 |
| A- | | 3.67 |
| B+ | | 3.33 |
| B | Good Performance | 3.00 |
| B- | | 2.67 |
| C+ | | 2.33 |
| C | Average Performance | 2.00 |
| C- | | 1.67 |
| D+ | | 1.33 |
| D | Below average, but passing | 1.00 |
| D- | | 0.67 |
| F | Failure | 0.00 |
| IF | Failure; time limit to clear incomplete grade expired | 0.00 |
| X | Incomplete (computed as failure, discontinued Fall 1972) | 0.00 |

The following grades are also used by the University; however, they do not earn quality points and are not used in grade point average calculations.

| Grade | Explanation |
|---|---|
| I | Incomplete |
| IU | Incomplete when time limit has expired, unsatisfactory |
| M | Missing grade/no grade reported by instructor |
| N | Audit (No credit earned) |
| NC | Not counted |
| NG | No grade equivalent |
| S | Satisfactory performance (equates to A+ to C-) |
| U | Unsatisfactory performance (equates to D+ to F) |
| W | Withdrew from course before academic penalty deadline |
| WC | Withdrew from course without academic penalty due to exceptional circumstances |
| Z | Continuing registration |
| - | Waiver (No credit) |

### V. Note

| (R) Flag | Explanation |
|---|---|
| E | Repeated—First Attempt—Not computed in GPA |
| I | Repeated—Last Attempt—Computed in GPA |

### VI.

Official transcripts for students who participated in the M.D. program of the College of Medicine of the University of South Florida should be requested directly from that college.

This transcript format is not used for that program. The following address may be used:

USF Morsani College of Medicine and Pharmacy
12901 Bruce B. Downs Blvd. MDC 32
Tampa, Florida 33612-4799

TO TEST FOR AUTHENTICITY: Translucent globe icons MUST be visible from both sides when held toward a light source. The face of this transcript is printed on green SCRIP-SAFE® paper with the name of the institution appearing in white type over the face of the entire document.

UNIVERSITY OF SOUTH FLORIDA•UNIVERSITY OF SOUTH FLORIDA•UNIVERSITY OF SOUTH FLORIDA • UNIVERSITY OF SOUTH

ADDITIONAL TESTS: The institutional name and the word VOID appear on alternate rows as a latent image. When this paper is touched with fresh liquid bleach, an authentic document will stain. A black and white or color copy of this document is not an original and should not be accepted as an official institutional document. This document cannot be released to a third party without the written consent of the student. This is in accordance with the Family Educational Rights and Privacy Act of 1974. If you have any questions about this document, please contact our office at (813) 974-2000. ALTERATION OF THIS DOCUMENT MAY BE A CRIMINAL OFFENSE!

13269813          SCRIP-SAFE® Security Products, Inc. Cincinnati, OH

NGUYEN, LUKE_GRE SCORES

REF NUMBER: 0067_01_0227_09302015

VERBAL: 154
QUANTITATIVE: 150
WRITTEN: 3.5

ACCUMULATIVE: 304