UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LUKE NGUYEN,

    Plaintiff,

v.   Case No.: 3:21-cv-00173-MMH-MCR

UNIVERSITY OF ST. AUGUSTINE
FOR HEALTH SCIENCES, LLC,

    Defendant.
_____/

## DECLARATION OF LAURA KAUFFMAN

I, Laura Kauffman, pursuant to the provisions of 28 U.S.C. § 1746, hereby declare as follows:

1. I am over the age of eighteen. The facts stated in this Declaration are true of my personal knowledge and I could and would competently testify thereto if called upon to do so.

2. I am currently employed by the University of St. Augustine for Health Sciences ("USA") as Executive Director, Human Resources Operations.

3. Attached hereto as **Exhibit A** is a true and correct copy of the offer letter signed by Ryan Davis ("Davis").

4. Davis was employed by USA as the Manager, Student Affairs and Disability Services from May 16, 2018 through August 2020. In or around August 2020 Davis was promoted to Director of Student Welfare.

5. As Manager, Student Affairs and Disability Services, Davis served all of USA's locations, including USA's St. Augustine campus.

6. Attached hereto as **Exhibit B** is a true and correct copy of the job description for USA's Manager, Student Affairs & Disability Services. This job description correctly and accurately reflects Davis' job duties during the time that he held the position.

Executed on August 9, 2022 in San Diego County, California.

*Laura E Kauffman*

LAURA KAUFFMAN

# Exhibit A

# UNIVERSITY OF ST. AUGUSTINE
## FOR HEALTH SCIENCES

April 9, 2018

Ryan Davis
3961 Los Milagros
Santa Fe, NM 87507

Dear Ryan,

It is my pleasure to confirm our offer to transition to a full-time role as the Manager, Student Affairs and Disability Services for the University of St. Augustine for Health Sciences (USAHS) reporting to Ray Toledo, Interim Director, Student Services. This position is classified as regular, full-time, salaried for wage and hour purposes. Your new annual salary will be $70,000.00, paid semi-monthly. Vacation time will continue to accrue at the rate of 10.00 hours per month.

The transition date of your new role will be effective May 16, 2018.

This position will be based at our Austin, Texas campus and will require frequent travel to our USAHS campuses in the United States. As relocation will be necessary, we are pleased to offer you a one-time lump sum relocation package of $8900.00 (grossed up for tax purposes) which will be administered through our relocation vendor, NEI. Any additional relocation expenses exceeding the approved amounts will be your responsibility. In the event you leave the organization within two years of your effective relocation date, some or all of the expenses incurred by the Company may be subject to repayment. A separate Relocation Agreement will be provided. It is our goal to ensure a successful transition from your current role and we will work with you to establish a mutually agreeable relocation date, targeting on or before June 15, 2018.

Your employment is on an "at will" basis, and is subject to the terms and conditions contained in the Employee Handbook. This offer of employment is not a contract, either express or implied.

If you have any unanswered questions or if there is any way we can assist you further, please do not hesitate to call me at (737) 202-3310. Congratulations on your new position, and we wish you success at the University of St. Augustine for Health Sciences.

Sincerely,

Joy King
Manager, Human Resources

ACKNOWLEDGEMENT AND ACCEPTANCE:

I accept the offer of employment to the University of St. Augustine according to the terms outlined above.

Signature: _Ryan W Davis_

Print Name: Ryan W Davis

Date: 4/10/18

cc:   Raymond Toledo / HR file

USA/Nguyen 001151

# Exhibit B

# UNIVERSITY OF ST. AUGUSTINE
## FOR HEALTH SCIENCES

## Job Description

| | | | |
|---|---|---|---|
| **Title:** | Manager, Student Affairs & Disability Services | **FLSA Status:** | Exempt |
| | | **Job Family:** | Student Services |

**TOP PORTION TO BE COMPLETED BY HUMAN RESOURCES**

### GENERAL SUMMARY
The Manager, Student Affairs and Disability Services provides assistance and motivational support for students in their efforts to develop strong, independent academic skills and positive lifelong learning. The Manager provides support of identifying and delivering appropriate ADA accommodations to those in need and with a focus on academic support in conjunction with faculty, staff, and administrators, supporting a diverse population as it achieves its academic goals by fostering a student-centered environment focused on academic excellence. Reporting into the department head of student services/student affairs, the Manager is responsible for the university's overall student affairs functions and represents the department in interdepartmental committees and working teams.

### ESSENTIAL DUTIES AND RESPONSIBILITIES
Responsible for providing support to all students, both on-campus and online in all programs, to accommodate the growing needs of the college.

**Student Affairs:**
- Represent the Student Affairs function including leading campus-based meetings, and answering questions, handling grievances, and addressing issues regarding campus delivery of services and programs.
- Serve as a Student Conduct Officer for student judicial cases.
- Represent the Student Affairs department on university committees, ad hoc committees, task forces, and special initiatives.
- Serve as a Title IX Deputy/Investigator ensuring compliance with Title IX federal regulations
- Serve as the chair of Intervention Team to address students in crisis through appropriate and individualized intervention.
- Support student retention efforts through facilitating the counseling and withdrawal processes; serve as case manager for student support cases involving family issues, health issues, etc., working in conjunction with student success advisors and faculty advisors.

**Academic Support:**
- Provides helps to prevent students from probation status, to give support to at-risk students, and to decrease the overall number of students in these academic situations - at-risk, probation and academic suspension. The Academic Support Specialist completes administrative duties, such as record keeping, professional assessments, as well as managing and scheduling work study students.

