UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LUKE NGUYEN,

      Plaintiff,

v.                                                 Case No.: 3:21-cv-00173-MMH-MCR

UNIVERSITY OF ST. AUGUSTINE
FOR HEALTH SCIENCES, LLC,

      Defendant.

_____/

**<u>DECLARATION OF DIANE RONDINELLI</u>**

I, Diane Rondinelli, pursuant to the provisions of 28 U.S.C. § 1746, hereby declare as follows:

1.      I am over the age of eighteen.  The facts stated in this Declaration are true of my personal knowledge and I could and would competently testify thereto if called upon to do so.

2.      I am currently employed by the University of St. Augustine for Health Sciences ("USA") as the Registrar.  I have been the Registrar at USA since March 1998.

3.      I reviewed the information contained in Nguyen's student file on the date of this Declaration.

4.      USA no record of Nguyen's transcripts, or student file, being requested by any college or university, including Harvard.

{00409778 1 }

5.      USA no record of Nguyen's transcripts, or student file, being released to any college or university, including Harvard.


Executed on August <u>8</u>, 2022 in St. John's County, Florida.




_____
DIANE RONDINELLI