**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

LUKE NGUYEN,

*Plaintiff,*

v.

UNIVERSITY OF ST. AUGUSTINE FOR HEALTH SCIENCES,

*Defendants.*

Case No. 3:21-cv-173

---

# PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO FOR SUMMARY JUDGMENT

---

**NOW COMES** Plaintiff LUKE NGUYEN, by and through his attorney, with this Unopposed Motion for Extension of Time to Respond

to Defendant's Motion to Summary Judgment and hereby state the following:

1. Defendants filed their Motion for Summary Judgment on August 10, 2022 (ECF 52).

2. Plaintiff's Response to Defendant's Motion for Summary Judgment is due on August 31, 2022.

3. Plaintiff respectfully requests an additional 9-day extension of time to file their Response to Defendants Motion for Summary Judgment, making the Response due on or before September 9, 2022.

5. Plaintiff has conferred with the Defendants on the present Motion. Defendant has advised that they will not oppose the Motion.

6. This request is not filed for the purpose of delay, and no party will be prejudiced by the granting of this motion.

**WHEREFORE** the Plaintiff requests that the Court approve the foregoing Motion.

Date: August 22, 2022

Respectfully Submitted,

Kimberly Dodson
Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
Telephone: (987) 987-8929
kimberlydodson@kaltmanlaw.com
*Attorneys for Plaintiff*

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

LUKE NGUYEN,

*Plaintiff,*

v.

UNIVERSITY OF ST. AUGUSTINE FOR HEALTH SCIENCES,

*Defendants.*

Case No. 3:2021-cv-173

---

## ORDER

---

This Matter, having come before the Court on Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendants Motion Summary Judgment, and that the Motion is unopposed and in good cause, it is hereby

ORDERED that Plaintiff's Motion for Extension of Time to Respond to Defendants Motion for Summary Judgment is granted and the Plaintiff shall have until September 9, 2022 to file their Response.

August ___, 2022.

BY THE COURT

______________________

## CERTIFICATE OF SERVICE

I certify that on August 22, 2022, I served the foregoing Unopposed Motion for Extension of Time to Respond to Defendants Motion for Summary Judgment upon all parties herein by filing copies of same using the ECF System.

Respectfully Submitted,

Kimberly Dodson, Esq.
Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
Telephone: (987) 987-8929
kimberlydodson@kaltmanlaw.com
*Attorneys for Plaintiff*