**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

LUKE NGUYEN,

    Plaintiff,

v.                                          Case No.   3:21-cv-173-MMH-MCR

UNIVERSITY OF ST. AUGUSTINE
FOR HEALTH SCIENCES,

    Defendant.

## O R D E R

**THIS CAUSE** is before the Court sua sponte.  In light of the procedural posture of this case, the Court finds it necessary and appropriate to continue the final pretrial conference and trial in this matter.  Accordingly, it is

**ORDERED:**

The remaining case management deadlines are extended as follows:

| | |
|---|---|
| Deadline for filing all other motions including motions in limine. | FEBRUARY 27, 2023 |
| Deadline for filing the joint final pretrial statement. | MARCH 13, 2023 |
| Final Pretrial Conference<br>Time:<br>Judge: | MARCH 20, 2023<br>10:00 A.M.<br>Marcia Morales Howard |

| Trial Term Begins [Trials Before Magistrate Judges Begin on Date Certain] | APRIL 3, 2023 9:00 A.M. |
|---|---|
| Estimated Length of Trial | 4 days |
| Jury/Non-Jury | Jury |

**DONE AND ORDERED** in Jacksonville, Florida this 17th day of November, 2022.

*[signature]*
**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record