UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LUKE NGUYEN,

    Plaintiff,

v.

CASE NO.: 3:21-cv-00173-MMH-MCR

UNIVERSITY OF ST. AUGUSTINE
FOR HEALTH SCIENCES, LLC.,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Luke Nguyen, and Defendant, University of St. Augustine for Health Sciences, LLC, give notice to the Court that the instant case is settled in its entirety. A stipulation of dismissal pursuant to Rule 41, Federal Rules of Civil Procedure, will be filed with the Court in due course.

Dated this 21st day of March, 2023.

| | |
|---|---|
| THE LAW OFFICE OF<br>KEITH ALTMAN | ALEXANDER DEGANCE<br>BARNETT, P.A. |
| *s/ Kimberly Dodson*<br>Keith Altman<br>*Pro hac vice*<br>Kimberly Dodson<br>*Pro hac vice*<br>33228 West 12 Mile Road<br>Suite 375<br>Farmington Hills, MI 48331<br>E-mail: keithaltman@kaltmanlaw.com<br>E-mail: kimberlydodson@kaltmanlaw.com<br>(248) 987-8929 Telephone<br>*Attorneys for Plaintiff* | *s/Samantha Giudici Berdecia*<br>Kelly DeGance<br>Florida Bar No. 0606022<br>E-mail: kelly.degance@adblegal.com<br>Samantha Giudici Berdecia<br>Florida Bar No. 0058667<br>E-mail: samantha.giudici@adblegal.com<br>E-mail: mailbox@adblegal.com<br>1500 Riverside Avenue<br>Jacksonville, FL 32204<br>(904) 345-3277 Telephone<br>(904) 345-3294 Facsimile<br>*Attorneys for Defendant* |

{00418888 1 }

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will serve the document by email to the following: Keith Altman and Kimberly Dodson, The Law Office of Keith Altman, 33228 West 12 Mile Road, Suite 375, Farmington Hills, MI 48331 (keithaltman@kaltmanlaw.com) (KimberlyDodson@kaltmanlaw.com).

                                                   __*s/ Samantha Giudici Berdecia*_____
                                                          ATTORNEY