**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

---

LUKE NGUYEN,

 *Plaintiff,*          Case No. 3:21-cv-173-MMH-MCR

v.

UNIVERSITY OF ST. AUGUSTINE
FOR HEALTH SCIENCES,

 *Defendant.*

---

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, Luke Nguyen, and Defendant, University of St. Augustine for Health Science, through their respective counsel of record, hereby stipulate that all claims in the above-entitled matter shall be dismissed with prejudice, the parties to bear their respective attorneys' fees and costs, except as otherwise set forth in the parties' Settlement Agreement. The parties request that this stipulation be subject to the Court retaining jurisdiction to enforce the unfiled settlement agreement between the parties dated March 8, 2023.

{00419743 1 }

| | |
|---|---|
| Dated: April 12, 2023 | Dated: April 12, 2023 |
| Respectfully Submitted,<br>/s/ *Kimberly Dodson*<br>Kimberly Dodson<br>THE LAW OFFICE OF KEITH ALTMAN<br>33228 West 12 Mile Road, Suite 375<br>Farmington Hills, MI 48334<br>Tel: (248) 987-8929<br>keithaltman@kaltmanlaw.com<br>*Attorney For Plaintiff* | Respectfully Submitted,<br>/s/*Samantha Giudici Berdecia*<br>ALEXANDER DEGANCE BARNETT, P.A.<br>Kelly DeGance<br>Florida Bar No. 0606022<br>E-mail: kelly.degance@adblegal.com<br>Samantha Giudici Berdecia<br>Florida Bar No. 0058667<br>E-mail: samantha.giudici@adblegal.com<br>E-mail: mailbox@adblegal.com<br>1500 Riverside Avenue<br>Jacksonville, FL 32204<br>(904) 345-3277 Telephone<br>(904) 345-3294 Facsimile<br>*Attorneys for Defendant* |

{00419743 1 }