UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LUKE NGUYEN,

    Plaintiff,

v.      Case No. 3:21-cv-173-MMH-MCR

UNIVERSITY OF ST. AUGUSTINE
FOR HEALTH SCIENCES,

    Defendant.

## O R D E R

**THIS CAUSE** is before the Court on the Joint Stipulation for Dismissal With Prejudice (Dkt. No. 67; Stipulation) filed on April 12, 2023. In the Stipulation, the parties request that the Court retain jurisdiction over this action for the purposes of enforcing the terms of the settlement. See Stipulation at 1. While the Court wishes to help the parties facilitate their settlement, the Court will not routinely retain jurisdiction to enforce the terms of a private settlement agreement. This is especially true when the Court has not been provided with a copy of the settlement agreement nor been made aware of its terms. Accordingly, it is hereby

**ORDERED:**

The Court will **DEFER** dismissing this case to allow the parties an opportunity to file a brief with the Court as to why the Court should retain jurisdiction to enforce the terms of the settlement and, if so, the duration of the retention of jurisdiction.[1] This brief should be filed no later than **April 27, 2023**. The parties should also provide the Court with a copy of the settlement agreement by this same date.

**DONE AND ORDERED** in Jacksonville, Florida this 13th day of April, 2023.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record

---

[1] Alternatively, the parties may submit a stipulation of dismissal which omits the reference to the Court's retention of jurisdiction.