UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LUKE NGUYEN,

    Plaintiff,                                 CASE NO.: 3:21-cv-00173-MMH-MCR

v.

UNIVERSITY OF ST. AUGUSTINE
FOR HEALTH SCIENCES, LLC.,

    Defendant.
_____/

**AMENDED JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Pursuant to the Court's Order dated April 13, 2023 (Doc. 68), Plaintiff, Luke Nguyen, and Defendant, University of St. Augustine for Health Science, file this Amended Joint Stipulation for Dismissal with Prejudice. The Parties, through their respective counsel of record, hereby stipulate to the dismissal of this action, with prejudice, with each party to bear its own costs and attorneys' fees, except as otherwise set forth in the parties' Settlement Agreement.

Dated this 26th day of April, 2023.

| | |
|---|---|
| THE LAW OFFICE OF<br>KEITH ALTMAN | ALEXANDER DEGANCE<br>BARNETT, P.A. |
|   *s/Kimberly Dodson*   |   *s/Samantha Giudici Berdecia*   |
| Keith Altman<br>*Pro hac vice*<br>Kimberly Dodson<br>*Pro hac vice* | Kelly DeGance<br>Florida Bar No. 0606022<br>E-mail: kelly.degance@adblegal.com<br>Samantha Giudici Berdecia |

{004203121 }

| | |
|---|---|
| 33228 West 12 Mile Road | Florida Bar No. 0058667 |
| Suite 375 | E-mail: samantha.giudici@adblegal.com |
| Farmington Hills, MI 48331 | E-mail: mailbox@adblegal.com |
| E-mail: keithaltman@kaltmanlaw.com | 1500 Riverside Avenue |
| E-mail: kimberlydodson@kaltmanlaw.com | Jacksonville, FL 32204 |
| (248) 987-8929 Telephone | (904) 345-3277 Telephone |
| *Attorneys for Plaintiff* | (904) 345-3294 Facsimile |
| | *Attorneys for Defendant* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will serve the document by email to the following: Keith Altman and Kimberly Dodson, The Law Office of Keith Altman, 33228 West 12 Mile Road, Suite 375, Farmington Hills, MI 48331 (keithaltman@kaltmanlaw.com) (KimberlyDodson@kaltmanlaw.com).

__s/ Samantha Giudici Berdecia_____
ATTORNEY

{004203121 }