**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

LUKE NGUYEN,

    Plaintiff,

v.                                          Case No.   3:21-cv-173-MMH-MCR

UNIVERSITY OF ST. AUGUSTINE
FOR HEALTH SCIENCES,

    Defendant.

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Amended Joint Stipulation for Dismissal With Prejudice (Dkt. No. 69; Stipulation) filed on April 26, 2023. In the Stipulation, the parties request dismissal of this matter with prejudice. See Stipulation at 1. Accordingly, it is hereby

**ORDERED:**

1.    This case is **DISMISSED with prejudice**.

2. Each party shall bear its own costs and attorneys' fees, except as otherwise set forth in the parties' Settlement Agreement.

**DONE AND ORDERED** in Jacksonville, Florida this 27th day of April, 2023.

*[Signature]*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record
Pro Se Parties