**Disability Services:**
- Manage requests for accommodations at institutional events such as residencies and commencement.
- Attend residencies when needed to provide on-site coordination of accommodations.
- Advise students with disabilities at residencies and follow their crisis issues to resolution.
- Hire service providers and authorize expenditures required to provide appropriate student accommodations at events.
- Coordinate processes related to management of all medical documentation submitted by students to ensure the utmost attention to confidentiality and other legal and ethical considerations. This task includes maintaining appropriate databases and document destruction processes.

*This job description may be revised at any time. Neither the performance of the essential duties and responsibilities in this job description shall create an obligation or expectation by either party that the Associate will continue employment with the Firm, nor will it obligate the Associate to continue such employment. The employment relationship between the Firm and its Associates is, and shall remain, at will.*

*V.1 / 010719*

USA/Nguyen 001152

- Contribute to decision making committees, such as petition hearing committees, when medical documentation is relevant.
- Develop and provide training to faculty, advisors, and others in the university community regarding policies and processes used in Disability Services, as well as the management of medical documentation submitted by students for petitions or any other purpose.
- Prepare communications, responses, and other written materials on behalf of Disability Services.
- Provide general support and assistance relating to students with disabilities.
- Attend and support student functions and events, including assisting with advising SGA; Active participant in strategic planning, budget planning, and innovation efforts for the Department of Student Affairs.
- Day to day job responsibilities require cell phone for frequent response to urgent business at any time of the day or night.

**OTHER DUTIES AND RESPONSIBILITIES**
May perform other duties and responsibilities that management may deem necessary from time to time.

**POSITION IN ORGANIZATION**
**REPORTS TO**:  Executive Director/Director, Student Services
**POSITIONS SUPERVISED:**  Not applicable

**TECHNICAL, MANAGERIAL, and PEOPLE SKILLS REQUIRED**
To perform this job successfully an individual must be able to perform each essential duty satisfactorily.  The requirements listed below are representative of the knowledge, skill, and/or ability required.  Incumbents will be evaluated, in part, based on performance of each essential function.  Reasonable accommodations may be made to enable individuals with disabilities to perform essential functions.

- Knowledge of the Business
- Ability to work independently
- Customer Focus
- Teamwork
- Accountability
- Problem-Solving
- Strong communications skills

**EDUCATION and/or EXPERIENCE**
- Master's Degree required with a minimum of five years of professional experience in student affairs/student life.
- Evidence of strong organizational, communication, and computer skills, specifically MS Office products.
- Familiarity with the operation of developmental education programs preferred.
- Willingness to relocate to USAHS campus is required

**BUSINESS COMPETENCIES**
- **Collaborates -** Building partnerships and working collaboratively with others to meet shared objectives.

- **Being Resilient** - Rebounding from setbacks and adversity when facing difficult situations.

- **Instills Trust -** Gaining the confidence and trust of others through honesty, integrity, and authenticity.

- **Drives Results -** Consistently achieving results, even under tough circumstances.

- **Innovation -** Creating new and better ways for the organization to be successful.

- **Customer Focus -** Building strong customer relationships and delivering customer-centric solutions.

**WORK ENVIRONMENT**
Work is performed primarily in a standard office environment but may involve exposure to moderate noise levels. Work

*This job description may be revised at any time.  Neither the performance of the essential duties and responsibilities in this job description shall create an obligation or expectation by either party that the Associate will continue employment with the Firm, nor will it obligate the Associate to continue such employment.  The employment relationship between the Firm and its Associates is, and shall remain, at will.*

*V.1 / 010719*

2

USA/Nguyen 001153

involves operation of personal computer equipment for six to eight hours daily and includes physical demands associated with a traditional office setting, e.g., walking, standing, communicating, and other physical functions as necessary.

Physical requirements of this position include the following:
- ✓ Does not apply
- ❏ Stooping, crawling
- ❏ Lifting up to 40 lbs
- ❏ Lifting up over 40 lbs
- ❏ TBD
- ❏ TBD
- ❏ TBD
- ❏ TBD
- ❏ TBD
- ❏ TBD
- ❏ TBD

**FINANCIAL CONTROL**
**OPERATING BUDGET OR SALES TARGET**
Select the amount below which best fits this position's financial control.  Financial control can mean 1) The planning for, securing approval of, and authorizing expenditure of a budget, 2) Responsibility for achieving a sales target, either individually or as a manager, or 3) The greater of 1 or 2 if the incumbent is responsible for both a sales target and an operating budget.

- ✓ Does not apply
- ❏ $50,000 to $150,000
- ❏ $150,001 to $500,000
- ❏ $500,001 to $1.5 Million
- ❏ $1.5 Million to $10 Million
- ❏ $10 Million to $50 Million
- ❏ $50 Million to $200 Million
- ❏ $200 Million to $500 Million
- ❏ $500 Million to $1 Billion
- ❏ Over $1 Billion

**APPROVAL LEVEL**
Select the amount below which best fits this position's approval code level and authorized approval amount.

| Approval Code | Amount | Approval Code | Amount |
|---|---|---|---|
| ✓ 0 | $0.00 | ❏ 5 | $10,001 - $25,000 |
| ❏ 1 | $1 - $500 | ❏ 6 | $25,001 - $50,000 |
| ❏ 2 | $501 - $2,500 | ❏ 7 | $50,001 - $250,000 |
| ❏ 3 | $2,501 - $5,000 | ❏ 8 | $250,001 - $1,000,000 |
| ❏ 4 | $5,001 - $10,000 | ❏ 9 | $1,000,001 - $500 Million |

*This job description may be revised at any time.  Neither the performance of the essential duties and responsibilities in this job description shall create an obligation or expectation by either party that the Associate will continue employment with the Firm, nor will it obligate the Associate to continue such employment.  The employment relationship between the Firm and its Associates is, and shall remain, at will.*

*V.1 / 010719*

USA/Nguyen 001154